IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| CHARLENE HOWELL, as the Personal Representative of the Estate of JAMES FARRELL HOWELL, deceased, § § § § § Plaintiff, § § v. § § J & J WOOD, INC.; TIMOTHY LEE § SIMONDS; QUALITY CASUALTY § INSURANCE COMPANY, INC.; 1 through § 10, whether singular or plural, the person § who at the time and place of the accident § made the basis of this lawsuit, was the § operator of the motor vehicle which came § into contact with the motor vehicle being § operated by James Farrell Howell; 11 § through 20, whether singular or plural, the § person, firm, corporation or other entity § who at the time of the accident made the § basis of this lawsuit, was the principal, § master or employer of the Defendant, § Timothy Lee Simonds; 21 through 30 § whether singular or plural, the person, firm, § corporation or other entity who, at the § time of the accident made the basis of § this lawsuit, was the owner of the motor § vehicle being operated by the Defendant, § Timothy Lee Simonds; 31 through 40, § whether singular or plural, the person, firm, § corporation or other entity who negligently § entrusted the motor vehicle being operated § by the Defendant, Timothy Lee Simonds § and/or the fictitious parties 1 through 10, at § the time of the accident made the basis of § this lawsuit to the said Defendants; 41 § through 50, whether singular or plural, the § person, firm, corporation or other entity § who was responsible for the maintenance § of the motor vehicle being operated by the § Defendant, Timothy Lee Simonds, and/or § the fictitious parties 1 through 10 at the time § of the accident made the basis of this § | CIVIL ACTION<br><br>NO. CV-06-__31__<br><br>**COMPLAINT** |



lawsuit; 51 through 60, whether singular § \
or plural, the person, firm, corporation or § \
other entity who issued and/or underwrote § \
the policy of insurance hereinafter described § \
in the complaint; whose names and true § \
legal identities are otherwise unknown at § \
this time, but who will be substituted by § \
amendment when ascertained; individually § \
and jointly, § \
§ \
Defendants. § \
§

## FIRST CAUSE OF ACTION

The Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, alleges against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 30, as follows:

1.  On or about October 5, 2005, the Defendant, Timothy Lee Simonds and/or the fictitious parties 1 through 10, so negligently operated a motor vehicle along Alabama Highway 165 at or near the intersection of Misty Forest Drive, both of said roads being public roads in Russell County, Alabama, as to cause or allow the same to come into contact with a motor vehicle being operated then and there by the Plaintiff's decedent, James Farrell Howell.

2.  At the time and place set forth hereinabove the Defendant, Timothy Lee Simonds and/or the fictitious parties 1 through 10, were operating within the line and scope of their employment as the agents, servants or employees of the Defendant, J & J Wood, Inc. and/or the fictitious parties 11 through 30.

-2-

3. As a proximate consequence of the above described negligence of the Defendants, James Farrell Howell was caused to suffer injuries and damages which proximately resulted in his death.

WHEREFORE, the Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, demands punitive damages, plus interest and costs, in excess of the jurisdictional limits of this Court, against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 30, individually and jointly.

## SECOND CAUSE OF ACTION

The Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, alleges against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 30, as follows:

1. On or about October 5, 2005, the Defendant, Timothy Lee Simonds and/or the fictitious parties 1 through 10, so wantonly operated a motor vehicle along Alabama Highway 165 at or near the intersection of Misty Forest Drive, both of said roads being public roads in Russell County, Alabama, as to cause or allow the same to come into contact with a motor vehicle being operated then and there by the Plaintiff's decedent, James Farrell Howell.

2. At the time and place set forth hereinabove the Defendant, Timothy Lee Simonds and/or the fictitious parties 1 through 10, were operating within the line and scope

-3-

of their employment as the agents, servants or employees of the Defendant, J & J Wood, Inc. and/or the fictitious parties 11 through 30.

3. As a proximate consequence of the above described wantonness of the Defendants, James Farrell Howell was caused to suffer injuries and damages which proximately resulted in his death.

WHEREFORE, the Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, demands punitive damages, plus interest and costs, in excess of the jurisdictional limits of this Court, against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 30, individually and jointly.

### THIRD CAUSE OF ACTION

The Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, alleges against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 40, as follows:

1. The Plaintiff realleges all of the allegations contained in the First and Second Causes of Action, and incorporates the same by reference herein.

