```
AVS0300                     ALABAMA JUDICIAL DATA CENTER
                                RUSSELL      COUNTY
                                    SUMMONS
                                                           CV 2006 000031.00
                                                           ALBERT L. JOHNSON
------------------------------------------------------------------------------
                IN THE CIRCUIT COURT OF   RUSSELL        COUNTY
 CHARLENE HOWELL   VS  J & J WOOD INC  ET AL

      SERVE ON: (D001)

                                          PLAINTIFF'S ATTORNEY
   J & J WOOD INC                         FINKBOHNER GEORGE III
   % JIMMY C JONES, REG AGT               P O BOX 66705
   1272 GEORGIA HWY 354
   PINE MOUNTAIN   ,GA  31823-0000        MOBILE          ,AL  36660-0000
------------------------------------------------------------------------------
 TO THE ABOVE NAMED DEFENDANT:
   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
 TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
 REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
 ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
 ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
 AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
 ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
 YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.
------------------------------------------------------------------------------
 ( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

 (X)   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

 DATE: 02/06/2006                    CLERK: KATHY COULTER           BY: ____
                                            PO BOX 518
                                            PHENIX CITY   AL  36868-0510
                                            (334)298-0516
------------------------------------------------------------------------------
   RETURN ON SERVICE:

 ( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
       (RETURN RECEIPT HERETO ATTACHED)

 ( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
       COMPLAINT TO _____
       IN _____ COUNTY, ALABAMA ON (DATE) _____

 _____          _____
 DATE                                 SERVER SIGNATURE

 _____          _____
 SERVER ADDRESS                       TYPE OF PROCESS SERVER
------------------------------------------------------------------------------
 OPERATOR: ANL
 PREPARED: 02/06/2006
```