IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, </br></br>     Plaintiff, </br></br> v. </br></br> J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., </br></br>     Defendants. | Case Number: CV06-31 |

## ANSWER TO COMPLAINT

Come now the defendants, J & J Wood, Inc. and Timothy Lee Simonds, and in Answer to the Complaint filed by the plaintiff states as follows:

1. The defendants admit that an automobile accident occurred on October 5, 2005 on Alabama Highway 165 at or near the intersection of Misty Forrest Drive in Russell County, Alabama, but denies the remaining allegations of paragraph 1 of the first cause of action and demand strict proof of same.

2. The defendants admit paragraph 2 of first cause of action the Complaint.

3. The defendants deny paragraph 3 of the first cause of action of the Complaint and demand strict proof of same.

4. The defendants admit that an automobile accident occurred on October 5, 2005 on Alabama Highway 165 at or near the intersection of Misty Forrest Drive in Russell County, Alabama, but denies the remaining allegations of paragraph 1 of the second cause of action of the Complaint and demand strict proof of same

5. The defendants admit paragraph 2 of the second cause of action of the Complaint.

6. The defendants deny paragraph 3 of the second cause of action of the Complaint and demand strict proof of same.

7. The defendants re-assert and re-aver their responses to the first and second causes of action in response to paragraph 1 of the third cause of action of the Complaint as if specifically set out herein.

8. The defendants deny paragraphs 2 and 3 of the third cause of action of the Complaint and demand strict proof of same.

9. The defendants re-assert and re-aver their responses to the first, second and third causes of action in response to paragraph 1 of the fourth cause of action of the Complaint as if specifically set out herein.

10. The defendants deny paragraph 2 of the fourth cause of action of the Complaint and demand strict proof of same.

11. The defendants re-assert and re-aver their responses to the first through fourth causes of action in response to paragraph 1 of the fifth cause of action of the Complaint as if specifically set out herein.

12. The defendants aver that paragraphs 2 through 5 of the fifth cause of action of the Complaint do not allege a cause of action against them and therefore requires no response from them, however, to the extent that these paragraphs are deemed to allege a cause of action against these defendants, same is denied and strict proof demanded.

13. The defendants plead not guilty.

14. The defendants aver that the plaintiff decedent was guilty of negligent conduct which caused or contributed to cause the accident which makes the basis of this lawsuit.

15. The defendants reserve their right to assert additional defenses, including affirmative defenses, at a later date.

_____
PAUL A. MILLER   (MIL011)
Attorney for Defendants

Of Counsel:

LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL 35244
Telephone: (205) 326-0000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon each of the below listed counsel of record by U.S. Mail this the ____ day of March, 2006:

cc:  George W. Finkbohner, III, Esq.
     David S. Cain, Jr., Esq.
     Post Office Box 66705
     Mobile, Alabama   36660

     J. Mason Davis, Esq.
     2311 Highland Avenue South
     Birmingham, Alabama   35203

_____
Of Counsel