IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case Number: CV06-31<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO:   The Circuit Clerk of Russell County

501 14th Street
Phenix City, AL 36867

PLEASE TAKE NOTICE that the Defendants designated as J&J Wood, Inc. And Timothy Lee Simmonds on the 4th day of May, 2006, filed a Notice in the United States District Court for the Middle District of Alabama, Eastern Division, to remove this case from the Circuit Court of Russell County, Alabama, to the United States District Court for the Middle District of Alabama, Eastern Division. A true and correct copy of said Notice of Removal is hereby filed with the Clerk of the Circuit Court for Russell County, Alabama, by being attached hereto.

DATED this the 4th day of May, 2006.

_____
PAUL A. MILLER (MIL014)
CINDY L. SELF (SEL035)
Attorneys for Defendants

**OF COUNSEL:**

LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL  35244
(205) 326-0000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiffs, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 4th day of May, 2006:

George W. Finkbohner, III, Esq.
David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama  36660


_____
OF COUNSEL

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case Number: CV06-31<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

TO:  George W. Finkbohner, III, Esq.
     David S. Cain, Jr., Esq.
     Post Office Box 66705
     Mobile, Alabama  36660

PLEASE TAKE NOTICE that on May 4, 2006, J&J Wood, Inc. and Timothy Lee Simonds, defendants in the above-entitled action, filed a unanimous Notice of Removal and Petition for Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court, Middle District of Alabama, Eastern Division.

Your are also advised that defendants, J&J Wood, Inc. and Timothy Lee Simonds on filing such Notice of and Petition for Removal in the office of the Clerk of the United States District Court, Middle District of Alabama, Eastern Division, also filed copies thereof with the Clerk of the Circuit Court of Russell County, Alabama, as indicated above, to effect removal pursuant to 28 U.S.C. §1446(d).

DATED this the 4th day of May, 2006.

_____
PAUL A. MILLER (MIL011)
CINDY L. SELF (SEL035)
Attorneys for Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL 35244
(205) 326-0000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for the Plaintiffs, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 4th day of May, 2006:

George W. Finkbohner, III, Esq.
David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama  36660

_____
OF COUNSEL