IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as the Personal Representative of the Estate of James Farrell Howell, deceased and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., TIMOTHY LEE SIMONDS, QUALITY CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  3:06-CV-0417-DRB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

May 25, 2006
Date

Signature

PLAINTIFF, CHARLENE HOWELL
Counsel For (**print** name of all parties)

Post Office Box 66705, Mobile, Alabama 36660
Address, City, State, Zip Code

251-471-6191
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101