IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL,                )
                                )
    Plaintiff,                  )
                                )
v.                              )   CIVIL ACTION NO. #3:06CV00417DRB
                                )
J & & WOOD, INC., ET AL,        )
                                )
    Defendants,                 )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

May 31, 2006
Date

Signature  _[signature]_

J & J Wood, Inc., Timothy Lee Simonds

Counsel For (**print** name of all parties)

Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East
Suite 100
Address, City, State Zip Code

(205) 326-0000
Telephone Number