**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 31, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style: Charlen Howell vs. J&J Wood, Inc., et al**

**Case Number: 3:06cv417-DRB**

**Pleading : #5 - Consent to Jurisdiction by US Magistrate Judge**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/30/06 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**