IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., )<br><br>Defendants. ) | Case Number: 3:06 CV 417 |

REPORT OF PARTIES' PLANNING MEETING

1. APPEARANCES:

Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held on June 1, 2006 by teleconference in Birmingham, Alabama.

    a. Appearing on behalf of plaintiff: David S. Cain, for Charlene Howell, personal representative of Estate of James Farrell Howell.
    b. Appearing on behalf of defendant: Cindy L. Self, J&J Wood & Timothy Lee Simmonds.

2. PARTIES:

    a. The plaintiff shall have until February 1, 2007 to join any additional parties.
    b. The defendant shall have until March 2, 2007 to join any additional parties.

3.  PLEADINGS:

a.  The plaintiff shall have until February 1, 2007 to amend pleadings.

b.  The defendant shall have until March 2, 2007 to amend pleadings.

4.  DISPOSITIVE MOTIONS:

All potentially dispositive motions must be filed by September 3, 2007.

5.  EXPERT TESTIMONY:

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P.26(a)(2)(B) from any specially retained or employed expert are due:

a.  From the plaintiff:    March 5, 2007 with the plaintiff making their expert available for deposition by April 6, 2007

b.  From the defendant:    May 7, 2007 with the defendants making their experts available for deposition by June 6, 2007

6.  DISCOVERY LIMITATIONS AND CUTOFFS:

a.  Unless modified by stipulation of the parties:

Depositions:

Maximum of **15** deposition for the plaintiff and **15** depositions for each defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of **40** to each party, with responses due within 30 days after service.

      Request for Admissions:

      Maximum of **40** to each party, with responses due within 30 days after service.

      Request for Production:

      Maximum of **60** to each party, with responses due within 30 days after service.

      Supplementation:

      Supplements under Fed.R.Civ.P.26(e) are due **45** days before the close of discovery.

  b.  Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by: July 6, 2006.

  c.  Unless modified by the court for good cause shown, all discovery must be commenced in time to be completed by August 15, 2007.

7.    PRE-TRIAL CONFERENCE:

**On or about August 15, 2007 or at the Court's discretion after the close of discovery.**

8.    TRIAL:

This case will be set for trial at the Court's discretion, preferable in November of 2007.

Trial is expected to last 5 - 6 days.

9.    FINAL LISTS:

Final lists of trial witnesses and exhibits under Fed.R.Civ.P26(a)(3) must be served and filed:

  a.  By the plaintiff:    October 8, 2007. Objections must be filed within 14

       days.

 b. By the defendant: October 8, 2007. Objections must be filed within 14 days.

Unless objected to by any party, all documents will be deemed authentic.

10. SCHEDULING CONFERENCE:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this _____ day of _____, 2006.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| _David S. Cain, Jr._ | _Cindy L. Self_ |
| 1601 Dauphin Street | 501 Riverchase Parkway |
| Mobile, Alabama 36604 | Suite 100 |
| Birmingham, Alabama 35242 | Birmingham, Alabama 35244 |