IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br>     Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., TIMOTHY LEE SIMONDS, QUALITY CASUALTY INSURANCE COMPANY, et al.,<br>     Defendants. | Civil Action No. 3:06cv417-WHA |

## ORDER

Upon consideration of Defendant Timothy Lee Simonds' Motion for Stay (Doc. #10), filed on June 30, 2006, it is ORDERED that any party objecting shall show cause, if any there be, **on or before July 17, 2006** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

Done this 6th day of July, 2006.

            /s/ W. Harold Albritton
            W. HAROLD ALBRITTON
            SENIOR UNITED STATES DISTRICT JUDGE