IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>J&J WOOD, INC.; TIMONTY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendants. | Case Number: 3:06 CV-417 |

## Plaintiff's Response to Defendant Timonty Lee Simonds Motion for Stay

Comes now the plaintiff, Charlene Howell, by and through her counsel of record, and respectfully states to this Honorable Court that she has no objection to this Court's staying discovery **solely** against Timothy Lee Simonds on the grounds that he has invoked his Fifth Amendment privilege against self-incrimination regarding the facts and circumstances surrounding the death of Plaintiff's decedent, James Howell, which is the basis of this current action. Given the fact that defendant's Motion specifically addresses Timothy Simonds, and **only** Timothy Simonds, and with the understanding that discovery may move forward against all other defendants and witnesses involved in this matter, Plaintiff will not object to Mr. Simonds' assertion of his rights against self-imcrimination at this time.

Howell v. J&J Wood
Case No. CV-417
<u>Plaintiff's Response to Defendant Simonds' Motion for Stay</u>

Respectfully submitted,

<u>/s/David S. Cain, Jr. (CAIND4894)</u>
/s/George W. Finkbohner (FINKG0362)
Attorneys for Plaintiff
Cunningham, Bounds, Crowder, Brown & Breedlove
P.O. Box 66705
Mobile, AL 36660
PH: 251-471-6191
FX: 251-479-1031
E-mai: dsc@cbcbb.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Paul Miller, Esq.
Cindy L. Self, Esq.
Attorneys for Defendant Simonds
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East/Suite 100
Birmingham, AL 35244
PH: 205-326-0000
FX: 205-323-2945
E-mail: <u>cself@lmnflaw.com</u>

<u>/s/David S. Cain, Jr.</u>