IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as personal )
representative of the Estate of )
JAMES FARRELL HOWELL, )
deceased, )
)
    Plaintiff, )
) Case Number: 3:06 CV 417
v. )
)
J & J WOOD, INC.; TIMOTHY LEE )
SIMONDS; QUALITY CASUALTY )
INSURANCE COMPANY, et al., )
)
    Defendants. )
)

## REPORT OF PARTIES' PLANNING MEETING

1. APPEARANCES:

Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held on July 10, 2006 by teleconference in Alabama.

    a. Appearing on behalf of plaintiff: David S. Cain, for Charlene Howell, personal representative of Estate of James Farrell Howell.
    b. Appearing on behalf of defendant: Cindy L. Self, J&J Wood & Timothy Lee Simmonds.

2. PARTIES:

    a. The plaintiff shall have until February 1, 2007 to join any additional parties.
    b. The defendant shall have until March 2, 2007 to join any additional parties.

3. PLEADINGS:

a. The plaintiff shall have until February 1, 2007 to amend pleadings.

b. The defendant shall have until March 2, 2007 to amend pleadings.

4. DISPOSITIVE MOTIONS:

All potentially dispositive motions must be filed by April 23, 2007.

5. EXPERT TESTIMONY:

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P.26(a)(2)(B) from any specially retained or employed expert are due:

a. From the plaintiff: March 5, 2007 with the plaintiff making their expert available for deposition by April 6, 2007

b. From the defendant: May 4, 2007 with the defendants making their experts available for deposition by June 1, 2007

6. DISCOVERY LIMITATIONS AND CUTOFFS:

a. Unless modified by stipulation of the parties:

Depositions:

Maximum of **15** deposition for the plaintiff and **15** depositions for each defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

Interrogatories:

Maximum of **40** to each party, with responses due within 30 days after service.

Request for Admissions:

Maximum of **40** to each party, with responses due within 30 days after service.

Request for Production:

Maximum of **60** to each party, with responses due within 30 days after service.

Supplementation:

Supplements under Fed.R.Civ.P.26(e) are due **45** days before the close of discovery.

b. Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by: July 21, 2006.

c. Unless modified by the court for good cause shown, all discovery must be commenced in time to be completed by April 16, 2007.

7. PRE-TRIAL CONFERENCE:

**On or about July 23, 2007 or at the Court's discretion after the close of discovery.**

8. TRIAL:

This case will be set for trial **August 20, 2007** per the Court's June 27, 2006 Order setting out the Court's next civil trial dockets.

Trial is expected to last 5 - 6 days.

9. FINAL LISTS:

Final lists of trial witnesses and exhibits under Fed.R.Civ.P26(a)(3) must be served and filed:

a. By the plaintiff: July 23, 2007. Objections must be filed within 14

days.

b.  By the defendant: July 23, 2007. Objections must be filed within 14 days.

Unless objected to by any party, all documents will be deemed authentic.

10. SCHEDULING CONFERENCE:

The parties request a scheduling conference prior to the entry of the Scheduling Order as they have attempted to submit dates that correspond with the Court's civil trial docket of August 20, 2007 in compliance with this Honorable Court's Order of June 27, 2006. However, the Russell County District Attorney's office must submit all vehicular death cases to a Grand Jury and will not likely submit this case until August or October of this year. The D.A.'s office will not release investigative materials concerning its investigation until that time. Additionally, the defendant, Timothy Lee Simmonds, has filed a Motion to Stay discovery as to him asserting his Fifth Amendment Right against self-incrimination until the Russell County District Attorney's office has made its decision. For these reasons, the parties opine that this case may not be ready to try in August of 2007.

Submitted this 11th day of July, 2006.

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| David S. Cain, Jr. | Cindy L. Self |
| 1601 Dauphin Street | 501 Riverchase Parkway |
| Mobile, Alabama 36604 | Suite 100 |
| Birmingham, Alabama 35242 | Birmingham, Alabama 35244 |