IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv417-WHA |
| | ) |
| J & J WOOD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

This case is before the court on Defendant Timothy Lee Simonds' Motion to Stay and Plaintiff's Response. Upon consideration, it is hereby

ORDERED that the motion is GRANTED, and discovery is STAYED, solely as to discovery against Timothy Lee Simonds. In all other respects, discovery may proceed after the entry of a scheduling order.

DONE this 18th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE