IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv417-WHA |
| | ) |
| J & J WOOD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

In their Report of Parties Planning Meeting (Doc. #13), the parties having requested a scheduling conference prior to the entry of a scheduling order, it is hereby

ORDERED that this case is set for a Rule 16 scheduling conference on Tuesday, July 25, 2006, at 10:00 a.m., in chambers. The court is willing to hold this conference by telephone if ALL COUNSEL wish to do so. If any attorney desires that the conference be conducted by telephone, he or she must arrange for the telephone conference call. The attorney must also notify the court and all other attorneys of the arrangement at least two days prior to the scheduling conference.

The court notes that Quality Casual Insurance Company is a named Defendant in this case, but that the file contains no proof of service on, or answer by, that Defendant. The court also notes that the Complaint contains fictitious defendants which, while appropriate in state court where the case was filed, is no longer appropriate since federal practice does not provide for fictitious party pleading. Counsel will be asked to discuss these two matters at the scheduling conference.

DONE this 18th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE