IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § | |
| Defendants. | § § | |

PLAINTIFF'S NOTICE OF FILING

COME NOW the Plaintiffs in the above styled case and hereby give notice that a copy of the following pleadings have been served on all counsel of record:

(1)　　Plaintiff's Initial Disclosures.

                    CUNNINGHAM, BOUNDS, CROWDER,
                    BROWN AND BREEDLOVE, L.L.C.
                    ATTORNEYS FOR PLAINTIFF

                    BY:_____/s/:David S. Cain, Jr._____
                          DAVID S. CAIN, JR. (CAIND4894)
                          Post Office Box 66705
                          Mobile, Alabama  36660
                          Telephone:   251-471-6191
                          Fax:           251-479-1031

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that I have, on this 21st day of July, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

PAUL A. MILLER
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244


            BY:  /s/:David S. Cain, Jr.
              DAVID S. CAIN, JR.