IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§  CASE NO. 06-417<br>§<br>§<br>§<br>§<br>§<br>§ |

PLAINTIFF'S INITIAL DISCLOSURES

Comes now the Plaintiff in the above styled case and discloses the following information pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

The following is a list of the names and the last known addresses and telephone numbers of individuals who are likely to have discoverable information relevant to the disputed facts alleged in the pleadings, and a brief statement of the information known to each individual:

1. Timothy Lee Simonds
   3333 Georgia Highway 34
   Franklin, Georgia 30212
   Telephone: 706-675-1395

   Mr. Simonds is a named Defendant and was the driver of the vehicle which struck the vehicle being driven by James Farrell Howell at the time of the accident made the basis of this lawsuit, and was an eye witness to the accident.

2. Kyong Mi Kim
10 Gibbs Drive
Phenix City, Alabama  36869
Telephone:  Unknown

Ms. Kim was a passenger in the vehicle being driven by James Farrell Howell at the time of the accident made the basis of this lawsuit, and was an eye witness to the accident.

3. Corporal Jeff Freeman
Corporal F. Hahana
Sgt. Gary Leeds
Phenix City Police Department
1111 Broad Street
Phenix City, Alabama  36867
Telephone:  334-448-2800

These officers investigated the accident made the basis of this lawsuit.

4. Lt. A. Williams
Phenix City Police Department
1111 Broad Street
Phenix City, Alabama  36867
Telephone:  334-448-2800

Lt. Williams responded to the accident made the basis of this lawsuit and photographed the accident scene.

5. Jimmy Jones
354 Box 867
Highway 354 Pine Mt.
Vallet, Georgia  31823
Telephone:  706-249-0700

Mr. Jones was an witness to the accident made the basis of this lawsuit and is the owner of J & J Wood.

6. Jeremy Burnette
8 Gibbs Drive
Phenix City, Alabama  36869
Telephone:  334-855-4055

Mr. Burnette arrived at the scene just after the accident occurred.

7.    H. Phillips (first name unknown)
Elise Hunter
Care Ambulance
1150 Panama Street South
Montgomery, Alabama 36104
Telephone: 334-262-2550

These two individuals responded to the scene of the accident made the basis of this lawsuit. They treated James Farrell Howell at the scene and transported him to The Medical Center in Columbus, Georgia.

8.    Dr. Frank Saucier
Columbus Regional Medical Center
710 Center Street
Columbus, Georgia 31902
Telephone: 706-571-1000

Dr. Saucier is the emergency room physician who was on duty when James Farrell Howell arrived at Columbus Regional Medical Center. Dr. Saucier initiated a code and attempted to resuscitate Mr. Howell.

9.    Gladys McCord
248 Highway 165
Phenix City, Alabama 36867
Telephone: Unknown

Ms. McCord may have been a witness to the accident made the basis of this lawsuit and may have been the individual who called 911 when the accident occurred.

10.    Linda Key
Russell County Coroner
Post Office Box 3377
Phenix City, Alabama 36867

Ms. Key performed the autopsy on James Farrell Howell and can testify as to the injuries sustained by Mr. Howell and the cause of death.

11.    All persons disclosed by the Defendants.

## B. RELEVANT DOCUMENTS

The following is a description of all documents and tangible things in the possession, custody or control of the Plaintiff that are relevant to disputed facts alleged in the pleadings. The Plaintiff will make available for inspection and copying the documents identified below pursuant to and as provided by Rules 26 and 34 of the Federal Rules of Civil Procedure where said documents are not protected by any legal privilege.

1. Medical records from:

    a. Care Ambulance
    b. Columbus Regional Medical Center

2. Photographs and video of the accident scene.

3. Photographs of the vehicles involved in the accident made the basis of this lawsuit.

4. Death Certificate for James Farrell Howell.

5. Letters of Administration issued to Charlene Howell.

6. Accident report prepared by the Phenix City Police Department.

7. All documents produced by any party or non-party in response to discovery requests.

8. All documents produced by the defendants in compliance with Rule 26(a)(1).

## C. COMPUTATION OF DAMAGES

1. This is a wrongful death action and as such the only damages which are recoverable are punitive. The amount of these damages will be for a jury to decide.

The above disclosures have been made based on the pleadings and information reasonably available to the Plaintiff at the present time. Discovery is on-going in this case and the Plaintiff expressly reserves the right to supplement these disclosures if and when additional witnesses or documents are discovered.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF

BY: _____
DAVID S. CAIN, JR. (CAIND4894)
Post Office Box 66705
Mobile, Alabama 36660
Telephone:    251-471-6191
Fax:          251-479-1031

### CERTIFICATE OF SERVICE

I hereby certify that I have, on this 21st day of July, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

PAUL A. MILLER
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

BY: _____
DAVID S. CAIN, JR.