IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv417-WHA |
| | ) |
| J & J WOOD, INC. and TIMOTHY LEE SIMONDS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Following a telephone conference held on this day with the attorneys for the parties, and by agreement, it is hereby

ORDERED that Quality Casualty Insurance Company and all fictitious defendants are STRICKEN as parties defendant. The case will proceed only against the Defendants J & J Wood, Inc. and Timothy Lee Simonds.

DONE this 25th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE