IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as Personal Representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CASE NO. 06-417<br>§<br>§<br>§<br>§<br>§ |

## MOTION TO COMPEL

COMES NOW the Plaintiff in the above case and move the Court to enter an order compelling the Defendant, J & J Wood, Inc., to respond to the Plaintiff's First Set of Interrogatories and First Requests for Production. As grounds for this motion the Plaintiff would state that more than 30 days have elapsed since the said discovery requests were served on the Defendant and, to date, the Defendant has failed to respond the same.

Counsel for the Plaintiff has contacted defense counsel by letters dated August 23, 2006 (see attached Exhibit "A") and August 30, 2006 (see attached Exhibit "B") in an attempt to resolve this discovery issue without the Court's intervention, but to date the Defendant have failed to respond to the Plaintiff's discovery requests.

WHEREFORE, the Plaintiff would respectfully request the Court to enter an order compelling the Defendant, J & J Wood, Inc., to respond to the Plaintiff's First Set of Interrogatories and First Requests for Production within 10 days from the date of the order.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF

BY: _____
DAVID S. CAIN, JR. (CAI012)
Post Office Box 66705
Mobile, Alabama  36660
Telephone:      251-471-6191
Fax:            251-479-1031

### CERTIFICATE OF SERVICE

I hereby certify that I have, on this 31st day of August, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

BY: _____
DAVID S. CAIN, JR.