LAW OFFICES

# Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.

GREGORY B. BREEDLOVE*
JOSEPH M. BROWN, JR.*
TOBY D. BROWN*
JOHN T. CROWDER, JR.*
ROBERT T. CUNNINGHAM, JR.*
RICHARD T. DORMAN*♦♦
GEORGE W. FINKBOHNER, III*
DAVID G. WIRTES, JR.
MICHAEL A. WOREL*♦

GEORGE M. DENT
R. EDWIN LAMBERTH♦♦♦
DAVID S. CAIN, JR.
R. TUCKER YANCE
BRYAN E. COMER

\* (Certified as a Civil Trial Specialist by the National Board of Trial Advocacy)
♦ (also admitted in Georgia)
♦♦ (also admitted in New York and District of Columbia)
♦♦♦ (also admitted in Mississippi)

1601 DAUPHIN STREET
MOBILE, ALABAMA 36604
(251) 471-6191

August 23, 2006

OF COUNSEL

JAMES A. YANCE*
RICHARD BOUNDS

ROBERT T. CUNNINGHAM, SR. (1918-2001)

MAILING ADDRESS
POST OFFICE BOX 66705
MOBILE, ALABAMA 36660

WEBSITE
WWW.CBCBB.COM

FAX
(251) 479-1031

E-MAIL
ADM@CBCBB.COM

**_VIA FACSIMILE_**

Ms. Cindy L. Self
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

      Re:    Howell v. J & J Wood, et al.
              Our File No. 05-180

Dear Cindy:

    I have not yet received your clients' responses to the interrogatories and requests for production we filed on behalf of the Plaintiff. I would like to avoid filing a motion to compel and would appreciate it if you would provide me with responses within the next week.

    In addition, I previously requested color copies of all of the documents identified under subparagraph "B" of your initial disclosures. I have not yet received them and would appreciate it if you would provide those to me within the next week also.

    Best regards.

                                                            Yours truly,

                                                           DAVID S. CAIN, JR.

DSCjr/krh