LAW OFFICES
# Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.

1601 DAUPHIN STREET
MOBILE, ALABAMA 36604
(251) 471-6191

GREGORY B. BREEDLOVE*
JOSEPH M. BROWN, JR.*
TOBY D. BROWN*
JOHN T. CROWDER, JR.*
ROBERT T. CUNNINGHAM, JR.*
RICHARD T. DORMAN*♦♦
GEORGE W. FINKBOHNER, III*
DAVID G. WIRTES, JR.
MICHAEL A. WOREL*♦

GEORGE M. DENT
R. EDWIN LAMBERTH♦♦♦
DAVID S. CAIN, JR.
R. TUCKER YANCE
BRYAN E. COMER

\* (Certified as a Civil Trial Specialist by the
National Board of Trial Advocacy)
♦ (also admitted in Georgia)
♦♦ (also admitted in New York and
District of Columbia)
♦♦♦ (also admitted in Mississippi)

OF COUNSEL

JAMES A. YANCE*
RICHARD BOUNDS

ROBERT T. CUNNINGHAM, SR. (1918-2001)

MAILING ADDRESS
POST OFFICE BOX 66705
MOBILE, ALABAMA 36660

WEBSITE
WWW.CBCBB.COM

FAX
(251) 479-1031

E-MAIL
ADM@CBCBB.COM

August 30, 2006

**VIA FACSIMILE**
205-323-2945

Cindy L. Self, Esq.
LAMAR, MILLER, NORRIS,
  HAGGARD & CHRISTIE, PC
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

  Re: Howell vs. J&J Wood
    Your File: 600-06963
    Our File: 05-180

Dear Cindy:

  Thank you for your fax of August 29, 2006, regarding the 30(b)(6) deposition of J&J Wood. I noticed that you have not mentioned Timothy Simonds as an individual who would be available for deposition at this time. Do you think it's possible we can go ahead and take his deposition that day? As I understand from my client, the Grand Jury has informed Mr. Howell's family that Mr. Simonds was not indicted by the Grand Jury and thus there should be no reason for him to continue to assert his Fifth Amendment right against self-incrimination. Please let me know your position on this issue so that I may get a motion in front of the judge prior to the depositions that we have scheduled on September 25th.

  Additionally, I have still not received discovery responses from your clients in this case. I just wanted to give you a heads up that I have no other choice but to file a Motion to Compel on Thursday morning if I have not received those responses by that time. I'm not trying to be difficult, I think I've been more than accommodating, but I really need to get responses to our discovery as soon as possible.


Cunningham, Bounds, Yance, Crowder and Brown, L.L.C.

Cindy L. Self, Esq.
August 30, 2006
Page 2

    Thank you very much for your help and cooperation.  I look forward to hearing from you in the very near future.

    Best regards.

               Sincerely,

                DAVID S. CAIN, JR.

DSCjr/kec