IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as the Personal Representative of the Estate of James Farrell Howell, deceased )<br>)<br>)<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>J & J WOOD, INC., TIMOTHY LEE SIMONDS, QUALITY CASUALTY INSURANCE COMPANY, et al., )<br>)<br>)<br>)<br>   Defendants. ) | 3:06-CV-0417-WHA |

## ORDER ON MOTION

For good cause shown, it is

**ORDERED** that Plaintiff's *Motion to Compel*, filed with *exhibits* (Doc. 20, August 31, 2006) is GRANTED to the extent that the Defendant, J & J Wood is DIRECTED to respond, not later than September 15, 2006, to the Plaintiff's First Set of Interrogatories and First Requests for Production propounded more than thirty days ago, and to file by the same deadline notice of compliance with this ORDER.

DONE this 5th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE