IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., et al.,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§  CASE NO. 3:06cv417-WHA<br>§<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF COMPLIANCE

_____Please take notice that the Defendants have complied with the Court's September 5, 2006, Order and filed J&J Wood's written discovery on the 12th day of September, 2006.

s/CINDY L SELF
PAUL A. MILLER (MIL011)
CINDY L. SELF (SEL035)
Attorney for the Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS,
HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL  35244
(205) 326-0000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660