**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 13, 2006

# NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**         **Charlene Howell v. J & J Wood, Inc., et al.**

**Case Number:**        **#3:06-cv-00417-WHA**

**Referenced Document:** **Document #22**
                        **Notice of Compliance**

**This notice has been docketed to enter the corrected certificate of service into the record. The original pdf did not contain the proper electronic signature on the certificate of service. The corrected pdf is attached to this notice.**