IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case Number: 3:06 CV-417 |
| J&J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., | * * * * | |
| Defendants. | * | |

### Plaintiff's Motion to Lift Stay

Comes now the plaintiff, Charlene Howell, by and through her counsel of record, and respectfully requests this Court to vacate the Stay related to discovery from the defendant, Timothy Lee Simonds. As grounds for said Motion, Plaintiff would state as follows:

1. The defendant, Timothy Lee Simonds, filed with this Court a Motion for Stay on June 30, 2006, which was granted by Order of this Court on July 18, 2006. Defendant cited as grounds for his motion the fact that the District Attorney's office in Phenix City, Alabama, had instituted a criminal investigation against Mr. Simonds and planned to submit the results of that investigation to a Grand Jury in Russell County. Mr. Simonds invoked his Fifth Amendment Right against self-incrimination as a result of this investigation and, Plaintiff agreed that discovery should be stayed as to Mr. Simonds.

2.      Since this Court's Order of July 18, 2006, Mr. Simonds' case has been presented to the Grand Jury and he was not indicted for his actions related to the death of Mr. Howell, the plaintiff's decedent. Accordingly, there is no reasonable apprehension of the risk of self-incrimination related to Mr. Simonds' testimony and discovery in the above-referenced case. At this point, his ability to defend criminal charges which do not exist would not be compromised or damaged. The plaintiff will be prejudiced by a continuing stay as to the discovery and deposition of Mr. Simonds as his testimony is vital to the prosecution of the plaintiff's wrongful death case.

Accordingly, Plaintiff, Charlene Howell, by and through her undersigned counsel respectfully requests this Court to vacate the stay of July 18, 2006, as it relates to Timothy Lee Simonds and allow the plaintiff to conduct discovery and take deposition testimony from the Defendant Simonds.

**/s/David S. Cain, Jr.  (CAIND4894)**
/s/George W. Finkbohner (FINKG0362)
Attorneys for Plaintiff
Cunningham, Bounds, Crowder, Brown & Breedlove
P.O. Box 66705
Mobile, AL 36660
PH: 251-471-6191
FX: 251-479-1031
E-mail: dsc@cbcbb.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 26th day of October, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Paul Miller, Esq.
Cindy L. Self, Esq.
Attorneys for Defendant Simonds
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East/Suite 100
Birmingham, AL 35244
PH: 205-326-0000
FX: 205-323-2945
E-mail: cself@lmnflaw.com

              **/s/David S. Cain, Jr.**