IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv417-WHA |
| | ) |
| J&J WOOD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Lift Stay (Doc. #24), and Plaintiff's counsel having advised the court that counsel for the Defendant, Timothy Lee Simonds, has no opposition, the motion is GRANTED, and it is hereby

ORDERED that the stay entered by the court on July 18, 2006, is VACATED, and Plaintiff is allowed to proceed with discovery and deposition testimony from the Defendant Simonds.

DONE this 31st day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE