IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv417-WHA |
| | ) |
| J & J WOOD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Due to a conflict which has arisen in the court's calendar, the pretrial hearing in this case, presently scheduled for July 23, 2007, is RESCHEDULED for July 16, 2007, at a time and place to be set by later order. All deadlines determined by the pretrial date shall be governed by this new date. All other deadlines set out in the Uniform Scheduling Order shall remain in full force and effect.

DONE this 30th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE