IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

## OBJECTION TO VIDEO TAPING OF THE DEPOSITIONS OF JIMMY JONES, SR., JIMMY JONES, JR AND TIMOTHY LEE SIMONDS AND MOTION FOR PROTECTIVE ORDER

COME NOW, the Defendants, J&J Wood, Inc. And Timothy Lee Simonds and object to the video taping of the depositions of Jimmy Jones, Sr., Jimmy Jones, Jr. and Timothy Lee Simonds. As grounds therefore the defendants state as follows:

1. The plaintiff has Noticed the depositions of Jimmy Jones, Sr., Jimmy Jones, Jr. And Timothy Lee Simonds to be recorded by videotape and stenographic means. (See Notices of deposition, attached hereto as Exhibit A);

2. Federal Rule 30(b)(2) allows a party to Notice a deposition to be recorded either by stenographic means _or_ sound-and-visual, but not both;

3. Videotaping of said depositions are cumulative and not necessary;

4. Jimmy Jones, Jr., although an employee of J&J Wood, Inc., is not a party to this lawsuit;

5. Timothy Lee Simonds is currently incarcerated in the Wilcox Correctional Institute for an charge wholly unrelated and irrelevant to this cause of action. Simonds' deposition will necessarily take place in the prison setting and video-taping of same will be unduly prejudicial.

WHEREFORE, PREMISES CONSIDERED, J&J Wood, Inc. and Timothy Lee Simonds object to the videotaping of said depositions and move this honorable Court to issue a Protective Order not allowing the recording of said depositions by videotaped means.

                    s/CINDY L SELF
                    PAUL A. MILLER (MIL011)
                    CINDY L. SELF (SEL035)
                    Attorney for the Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS,
HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL  35244
ph: (205) 326-0000
fax: (205) 323-2945
cself@lmnflaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

                                              s/CINDY L SELF
                                              OF COUNSEL