IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as Personal §
Representative of the Estate of JAMES §
FARRELL HOWELL, deceased, §
§
    Plaintiff, §
§
                                           §   CASE NO. 3:06CV417-WHA
v. §
§
J & J WOOD, INC., et al., §
§
    Defendants. §

## SECOND AMENDED NOTICE OF VIDEOTAPE DEPOSITION

TO:    PAUL A. MILLER, ESQUIRE
          CINDY L. SELF, ESQUIRE

          Accredited Court Reporters
          Post Office Box 1701
          Columbus, Georgia 31902
          800-662-2741

DEPONENT:    TIMOTHY LEE SIMONDS

DATE:    January 17, 2007

TIME:    9:00 a.m.

LOCATION:    Wilcox Correctional Institute
                   472 Broad Street South
                   Abbeville, Georgia
                   229-467-3000

PLEASE TAKE NOTICE that CUNNINGHAM, BOUNDS, CROWDER, BROWN and

BREEDLOVE, Attorneys for the Plaintiff, will take the videotaped and stenographic deposition

EXHIBIT A

of the deponent named above, at the time, date and location indicated above, upon oral examination pursuant to the Alabama Rules of Civil Procedure, before an officer duly authorized to administer oaths and swear witnesses. The deponent will be videotaped for the purpose of preserving the evidence to present to a jury in the event the witness is unavailable for trial. The deponent will be treated fairly. The video record will be trustworthy and accurate. Furthermore, the written transcript by the court reporter shall constitute the official record of the deposition. The oral examination will continue from day to day until completed, and you are invited to attend and examine the deponent.

                                      CUNNINGHAM, BOUNDS, CROWDER,
                                      BROWN AND BREEDLOVE, L.L.C.
                                      ATTORNEYS FOR PLAINTIFF

BY: _____
        DAVID S. CAIN, JR. (CAIND4894)
        Post Office Box 66705
        Mobile, Alabama 36660
        Telephone:   251-471-6191
        Fax:            251-479-1031

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this 14th day of December, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, first class postage prepaid and addressed as follows:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

BY: _____
DAVID S. CAIN, JR.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as Personal Representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3:06CV417-WHA |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

### FOURTH AMENDED NOTICE OF VIDEOTAPE DEPOSITION

TO: PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE

Accredited Court Reporters
Post Office Box 1701
Columbus, Georgia 31902
800-662-2741

DEPONENTS: JIMMY JONES, JR.      9:00 a.m.
JIMMY JONES, SR.      Immediately following Jimmy Jones, Jr.

DATE: January 16, 2007

LOCATION: Offices of Carlock, Copeland, Semler & Stair, LLP
The Rothschild Building
1214 First Avenue, Suite 400
Columbus, Georgia 31901
706-653-6109

PLEASE TAKE NOTICE that CUNNINGHAM, BOUNDS, CROWDER, BROWN and BREEDLOVE, Attorneys for the Plaintiff, will take the videotaped and stenographic deposition

of the deponents named above, at the times, date and location indicated above, upon oral examination pursuant to the Alabama Rules of Civil Procedure, before an officer duly authorized to administer oaths and swear witnesses. The deponents will be videotaped for the purpose of preserving the evidence to present to a jury in the event the witness is unavailable for trial. The deponents will be treated fairly. The video record will be trustworthy and accurate. Furthermore, the written transcript by the court reporter shall constitute the official record of the depositions. The oral examinations will continue from day to day until completed, and you are invited to attend and examine the deponents.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF

BY: _____
DAVID S. CAIN, JR. (CAIND4894)
Post Office Box 66705
Mobile, Alabama 36660
Telephone:    251-471-6191
Fax:          251-479-1031

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this ____ day of December, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, first class postage prepaid and addressed as follows:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

BY: _____
DAVID S. CAIN, JR.

-3-