Blumberg No. 5208

EXHIBIT
A

Phenix City

# Police Department

## Traffic Homicide Investigators Summary

### Identification

A two vehicle slightly angular crash occurring on Alabama Highway 165 at Misty Forest Drive, Phenix City, Russell County, Alabama. This crash occurred at approximately 09:35 pm on Wednesday, October 5th, 2005. It also resulted in the death of one adult male and caused injury to one adult female.

### Involvements

**Vehicle One** – A 1996 Mack CH600, white in color, vehicle identification number 1M1AA18Y6XW105571. This vehicle was displaying a Georgia license plate, IR2982 with an expiration date in 2006.

**Driver One** – Timothy Lee Simonds, a white male, date of birth 08/14/1963, of 3333 GA Highway 34, Franklin, Georgia 30212. Simonds holds a valid Georgia commercial driver license, number 052449506.

**Occupants** – None.

**Vehicle Two** – A 1992 Chevrolet Lumina, white in color, vehicle identification umber 2G1WN14T0N9145051. This vehicle was displaying an Alabama license plate, 57B497Z with an expiration date in 2006.

**Driver Two** – James Farrell Howell, a white male, date of birth 06/11/1935, of 10 Gibbs Drive, Phenix City, Alabama 36869. Howell held a valid Alabama driver license, number 3287679.

**Occupants** – Kyong Mi Kim (front seat passenger), an Asian female, date of birth 12/27/1975, of 10 Gibbs Drive, Phenix City, Alabama 36869.

Case #: 05PL30374

## Weather Conditions

The National Weather Service reported light rain, a temperature of 73 degrees Fahrenheit, with the wind blowing NE at 7 mph. Dew point was at 67 degrees Fahrenheit, humidity at 81 percent, barometric pressure was at 29.92 and falling.

## Highway

Alabama Highway 165 is a four-lane, north south highway of asphalt construction. There is a right turn lane on the southbound side of the highway. The highway has several curves and hills along the way. The highway is lined with dirt shoulders on both sides. The highway surface is in good condition. No defects were found in the highway.

Misty Forest drive is a two-lane, east west roadway of asphalt construction. The roadway is lined with dirt shoulders on both sides of the road. The roadway surface is in good condition. No defects were found in the roadway.

## Traffic Control

The speed limit is posted for both directions of travel at 55 miles per hour on Alabama Highway 165. Travel lanes are defined by standard paint stripes. A dashed white paint stripe separates the two travel lanes in both directions. A solid double yellow paint stripe separates the northbound and southbound lanes of ravel indicating that passing is prohibited in this area. On the southbound lanes of ravel, there is a solid white paint stripe and arrow indicating the right turn lane just north of Misty Forest Drive. The edges of the highway are marked with solid white paint stripes. All roadway striping is in good condition.

There is no posted speed limit on Misty Forest Drive. Travel lanes are defined by standard paint stripes. A double yellow paint stripe separates the east and west travel lanes. The edges of the roadway are marked with solid white paint stripes. There is a wide solid white paint stripe stretching from the south edge of Misty Forest Drive to the double yellow paint stripes on Misty Forest Drive showing where to stop before entering the intersection of Alabama Highway 165. There is a stop sign posted on the south west corner of Misty Forest Drive and Alabama Highway 165. All roadway striping is in good condition.

**Case #:05PL30374**

## Description of Events

### Pre – Crash

On Wednesday, October 5th, 2005 Timothy Simonds went to work as usual. Simonds drives a semi-truck for J&J Woods, Inc. Simonds hauls trees to Mead Westvaco in Cottonton, Alabama. Simonds pulled into Misty Forest Subdivision (a new subdivision off of Alabama Highway 165) because he was having problems with one of his trailer tires going flat. Simonds called his boss (Jimmy Jones) to come repair the tire.
    Jones attempted to repair the trailer tire but was unable to do so. Jones decided to have Simonds take the tractor trailer back to the Big Cat for the night. Simonds turned the vehicle around and pulled up to the stop sign on Misty Forest Drive. Jones pulls up behind Simonds. Simonds checks for traffic coming on Alabama Highway 165 and does not see any coming in either direction. Simonds starts to pull out onto Alabama Highway 165, making a left turn. As Simonds is making his turn, he observes a passenger vehicle traveling south on Alabama Highway 165 slam on the brakes just prior to striking the attachment o his vehicle.
    This vehicle is a white in color 1992 Chevrolet Lumina and was being driven by James Howell. Howell was traveling south on Alabama Highway 165 apparently returning to his residence.
    Jones is stopped behind Simonds on Misty Forest Drive. Jones does not see any vehicles on Alabama Highway 165 as Simonds starts to pull out onto Alabama Highway 165. Jones does not see the Howell vehicle until the crash.

### Crash

The Howell vehicle collided with the left rear outer trailer tire in the right southbound lane of travel on Alabama Highway 165. The impact caused the Howell vehicle to bounce backwards and spin counter-clockwise. Both vehicles remained in an upright position. The Simonds vehicle was brought to a stop after the collision.

### Post – Crash

James Howell received life threatening injuries upon impact. Kyong Kim received serious injuries. Timothy Simonds was shook up but not injured in the collision. Jimmy Jones did not get involved in the collision.

**Case #:** <u>05PL30374</u>

PD008