IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as the Personal Representative of the Estate of James Farrell Howell, deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>J & J WOOD, INC., TIMOTHY LEE SIMONDS, QUALITY CASUALTY INSURANCE COMPANY, et al., )<br><br>Defendants. ) | 3:06-CV-0417-WHA |

## ORDER ON MOTION

For good cause shown, it is

**ORDERED** that Defendants' *Motion for Protective Order*, (Doc. 27) is **DENIED** to the extent that the Plaintiff shall be permitted to use both stenographic and videographic means to record the deposition of Jimmy Jones, Sr., Jimmy Jones, Jr., and Timothy Lee Simonds. However, with regards to the deposition of Timothy Lee Simonds, the parties are instructed to ensure the setting is as neutral as possible. In the event the parties are unable to agree on how to ensure the neutrality of the setting, the Court orders the following:

(1) A background shall be placed behind Timothy Lee Simonds so as to conceal the prison background;

(2) Should the prison officials permit, Timothy Lee Simonds shall wear neutral

        clothing such as a suit, street clothes, or a T-shirt; and

(3)      Should prison officials not permit the accommodations outlined in Step Two, the videographer shall only videotape Timothy Lee Simonds' head (i.e. from the neck up).

DONE this 9th day of January, 2007.

                            /s/ Terry F. Moorer
                            TERRY F. MOORER
                            UNITED STATES MAGISTRATE JUDGE