IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as Personal            §
Representative of the Estate of JAMES   §
FARRELL HOWELL, deceased,               §
                                        §
        Plaintiff,                      §
                                        §    CASE NO. 06-417
v.                                      §
                                        §
J & J WOOD, INC., et al.,               §
                                        §
        Defendants.                     §

MOTION TO STRIKE

COMES NOW the Plaintiff in the above styled case and moves the Court to enter an order striking the Defendant, Timothy Lee Simonds', "General Objections" to the interrogatories filed by the Plaintiff, and the Defendant's "General Objections" to the Plaintiff's request for productions (attached as Exhibits A and B, respectively).  As grounds for this motion the Plaintiff would state that the Defendant has listed 12 objections to each and every discovery request whether or not there is, in actuality, any valid objection to be raised.

The Plaintiff contends that the *Federal Rules of Civil Procedure* do not allow such "general objections", and that an order striking them is appropriate under the circumstances in order to prevent the Defendant from later contending that he relied on his general objections as a basis for withholding legitimately discoverable information or documents.

WHEREFORE, the Plaintiff respectfully prays that the Court will enter an order striking the general objections filed by this Defendant.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF

BY: _____
DAVID S. CAIN, JR. (CAIND4894)
Post Office Box 66705
Mobile, Alabama  36660
Telephone:        251-471-6191
Fax:              251-479-1031


## CERTIFICATE OF SERVICE

I hereby certify that I have, on this 19th day of January, 2007, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

BY: _____
DAVID S. CAIN, JR.