JAN-11-2007 10:24       LAMAR MILLER NORRIS PC            205 323 2945    P.02

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, § § § §<br><br>Plaintiff, §<br>§<br>v. §<br>§<br>J & J WOOD, INC., et al., §<br>§<br>Defendants. § | CASE NO. 3:06cv417-WHA |

### TIMOTHY LEE SIMONDS' ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES

COMES NOW the Defendant, Timothy Lee Simonds, and in answer to the Interrogatories filed by the Plaintiff states the following:

### GENERAL OBJECTIONS

1. Defendant's objections to the Plaintiff's Interrogatories are made without waiver of, or prejudice to, any additional objections defendant may make.

2. All objections are hereby expressly preserved as is the right to request or move for a protective order.

3. Defendant reserves all objections as to the admissibility at trial of any information provided herein.

4. The supplying of any information does not constitute an admission by

***EXHIBIT A***

defendant that such information is relevant in this lawsuit. All information provided by defendant is for use in this litigation and for no other purpose.

5. Defendant objects to each and every interrogatory to the extent the information called for, if any, was obtained and prepared in anticipation of litigation or for trial and plaintiff has made no showing that she has a substantial need for the materials in the preparation of this case and that she is unable, without undue hardship, to obtain the substantial equivalent of the materials by other means. Defendant further objects to each and every interrogatory to the extent that the information called for is privileged and is not discoverable under ARCP Rule 26(b)(3).

6. Defendant objects to each and every interrogatory to the extent that the information called for is protected from discovery by the attorney-client privilege.

7. Defendant objects to each and every interrogatory to the extent that plaintiff seeks to vary the obligations imposed upon defendant under the Alabama Rules of Civil Procedure.

8. Defendant objects to each and every interrogatory to the extent that plaintiff seeks information that is not relevant to the claims in this action or reasonably calculated to lead to the discovery of admissible evidence.

9. Defendant objects to each and every interrogatory to the extent that plaintiff seeks information that is equally available to plaintiff and the burden on the

defendant to obtain the requested information is no greater than the burden on plaintiff.

10. Defendant objects to each and every interrogatory to the extent that it is vague, overly broad, oppressive, unduly burdensome and expensive and beyond the permissible scope of discovery under the Alabama Rules of Civil Procedure.

11. Defendant objects to each and every interrogatory to the extent that it seeks an answer involving an opinion or contention that relates to fact or the application of law to fact before discovery has been completed or a pre-trial conference has been conducted.

12. Defendant reserves the right to supplement its responses upon completion of discovery.

### INTERROGATORIES

1. State your full name, complete residence address, complete work address, date of birth, Social Security number, and driver's license number.

**ANSWER:** This Defendant objects to dissemination of his Social Security Number for privacy reasons. Without waiving stated objection; Timothy Lee Simonds; Wilcox State Prison, 472 Broad Street S., Abbeville, Georgia; none; 08/14/63; DL # 05244906.

2. State your full name and complete address of your employer both at the