IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§  CASE NO. 3:06cv417-WHA<br>§<br>§<br>§<br>§<br>§<br>§ |

### TIMOTHY LEE SIMONDS' RESPONSE TO THE PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Defendant, Timothy Lee Simonds, and in response to the Request for Production filed by the Plaintiff states the following:

### GENERAL OBJECTIONS

1. Defendant's objections to the Plaintiff's Request for Production of Documents are made without waiver of, or prejudice to, any additional objections defendant may make.

2. All objections are hereby expressly preserved as is the right to request or move for a protective order.

3. Defendant reserves all objections as to the admissibility at trial of any information provided herein.

**EXHIBIT B**

4. The supplying of any information does not constitute an admission by defendant that such information is relevant in this lawsuit. All information provided by defendant is for use in this litigation and for no other purpose.

5. Defendant objects to each and every request to the extent the information called for, if any, was obtained and prepared in anticipation of litigation or for trial and plaintiff has made no showing that she has a substantial need for the materials in the preparation of this case and that she is unable, without undue hardship, to obtain the substantial equivalent of the materials by other means. Defendant further objects to each and every request to the extent that the information called for is privileged and is not discoverable under ARCP Rule 26(b)(3).

6. Defendant objects to each and every request to the extent that the information called for is protected from discovery by the attorney-client privilege.

7. Defendant objects to each and every request to the extent that plaintiff seeks to vary the obligations imposed upon defendant under the Alabama Rules of Civil Procedure.

8. Defendant objects to each and every request to the extent that plaintiff seeks information that is not relevant to the claims in this action or reasonably calculated to lead to the discovery of admissible evidence.

9. Defendant objects to each and every request to the extent that plaintiff seeks information that is equally available to plaintiff and the burden on the defendant

to obtain the requested information is no greater than the burden on plaintiff.

10. Defendant objects to each and every request to the extent that it is vague, overly broad, oppressive, unduly burdensome and expensive and beyond the permissible scope of discovery under the Alabama Rules of Civil Procedure.

11. Defendant objects to each and every request to the extent that it seeks an answer involving an opinion or contention that relates to fact or the application of law to fact before discovery has been completed or a pre-trial conference has been conducted.

12. Defendant reserves the right to supplement its responses upon completion of discovery.

## REQUEST FOR PRODUCTION OF DOCUMENTS

1. Any and all driver's license issued to you by any state which were current and valid at the time of the accident made the basis of this lawsuit and, if different, any and all driver's licenses which are current and valid at the time you respond to this request.

ANSWER: Produced herewith.

2. Any and all log books and/or other records of any description which reference, relate to or in any way indicate the number of hours you drove in the