IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case Number: 3:06 CV-417 |
| J&J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., | * * * * | |
| Defendants. | * | |

**MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW the Plaintiff in the above-styled case and move the Court for leave to amend the style and body of the complaint filed in this action.  Said amendment is within the time allowed by the Court's current scheduling order.  A copy of the proposed First Amended Complaint is attached hereto.

/s/David S.  Cain, Jr., Esq.  (caind4894
David S.  Cain, Jr., Esq.
**/s/**George W.  Finkbohner, III, Esq.  (finkg0362)
George W.  Finkbohner, III, Esq.
CUNNINGHAM, BOUNDS, CROWDER,
    BREEDLOVE & BROWN
P.O. Box 66705
Mobile, Alabama 36660
PH: 251-471-6191
FX: 251-479-1031
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Paul Miller, Esq.
Cindy L. Self, Esq.
Clayton M. Adams, Esq.

                                              **/s/David S. Cain, Jr.**