IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

**OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE
TO AMEND COMPLAINT**

COME NOW, Defendants J&J Wood, Inc. and Timothy Lee Simonds and object to the Plaintiff's Motion for Leave to Amend Complaint and respectfully requests this Honorable Court to deny the Plaintiff's motion. As grounds therefore, the Defendant's state as follows:

1.  The Plaintiff seeks to Amend his Complaint and add Jimmy Jones, Jr., individually as a party defendant in this cause.

2.  Jimmy Jones, Jr. is part-owner of J&J Wood, Inc.

3.  J&J Wood, Inc. is a party defendant in this cause.

4.  Any and all actions or omissions taken by Jimmy Jones, Jr. in this cause

was taken as an agent and representative of J&J Wood, Inc.  In fact, in its proposed Complaint, the plaintiff makes <u>no</u> claims concerning actions or omissions that Jimmy Jones, Jr. performed or failed to perform in his individual capacity.

5. A shareholder that "merely acts as an agent of the corporation is not personally liable for obligations incurred by the corporation in the usual course of business, absent statute, charter provision, or personal agreement to the contrary." <u>Tallant v. Grain Mart, Inc</u>., 432 So. 2d 1251, 1254 (Ala. 1983).

6. The Complaint filed against this Defendant fails to state a cause of action upon which relief can be granted.

7. The depositions of both Jimmy Jones, Jr. and the representative of J&J Wood, Inc. have already been taken in this cause.

WHEREFORE, PREMISES CONSIDERED, J&J Wood, Inc. move this Honorable Court to deny the Plaintiff's Motion to Amend Complaint.

                                        s/CINDY L SELF
                                        PAUL A. MILLER (MIL011)
                                        CINDY L. SELF (SEL035)
                                        Attorney for the Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS,
HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, AL  35244
(205) 326-0000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

                                                s/CINDY L SELF
                                                OF COUNSEL