IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv417-WHA |
| | ) |
| J & J WOOD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After carefully considering the Plaintiff's Motion for Leave to Amend Complaint (Doc. #31), together with the Objection (Doc. #32), filed by Defendants, it is hereby

ORDERED that the Objection is OVERRULED, and the Motion for Leave to Amend Complaint is GRANTED. Plaintiff is DIRECTED to perfect service promptly on the new Defendant.

DONE this 5th day of February, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE