IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased, <br><br>    Plaintiff, <br><br> v. <br><br> J&J WOOD, INC.; TIMOTHY LEE SIMONDS; and JIMMY JONES, JR. <br><br>    Defendants. | Case Number: 3:06 CV-417 |

### INSTANTER MOTION TO COMPEL INSPECTION AND PHOTOGRAPHING OF THE SUBJECT TRACTOR AND TRAILER

Comes now the plaintiff, Charlene Howell, as Administratrix and personal representative of the Estate of James Farrell Howell, Deceased, in the above-styled action and moves the Court to compel the inspection of the subject tractor and trailer on Thursday, February 8, 2007, at 8:00 a.m., at the location of J&J Wood, Inc. in Pine Mountain Valley, Georgia. As grounds therefore, Plaintiff states as follows:

1. Plaintiff had originally requested to inspect the subject tractor and trailer in the above-referenced cause on August 21, 2006 (letter dated August 21, 2006, attached hereto as Exhibit A).

2. Through letters, voice mails and correspondence with counsel for the defendants, Plaintiff has attempted to coordinate and arrange for an inspection of the subject tractor and trailer on multiple occasions, attached hereto as Exhibit B.

3.      Last week, Plaintiff contacted defense counsel in an effort to coordinate an inspection of the subject tractor and trailer for the week of February 5, 2007.  On the afternoon of February 5, 2007, plaintiff's counsel received a voice mail from defense counsel indicating an unavailability of the subject tractor and trailer due to the need for J&J Wood, Inc.  to continue operating the truck during the daytime hours.

4.      Plaintiff will have experts in the Phenix City/Columbus area on Wednesday, February 7, 2007, and Thursday, February 8, 2007.  To require these out-of-state experts to make additional plans to be in the area at another time simply to accommodate the defendants' desire to keep its truck operating non-stop throughout the day will result in unnecessary time, expense and delay.

5.      Plaintiff currently has an expert disclosure and expert report deadline of March 5, 2007, and needs the opportunity to inspect the tractor and trailer responsible for claiming the life of Plaintiff's decedent in order to provide a complete and detailed report as to Plaintiff's experts' opinions.

6.      Plaintiff's inspection will be conducted at a reasonable time, in an effort to accommodate, to the extent possible, J&J Wood's logging schedule, and will not be unreasonable, burdensome or particularly time consuming.

WHEREFORE, Plaintiff moves this Court for an Instanter Order compelling J&J Wood, Inc.  to make its tractor and trailer involved in the incident made the basis of the current lawsuit available for inspection at J&J Wood, Inc.  on February 8, 2007, at 8:00 a.m.

> Respectfully submitted,
>
> **/s/David S. Cain, Jr. (CAIND4894)**
> /s/George W. Finkbohner (FINKG0362)
> Attorneys for Plaintiff
> Cunningham, Bounds, Crowder, Brown & Breedlove
> P.O. Box 66705
> Mobile, AL 36660
> PH: 251-471-6191
> FX: 251-479-1031
> E-mail: dsc@cbcbb.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Paul Miller, Esq.
Cindy L. Self, Esq.
Clayton M. Adams, Esq.

and by United States Mail, properly addressed and first-class postage prepaid to:

Jimmy Jones, Jr.
c/o J&J Wood, Inc.
1272 Georgia Highway 354
Pine Mountain, Georgia 31823

> **/s/David S. Cain, Jr.**