LAW OFFICES

## Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.

EXHIBIT A
Blumberg No. 5208

1601 DAUPHIN STREET
MOBILE, ALABAMA 36604
(251) 471-6191

GREGORY B. BREEDLOVE*
JOSEPH M. BROWN, JR.*
TOBY D. BROWN*
JOHN T. CROWDER, JR.*
ROBERT T. CUNNINGHAM, JR.*
RICHARD T. DORMAN*♦♦
GEORGE W. FINKBOHNER, III*
DAVID G. WIRTES, JR.
MICHAEL A. WOREL*♦

GEORGE M. DENT
R. EDWIN LAMBERTH♦♦♦
DAVID S. CAIN, JR.
R. TUCKER YANCE
BRYAN E. COMER

\* (Certified as a Civil Trial Specialist by the National Board of Trial Advocacy)
♦ (also admitted in Georgia)
♦♦ (also admitted in New York and District of Columbia)
♦♦♦(also admitted in Mississippi)

OF COUNSEL

JAMES A. YANCE*
RICHARD BOUNDS

ROBERT T. CUNNINGHAM, SR. (1918-2001)

MAILING ADDRESS
POST OFFICE BOX 66705
MOBILE, ALABAMA 36660

WEBSITE
WWW.CBCBB.COM

FAX
(251) 479-1031

E-MAIL
ADM@CBCBB.COM

August 21, 2006

**VIA FACSIMILE**
205-323-2945

Cindy L. Self, Esq.
LAMAR, MILLER, NORRIS,
  HAGGARD & CHRISTIE, PC
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

  Re: Howell vs. J&J Wood
    Your File: 600-06963
    Our File: 05-180

Dear Cindy:

  Do you think it would be possible for us to inspect the tractor and trailer involved in the collision with Mr. Howell when we are over in Georgia on September 25th? Please talk with your clients and see if that can be arranged and let me know whether I need to file something formal with the court.

  Thanks a lot for your help, and I look forward to hearing from you.

  Best regards.

          Sincerely,

         DAVID S. CAIN, JR.

DSCjr/kec