# Lamar, Miller, Norris, Haggard & Christie, PC
### Attorneys & Counselors at Law

ROBERT S. LAMAR, JR.
PAUL A. MILLER
RICK D. NORRIS, JR.*
MICHAEL L. HAGGARD
STEPHEN D. CHRISTIE
LYNN B. RANDALL
ROSEMARY S. MOORE
LEE H. STEWART
JUSTIN G. SOUTH
CINDY L. SELF

*ALSO ADMITTED SOUTH CAROLINA

501 RIVERCHASE PARKWAY EAST
SUITE 100
BIRMINGHAM, ALABAMA 35244
TELEPHONE (205) 326-0000
FACSIMILE (205) 323-2945
www.lmnflaw.com

September 1, 2006

**VIA FACSIMILE**
David S. Cain, Jr.
1601 Dauphin Street
Mobile, Alabama 36604
Birmingham, Alabama 35242

RE: <u>Charlene Howell, as personal representative of the Estate of James Farrell Howell, deceased v. J&J Wood, Inc., Timothy Lee Simonds, et al.</u>
Our File Number : 600-06963

Dear David:

We will be glad to make the tractor and trailer made the basis of this lawsuit available for you to inspect. However, I doubt that it can be made available on September 25th as it is a work day. The tractor and trailer is currently in use and is used to haul loads during the week. It will likely be best to arrange the inspection for date that falls on a weekend. I will talk to my client about it and get back with you.

Very truly yours,

*[signature]*
Cindy L. Self
For the Firm

CLS/mg
cc: Paul A. Miller, Esq.

LAW OFFICES

# Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.

1601 DAUPHIN STREET
MOBILE, ALABAMA 36604
(251) 471-6191

GREGORY B. BREEDLOVE*
JOSEPH M. BROWN, JR.*
TOBY D. BROWN*
JOHN T. CROWDER, JR.*
ROBERT T. CUNNINGHAM, JR.*
RICHARD T. DORMAN*♦♦
GEORGE W. FINKBOHNER, III*
DAVID G. WIRTES, JR.
MICHAEL A. WOREL*♦

GEORGE M. DENT
R. EDWIN LAMBERTH♦♦♦
DAVID S. CAIN, JR.
BRYAN E. COMER

\* (Certified as a Civil Trial Specialist by the National Board of Trial Advocacy)
♦ (also admitted in Georgia)
♦♦ (also admitted in New York and District of Columbia)
♦♦♦ (also admitted in Mississippi)

OF COUNSEL

JAMES A. YANCE*
RICHARD BOUNDS

ROBERT T. CUNNINGHAM, SR. (1918-2001)

MAILING ADDRESS
POST OFFICE BOX 66705
MOBILE, ALABAMA 36660

WEBSITE
WWW.CBCBB.COM

FAX
(251) 479-1031

E-MAIL
ADM@CBCBB.COM

January 4, 2007

**VIA FACSIMILE**

Ms. Cindy L. Self
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

    Re:    Howell v. J & J Wood, et al.
            Our File No. 05-180

Dear Cindy:

    In follow up to my December 18, 2006 letter, I need Mr. Simonds' discovery responses before his deposition is taken on January 17, 2007.  Please forward these to me by the end of this week.

    In addition, I would appreciate it if you would provide me with copies of the supplier files referenced in the documents produced by J & J Wood which reference any repairs, maintenance, inspections or other work on the tractor and/or trailer involved in the subject accident during the 5 years preceding date of the accident, and all such files which document any repairs made to the tractor and/or trailer as a result of the accident.

    Finally, I would like to inspect and photograph the tractor and trailer before I take the depositions of Mr. Jones, Jr. and Sr.  Please let me know if this can arranged, or if I need to file a formal motion to inspect.

                                             Yours truly,

                                             DAVID S. CAIN, JR.

DSCjr/krh

LAW OFFICES

# Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.

1601 DAUPHIN STREET
MOBILE, ALABAMA 36604
(251) 471-6191

GREGORY B. BREEDLOVE*
JOSEPH M. BROWN, JR.*
TOBY D. BROWN*
JOHN T. CROWDER, JR.*
ROBERT T. CUNNINGHAM, JR.*
RICHARD T. DORMAN*♦♦
GEORGE W. FINKBOHNER, III*
DAVID G. WIRTES, JR.
MICHAEL A. WOREL*♦

GEORGE M. DENT
R. EDWIN LAMBERTH♦♦♦
DAVID S. CAIN, JR.
BRYAN E. COMER

* (Certified as a Civil Trial Specialist by the National Board of Trial Advocacy)
♦ (also admitted in Georgia)
♦♦ (also admitted in New York and District of Columbia)
♦♦♦ (also admitted in Mississippi)

