# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

☐ Northern   ☐ Southern   ☑ Eastern

HON. Terry Moorer   AT Montgomery, Alabama
DATE COMMENCED 2-6-2007 @ 4:33 ☐ a.m. ☑ p.m
DATE COMPLETED 2-6-2007 @ 4:48 ☐ a.m. ☑ p.m

CASE NO. 3:06cv417-WHA

CHARLENE HOWELL, ETC.      vs.      J & J WOOD, INC., ET AL.
Plaintiff(s)                        Defendant(s)

## APPEARANCES

Plaintiff(s)/Government                Defendant(s)
David S. Cain, Jr.                     Cindy L. Self

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.     Crt Rptr:
Law Clerk: Kelly Adams          Interpreter:
USPO/USPTS:                     Other:

### PROCEEDINGS:

☑ Motion Hearing: PLAINTIFF'S MOTION TO COMPEL [Doc. 35]
☐ Status Conference    ☐ Oral Argument         ☐ Evidentiary Hrg.
☐ Revocation           ☐ Scheduling Conf.      ☐ Show Cause
☐ Settlement Conference ☑ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial       ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☐ **Pretrial Conference**
Pending Motions:
Discovery Status                    Plea Status
Trial Status/Length                 Trial Term:

4:33 pm    Court convenes.
           Court calls case and addresses counsel.

Page: 2
Date: 2-6-2007
Case No: 3:06cv417-WHA

| | |
|---|---|
| cont'd | Oral argument held. |
| | Court grants motion to compel and directs defendant to provide plaintiff with tractor and trailer on February 8, 2007 in La Grange, Georgia at 7:00 am EST. |
| 4:48 pm | Court is recessed. |

2-6-2007