**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> J&J WOOD, INC.; TIMOTHY LEE SIMONDS; JIMMY JONES, JR., <br><br> Defendants. | * * * * * * * * * Case Number: 3:06 CV-417 * * * * |

**<u>PLAINTIFF'S MOTION FOR RELIEF FROM UNIFORM SCHEDULING ORDER</u>**

Comes now the Plaintiff, Charlene Howell, as personal representative of the Estate of James Farrell Howell, Deceased, moves this Court for relief from the Uniform Scheduling Order's current expert disclosure requirements on the following grounds:

1. This case was originally filed on January 30, 2006, in Russell County, Alabama, and subsequently removed to this Court on May 18, 2006. The Complaint asserts various causes of action against numerous defendants, including J&J Wood, Incorporated, Jimmy Jones, Jr. and Timothy Lee Simonds.

2. This Complaint arises out of a trucking accident which occurred on October 5, 2005, in Phenix City, Alabama, wherein Plaintiff's decedent and Defendants' log truck were involved in an intersection collision resulting in James Farrell Howell's death. Immediately thereafter, a criminal investigation was undertaken by the Russell County District Attorney's office and discovery with respect to Defendant Timothy Lee Simonds, the driver of the subject log truck, was stayed until July 18, 2006.

3. Thereafter, depositions of Jimmy Jones, Sr. (30(b)(6) representative for J&J Wood), Jimmy Jones, Jr., Timothy Lee Simonds, Kyong Mi Kim, and Lester McCord were taken during the week of January 15, 2007. These depositions were arranged in conjunction with another pending case involving these same defendants in Georgia, and took time to accommodate all parties' schedules.

4. There are additional investigating officers and witnesses associated with the subject wreck, whose testimony will be helpful in defining the issues and circumstances surrounding James Farrell Howell's death, whose depositions cannot be taken before March 5, 2007.

5. All parties have worked diligently to attempt to obtain and schedule all of the necessary depositions and have additionally been engaged in settlement discussions to resolve this case short of incurring a great deal of unnecessary time and expense. Unfortunately, said negotiations failed to resolve the case, and it will be necessary for all parties to press forward to trial. (The settlement demand deadline having run at Noon February 22, 2007).

6. Plaintiff's experts' reports and disclosures under FRCP 26a(2) (B) are currently due March 5, 2007. Given the relatively short amount of time all parties have had to conduct and schedule discovery and depositions in this case and additional accommodation of the Georgia case, additional time is necessary to adequately and completely provide a full and complete report related to plaintiff's experts' opinions. Accordingly, plaintiff respectfully request this Court to uniformly grant a thirty-day extension for the identification and disclosure of expert reports <u>for all parties involved</u>.

7. Plaintiff's counsel has conferred with defense counsel and defense counsel is in agreement that a thirty-day extension is appropriate under these circumstances and will not effect this Court's previously scheduled pre-trial conference on July 16, 2007, or the parties' ability to be ready for trial in August 2007.

8. A revised Uniform Scheduling Order is attached herewith for the Court's review and signature should it be so inclined as to grant Plaintiff's motion in this regard.

WHEREFORE, Plaintiff Charlene Howell, as personal representative of the Estate of James Farrell Howell, Deceased, respectfully requests this Court to modify its current Uniform Scheduling Order and allow all parties a thirty-day extension for the identification and production of expert reports in the above-referenced case.

s/s DAVID S. CAIN, JR. (CAIND4894)

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF
Post Office Box 66705
Mobile, Alabama  36660
Telephone:   251-471-6191
Fax:            251-479-1031

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Clayton M.  Adams, Esq.

and I hereby certify that I have mailed/hand delivered by United States Postal Service, properly addressed and first-class postage prepaid, the document to the following non CM/ECF participants:

    None.

                                    **s/s David S. Cain, Jr.**