IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case Number: 3:06 CV-417 |
| J&J WOOD, INC.; TIMOTHY LEE SIMONDS; JIMMY JONES, JR., | * * * * | |
| Defendants. | * | |

**PLAINTIFF'S MOTION FOR RELIEF FROM UNIFORM SCHEDULING ORDER**

Comes now the Plaintiff, Charlene Howell, as personal representative of the Estate of James Farrell Howell, Deceased, moves this Court for relief from the Uniform Scheduling Order's current expert disclosure requirements on the following grounds:

1.   This case was originally filed on January 30, 2006, in Russell County, Alabama, and subsequently removed to this Court on May 18, 2006. The Complaint asserts various causes of action against numerous defendants, including J&J Wood, Incorporated, Jimmy Jones, Jr. and Timothy Lee Simonds.

2.   This Complaint arises out of a trucking accident which occurred on October 5, 2005, in Phenix City, Alabama, wherein Plaintiff's decedent and Defendants' log truck were involved in an intersection collision resulting in James Farrell Howell's death. Immediately thereafter, a criminal investigation was undertaken by the Russell County District Attorney's office and discovery with respect to Defendant Timothy Lee Simonds, the driver of the subject log truck, was stayed until July 18, 2006.

**MOTION GRANTED**

SO ORDERED
THIS 26th DAY OF Feb, 20 07

_/s/ W. Harold Albritton_
UNITED STATES DISTRICT JUDGE