IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, § § § § | |
| Plaintiff, § § | CASE NO. 06-417 |
| v. § § | |
| J & J WOOD, INC., et al., § § | |
| Defendants. § | |

## MOTION FOR PROTECTIVE ORDER

Comes now the Plaintiff in the above styled case and moves the Court for entry of a Protective Order, and as grounds for said motion states the following:

1. The Plaintiff issued a subpoena for production of documents to the Georgia Department of Corrections on January 9, 2007.

2. The documents subpoenaed by the Plaintiffs contain confidential and/or classified information regarding the Defendant, Timothy Lee Simonds.

3. The Georgia Department of Corrections will not release the confidential and/or classified information unless a Protective Order is entered requiring all parties to this litigation to maintain the confidentiality of the information, and preventing such information from being used for any purpose other than the preparation and trial of this case. A proposed Protective Order is attached hereto as Exhibit A.

WHEREFORE, the Plaintiff respectfully requests the Court to enter the Protective Order attached hereto as Exhibit A.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFF

_____
DAVID S. CAIN, JR. (CAIND4894)
Post Office Box 66705
Mobile, Alabama  36660
Telephone:    251-471-6191
Fax:          251-479-1031

CERTIFICATE OF SERVICE

I hereby certify that I have, on this 2nd day of March, 2006, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of each filing to PAUL A. MILLER, ESQUIRE and CINDY L. SELF, ESQUIRE.

_____
DAVID S. CAIN, JR.