IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § |
| Plaintiff, | § CASE NO. 06-417 |
| | § |
| v. | § |
| | § |
| J & J WOOD, INC., et al., | § |
| | § |
| Defendants. | § |

## STIPULATED PROTECTIVE ORDER

WHEREAS, a subpoena for production of documents has been served on the Georgia Department of Corrections which will require disclosure of classified information relating to the Defendant, Timothy Lee Simonds', incarceration from 1997 through 2002, and

WHEREAS disclosure of such information to anyone other than the court, counsel of record and their employees, and consultants and experts utilized by counsel of record, is not required for the preparation and trial of this lawsuit,

IT IS HEREBY ORDERED:

1.   The documents and materials produced by the Georgia Department of Corrections pursuant to the Plaintiff's subpoena for production of documents shall be considered Confidential Materials.

2.   Such Confidential Materials shall be used solely for the preparation and trial of this lawsuit and shall not be delivered, exhibited or disclosed to any person except (1) the

***EXHIBIT A***

Court; (2) the parties; (3) the parties' attorneys of record in this action and such attorneys' employees; (4) a deponent in the course of depositions in this action; (5) experts retained or consulted by the parties in this action or their attorneys of record to assist in the preparation and trial of this action; and (6) any person to whom testimony or evidence is required to be given pursuant to subpoena or other legal process in this action.

3.    All persons receiving or given access to such Confidential Materials in accordance with the terms of this Order consent to the continuing jurisdiction of the Court for purposes of enforcing this Order and remedying any violations thereof.  Counsel for the disclosing party shall advise such persons of the terms and conditions contained herein.

4.    Nothing in this stipulation will preclude any party from offering into evidence any records provided under this stipulation or information contained therein.

5.    Upon conclusion of this lawsuit, the provisions of this Protective Order shall continue to be binding and shall remain in full force and effect until modified, superseded or terminated by Order of the Court upon reasonable request.

DONE and ORDERED this _____ day of March, 2007.

_____
W. HAROLD ALBRITTON, III, JUDGE