**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case Number: 3:06 CV 417 |

**NOTICE OF DEPOSITION**

TO:   David Cain, Esq.

**PLEASE TAKE NOTICE** that the defendant will take the testimony by deposition upon oral examination of **CHARLENE HOWELL,** for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of the Alabama Rules of Civil Procedure.

Such testimony by deposition will be taken on the **26th day of April, 2007 at 3:00 p.m.**, at the law offices of **David Cain, 1601 Dauphin Street, Mobile**, Alabama, before a Notary Public and court reporter, or other authorized and qualified person.

The deponent is requested to produce the following documents:

1.  Letters Testamentary issued appointing you as Administratrix and;

2.  Copy of the Will of James Howell.

s/Paul A. Miller
**PAUL A. MILLER**
Attorney for Defendant
**LAMAR, MILLER, NORRIS,**
**HAGGARD & CHRISTIE, P.C.**
501 Riverchase Parkway East
Suite 100
Birmingham, Alabama  35244
Phone: (205) 326-0000
Facsimile: (205) 323-2945

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon counsel for the Plaintiff, by E-Filing and by placing same in the United States mail, properly addressed and first class postage pre-paid on this the 6th day of April, 2007:

cc:  David S. Cain, Jr., Esq.
     Post Office Box 66705
     Mobile, Alabama  36660

s/Paul A. Miller
Of Counsel
