IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, § § § § | |
| Plaintiff, § | CASE NO. 3:06cv417-WHA |
| v. § § | |
| J & J WOOD, INC., et al., § § | |
| Defendants. § | |

# MOTION TO EXTEND DEADLINE DISPOSITIVE MOTION DEADLINE AS TO JIMMY JONES, JR

COMES NOW, the Defendant, Jimmy Jones, Jr. and moves this Honorable Court to extend the dispositive motion deadline. As grounds therefore Jimmy Jones, Jr. states as follows:

1. The dispositive motion deadline for this cause is currently April 17, 2007.

2. The plaintiff amended his Complaint on February 5, 2007 to add allegations against Jimmy Jones, Jr. individually.

3. Jimmy Jones, Jr. has not yet been served.

4. Additionally, counsel for Jimmy Jones, Jr. needs additionally time to explore the allegations against him in order to prepare a competent summary judgment motion.

    4.      As a result of the addition of Jimmy Jones, Jr. there is potential for additional insurance coverage which the parties need additional time to explore and said carriers need to be placed on notice of this loss.

    5.      The parties currently have mediation in this cause scheduled for April 27, 2007.

WHEREFORE, PREMISES CONSIDERED, Jimmy Jones, Jr. moves this honorable Court to extend the dispositive motion deadline.

                        s/CINDY L SELF
                        PAUL A. MILLER (MIL011)
                        CINDY L. SELF (SEL035)
                        Attorney for the Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS,
HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, AL  35244
ph: (205) 326-0000, fax: (205) 323-2945
cself@lmnflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

                        s/CINDY L SELF
                        OF COUNSEL