**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, Deceased, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case Number: 3:06 CV-417 |
| J&J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., | * * * * | |
| Defendants. | * | |

**Plaintiff's Response to Defendants', Jimmy Jones, Jr. and Jimmy Jones, Sr., Motion for Extension of Deadline**

Comes now the plaintiff, Charlene Howell, by and through her counsel of record, and respectfully states to this Honorable Court that she has no objection to this Court's granting Defendants', Jimmy Jones, Jr. and Jimmy Jones, Sr., Motion for Extension of Deadline.

Respectfully submitted,

**/s/David S. Cain, Jr. (CAIND4894)**
/s/George W. Finkbohner (FINKG0362)
Attorneys for Plaintiff
Cunningham, Bounds, Crowder, Brown & Breedlove
P.O. Box 66705
Mobile, AL 36660
PH: 251-471-6191
FX: 251-479-1031
E-mail: DSC@cbcbb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2007, I electronically filed the foregoing with the Clerk of Court using CM/EC. which will send notification of such filing to the following:

Paul Miller, Esq.
Cindy L. Self, Esq.
Attorneys for Defendants
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 River chase Parkway East/Suite 100
Birmingham, AL 35244
PH: 205-326-0000
FX: 205-323-2945
E-mail: cself@lmnflaw.com

/s/David S. Cain, Jr.