IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, etc.,                )
                                      )
                Plaintiff,            )
                                      )
vs.                                   )    CIVIL ACTION NO. 3:06cv417-WHA
                                      )
J & J WOOD, INC., et al.,             )
                                      )
                Defendants.           )

**<u>ORDER</u>**

This case is before the court on the Motion to Extend Dispositive Motions Deadline as to Jimmy Jones, Jr. (Doc. #44), together with Plaintiff's Response (Doc. #45).

The court notes that the Defendant's motion states that Jimmy Jones, Jr. has not yet been served. The court takes the filing of the Motion to Extend, however, as submission to the jurisdiction of the court by Jimmy Jones, Jr.

The court further notes that the Plaintiff's response refers to the motion having been filed by Jimmy Jones, Jr. and Jimmy Jones, Sr. Jimmy Jones, Sr., however, is not a Defendant in this case.

Upon consideration of the motion, it is hereby ORDERED as follows:

1. Jimmy Jones, Jr. is DIRECTED to file an Answer to the Complaint **by April 24, 2007**.

2. The deadline for the Defendant, Jimmy Jones, Jr., to file dispositive motions is extended **to May 14, 2007**.

DONE this 17th day of April, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE