IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>　　Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., et al.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§　CASE NO. 3:06cv417-WHA<br>§<br>§<br>§<br>§<br>§<br>§ |

## ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW, the Defendants, J&J Wood, Inc., Timothy Lee Simonds and Jimmy Jones, Jr., and in answer to the First Amended Complaint filed by the Plaintiff states as follows:

1.　The Defendants admits that an automobile accident occurred on October 5, 2005, on AL Highway 165 at or near the intersection of Misty Forest Drive in Russell County, Alabama, but deny the remaining allegations of paragraph 1 of the first cause of action and demand strict proof thereof.

2.　The Defendants admit paragraph number 2 of the first cause of action of the Complaint.

3.　The Defendants deny paragraph 3 of the first cause of action of the Complaint and demand strict proof of same.

4. The Defendants admit that an automobile accident occurred on October 5, 2005 on AL Highway 165 at or near the intersection of Misty Forest Drive in Russell County, Alabama, but denies the remaining allegations of paragraph 1 of the second cause of action of the Complaint and demand strict proof thereof.

5. The Defendants admits paragraph 2 of the second cause of action of the Complaint.

6. The Defendants deny paragraph 3 of the second cause of action of the Complaint and demands strict proof of same.

7. The Defendants reassert and reaver their responses to the first and second causes of action in response to paragraph 1 of the third cause of action of the Complaint as is specifically set out herein.

8. The Defendants deny paragraph 2 and 3 of the third cause of action of the Complaint and demand strict proof thereof.

9. The Defendants reassert and reaver their responses to the first, second and third causes of action in responses to paragraph 1 of the fourth cause of action of the Complaint as is specifically set out herein.

10. The Defendants deny paragraph 2 of the fourth cause of action of the Complaint and demand strict proof thereof.

11. The Defendant reassert and reaver their responses to the first through fourth causes of action in response to paragraph 1 of the fifth cause of action of the Complaint as is specifically set out herein.

12. The Defendants admit that the vehicle driven by James Farrell Howell on October 5, 2005, ran into a logging truck being operated by Timothy Lee Simonds at or near the intersection of Misty Forest Drive and AL Highway 165 in Russell County, Alabama. However, these Defendants deny the remaining allegations of paragraph 2 of the Plaintiff's fifth cause of action.

13. The Defendants deny paragraph 3 of the Plaintiff's fifth cause of action of the Complaint and demands strict proof thereof.

14. These Defendants reassert and reaver their responses to the first through fifth causes of action in response to paragraph 1 of the sixth cause of action of the Complaint as is specifically set out herein.

15. These Defendants deny paragraph 2 of the sixth cause of action of the Complaint and demand strict proof thereof.

16. These Defendants plead all affirmative defenses previously asserted.

17. These Defendants plead not guilty.

18. These Defendants aver that the Plaintiff decedent was guilty of negligent conduct which caused or contributed to cause the accident which makes the basis of this lawsuit.

19. The Complaint fails to state a claim upon with relief can be granted as to Jimmy Jones, Jr.

20. These Defendants reserve their rights to assert additional defenses including affirmative defensives, at a later date.

**JURY TRIAL DEMANDED**

s/CINDY L SELF
PAUL A. MILLER (MIL011)
CINDY L. SELF (SEL035)
Attorney for the Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS,
HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, AL  35244
ph: (205) 326-0000, fax: (205) 323-2945
cself@lmnflaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 23rd 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

                                                     s/CINDY L SELF
                                                     OF COUNSEL