### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

CHARLENE HOWELL, as the personal )
representative of the Estate of )
JAMES FARRELL HOWELL, deceased, )
                              )
        Plaintiff, )
                              ) CIVIL ACTION FILE
  vs. )
                              ) NO. 3:06-CV-417-DRB
J&J WOOD, INC.; TIMOTHY LEE )
SIMONDS; and JIMMY JONES, JR., )
                              )
        Defendants. )

     Deposition of CORPORAL JEFFREY FREEMAN, taken

by counsel for Plaintiff, pursuant to notice

and agreement, under the Federal Rules of Civil

Procedure, reported by Grace F. Lengmueller,

RPR, in the offices of Snipes, Snipes & Snipes,

723 Broadway, Columbus, Georgia, on March 15th,

2007, and commencing at 10:57 a.m.

          ACCREDITED COURT REPORTERS
            Post Office Box 1701
          Columbus, Georgia 31902
             (706) 323-3640
             (800) 662-2741


EXHIBIT
A

1        A    I was called by Lieutenant Andy Williams, who

2    was the patrol lieutenant on duty that night, at

3    approximately 10:00 and advised that there was an

4    accident on 165 there at Misty Forest Subdivision that

5    was possibly going to result in fatality that I needed

6    to respond to.

7        Q    Did you get any other information from

8    Lieutenant Williams other than what you've just told

9    us, that you --

10       A    Not --

11       Q    -- can remember?

12       A    -- till I got on the scene.

13       Q    Okay.  Tell me about your arrival on the

14   scene.

15       A    Once I arrived on the scene, Lieutenant

16   Williams advised me that the two passengers in the

17   Lumina had been transported to The Medical Center in

18   critical condition and that he had marked the final

19   resting position of both the Lumina and the log truck

20   with the orange marking paint for me.

21       Q    Okay.  So the Lumina and the log truck had

22   already been marked by the time you made it out there?

23       A    That is correct.

24       Q    Had they also already brought in those big

25   lights to kind of illuminated the area and help with