UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, etc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 06-417 |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the plaintiff in the above-styled cause and responds to this Court's Scheduling Order and files this Notice Concerning Settlement Conference and Mediation by stating as follows:

1.      This case was mediated at the office of Cunningham, Bounds, Crowder, Brown & Breedlove on Friday, April 27, 2007, by the Honorable Randall Thomas.

2.      The plaintiff, Charlene Howell, who was present for the mediation, was represented by Skip Finkbohner and Gregory Breedlove of Cunningham, Bounds, Crowder, Brown and Breedlove.

3.      The defendants, J&J Wood, Inc., Timothy Lee Simonds, and Jimmy Jones, Jr. were represented by Paul Miller of Lamar, Miller, Norris, Haggard & Christie, P.C. Additionally, the defendants had a representative available with full authority to resolve this matter.

4.      Plaintiff's counsels' evaluation of this case indicates that it has probability of resulting in a jury verdict in excess of $1,000,000.00 against the defendants for the death of James Howell, Plaintiff's decedent.

5. Defense counsel disagrees and believes the value of this case is much less than $1,000.00.00.

WHEREFORE, Plaintiff files this Notice Concerning Settlement Conference and Mediation to advise the Court of the numerous failed attempts at settlement and mediation and to advise the Court that further mediation of this matter will not likely result in any meaningful progress to the final resolution of this case. However, should the Court desire to conduct its own settlement conference and/or mediation, the plaintiff will be ready, willing and able to explain her position in requiring the remaining policy limits being tendered in order to finally resolve this matter.

Respectfully submitted,

**/s/David S. Cain, Jr. (CAIND4894)**
/s/George W. Finkbohner (FINKG0362)
Attorneys for Plaintiff
Cunningham, Bounds, Crowder, Brown & Breedlove
P.O. Box 66705
Mobile, AL 36660
PH: 251-471-6191
FX: 251-479-1031
E-mail: DSC@cbcbb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2007, I electronically filed the foregoing with the Clerk of Court using CM/EC. which will send notification of such filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

**/s/David S. Cain, Jr., Esq.**