2. The Plaintiff further alleges that at the times and places set forth hereinabove, the Defendant, J & J Wood, Inc., and/or the fictitious parties 31 through 40, negligently entrusted the motor vehicle being operated by the Defendant, Timothy Lee Simonds, and/or

the fictitious parties 1 through 10, at the time of the accident made the basis of this lawsuit to the said Defendants.

3. As a proximate consequence of the above described negligent entrustment by the Defendants, the Plaintiff's decedent, James Farrell Howell, was caused to suffer injuries and damages which proximately resulted in his death.

WHEREFORE, the Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, demands punitive damages, plus interest and costs, in excess of the jurisdictional limits of this Court against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 40, individually and jointly.

## FOURTH CAUSE OF ACTION

The Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, alleges against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 50 as follows:

1. The Plaintiff realleges all of the allegations contained in the First, Second and Third Causes of Action and incorporates the same by reference herein.

2. The Plaintiff further alleges that the Defendant, J & J Wood, Inc., and/or the fictitious parties 41 through 50, were responsible for the maintenance of the motor vehicle being operated by the Defendant, James Farrell Howell, and/or the fictitious parties 1 through 10, at the time of the accident made the basis of this lawsuit, and that the injuries and

-5-

damages which resulted in the death of the Plaintiff's decedent, James Farrell Howell, were the proximate result of the said Defendants' failure to properly maintain the subject vehicle.

WHEREFORE, the Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, demands punitive damages, plus interest and costs, in excess of the jurisdictional limits of this Court, against the Defendants, J & J Wood, Inc., Timothy Lee Simonds, and the fictitious parties 1 through 50, individually and jointly.

### FIFTH CAUSE OF ACTION

The Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, alleges against the Defendant, Quality Casualty Insurance Company, Inc., and the fictitious parties 51 through 60, as follows:

1. The Plaintiff realleges all of the allegations contained in the First through Fourth Causes of Action and incorporates the same by reference herein.

2. At the time and place set forth above, the Plaintiff's decedent, James Farrell Howell, was an insured under the terms and provisions of a policy of insurance issued by the Defendant, Quality Casualty Insurance Company, Inc., policy number QC01173248.

3. Quality Casualty Insurance Company is an Alabama corporation, incorporated in Jefferson County, and has a registered agent in Birmingham, Alabama.

4.  At the time of the accident made the basis of this lawsuit, Defendants were underinsured motorists within the terms and provisions of the above referenced policy of insurance issued by the Defendant, Quality Casualty Insurance Company, Inc.

5.  The Plaintiff further alleges that at the time of the accident made the basis of this lawsuit the said policy of insurance was in full force and effect and, under the terms and provisions of the subject policy of insurance, the Defendant, Quality Casualty Insurance Company, Inc., agreed to pay all sums which the Plaintiff's decdent would be legally entitled to recover as damages from the owner or operator of any underinsured motor vehicle because of bodily injuries.

WHEREFORE, the Plaintiff, Charlene Howell, as the Personal Representative of the Estate of James Farrell Howell, deceased, demands compensatory damages, plus interest and costs, in excess of the jurisdictional limits of this Court against the Defendant, Quality Casualty Insurance Company, Inc., and the fictitious parties 51 through 60.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF

BY: *[signature]*
GEORGE W. FINKBOHNER, III (FIN011)

BY: *[signature]*
DAVID S. CAIN, JR. (CAI012)
Post Office Box 66705
Mobile, Alabama  36660
Telephone:   251-471-6191
Fax:         251-479-1031

*THE PLAINTIFF RESPECTFULLY DEMANDS A TRIAL BY JURY.*

BY: /s/ George W. Finkbohner, III
GEORGE W. FINKBOHNER, III

The Defendants may be served by **CERTIFIED MAIL** as follows:

J & J WOOD, INC.
c/o Jimmy C. Jones, Registered Agent
1272 Georgia Highway 354
Pine Mountain, Georgia 31823

TIMOTHY LEE SIMONDS
3333 Georgia Highway 34
Franklin, Georgia 30212

QUALITY CASUALTY INSURANCE COMPANY, INC.
c/o J. Mason Davis, Registered Agent
2311 Highland Avenue South
Birmingham, Alabama 35203-2972