OF COUNSEL

JAMES A. YANCE*
RICHARD BOUNDS

ROBERT T. CUNNINGHAM, SR. (1918-2001)

MAILING ADDRESS
POST OFFICE BOX 66705
MOBILE, ALABAMA 36660

WEBSITE
WWW.CBCBB.COM

FAX
(251) 479-1031

E-MAIL
ADM@CBCBB.COM

February 2, 2007

**VIA FACSIMILE**
205-323-2945

Paul Miller, Esq.
LAMAR, MILLER, NORRIS,
  HAGGARD & CHRISTIE, PC
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama 35244

Re:   Howell vs. J&J Wood
       Your File:   600-06963
       Our File:    05-180

Dear Paul:

As you know, I have expert disclosures and an expert report due towards the first part of March in the above-referenced case. I need the opportunity to inspect the J&J Wood log truck and trailer made the basis of this lawsuit as soon as possible. I have made plans to be in the Phenix City/Columbus area on Wednesday, February 7, 2007, and the morning of Thursday, February 8, 2007, and would hope to have the opportunity to inspect the vehicle at that time. It would be greatly appreciated if you would confirm for me the availability of the tractor and trailer so I can go ahead and get this inspection out of the way.

Additionally, it was mentioned in depositions of various individuals a couple of weeks ago, that the weigh tickets associated with the trips Timothy Simonds made on the day that Mr. Howell was killed were in the possession, custody and control of J&J Wood. It would be appreciated if J&J Wood would provide me with copies of any and all weigh tickets from all locations visited by Timothy Simonds in the vehicle made the basis of this lawsuit on October 5, 2005. If this cannot be done, or these documents are no longer in the possession of J&J Wood, please let me know so I may get them from the various lumber companies in the area through a subpoena.

Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.

    Also, I understand that I have all documents which would have been responsive to requests that we had made for maintenance records and documents indicating any repair, service or inspection on the tractor and trailer made the basis of this suit for the five years preceding this accident up to and including any repairs or alterations which were made as a result of this accident. However, I have not received (and don't know whether or not I even asked for it) the specification sheet provided by the manufacturer of the tractor and trailer involved in this wreck. In the event it is in the possession, custody and/or control of J&J Wood, it would be appreciated if you could produce for me the manufacturer's specification sheet, the title to the vehicle and any and all other documents which would pertain the ownership, legal registration and manufacturer's specifications of the tractor and trailer involved in this wreck.

    Additionally, while J&J Wood did produce the Declaration's Page for the Progressive automobile insurance policy, I have yet to receive the entire certified insurance policy which correlates with that Declaration's Page. Additionally, it was mentioned in the deposition of Jimmy Jones, Sr. that there was an additional State Farm automobile policy which would have applied to the service truck being operated by Jimmy Jones, Jr. on the night of this incident. Would you please provide me with a copy of that policy, as well?

    Finally, given the testimony by Jimmy Jones, Jr., that he actually directed Timothy Simonds out into U.S. Highway 165 where he ultimately collided with James Howell, it will be necessary for J&J Wood to produce any and all corporate general liability policies or any other policies which would have been in full force and/or effect on October 5, 2005, and which would arguably cover Jimmy Jones, Jr., either as an individual who directed Timothy Simonds into the path of the Howell vehicle or as an individual who negligently unloaded and/or inspected the log truck immediately prior to the collision which claimed Mr. Howell's life.

    If any of the aforementioned things are a problem, or you do not believe that I am entitled to the above-referenced documents, please let me know immediately so I may file an appropriate request/motion for the production of same.

    Thank you very much for your help and cooperation. Please call me if you run into any trouble, and I will be glad to do what I can to modify the information I'm looking for in the event it is unclear.

    It was good to meet you last month, and I look forward to continuing to work with you in this case.

    Best regards.

    Sincerely,

DAVID S. CAIN, JR.

DSCjr/kec

## Karen Clay

**From:** David Cain
**Sent:** Monday, February 05, 2007 2:59 PM
**To:** Karen Clay
**Subject:** FW: Cindy Self re Howell

---

**From:** Karen Clay
**Sent:** Monday, February 05, 2007 2:20 PM
**To:** David Cain
**Subject:** Cindy Self re Howell

Called at 2:04 (VM)

Stated that you and she had discussed earlier that the truck would be available for inspection on Saturdays because they run them during the week and that the police officers depos would be taken on a Friday. She would like to follow through with that with taking the police officers on Friday and inspecting the truck the following Saturday.

Her number is 205-326-0000

2/5/2007