```
          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF ALABAMA
                EASTERN DIVISION
```

CHARLENE HOWELL, as personal              )
representative of the Estate of           )
JAMES FARRELL HOWELL, deceased,           )
                                          )
         Plaintiff,                       )
                                          )   CIVIL ACTION FILE
    vs.                                   )
                                          )   NO. 3:06CV417 (DRB)
J&J WOOD, INC.; TIMOTHY LEE               )
SIMONDS; QUALITY CASUALTY                 )
INSURANCE COMPANY, INC., et.al.,          )
                                          )
         Defendants.                      )
                                          )

```
        SUPERIOR COURT OF HARRIS COUNTY

                STATE OF GEORGIA
```

KYONG MI KIM,                             )
                                          )
         Plaintiff,                       )
                                          )   CIVIL ACTION FILE
    vs.                                   )
                                          )   NO. 06-CV-164
TIMOTHY LEE SIMONDS and                   )
J&J WOOD, INC.,                           )
                                          )
         Defendants.                      )
                                          )

Deposition of JIMMY C. JONES, JR., taken by counsel for the Plaintiff, pursuant to notice and agreement, under the Federal Rules of Civil Procedure and the Georgia Civil Practice Act, reported by Grace F. Lengmueller, RPR, held in the offices of Carlock, Copeland, Semler & Stair, 1214 First Avenue, Suite 400, Columbus, Georgia, on January 16, 2007, and commencing at 9:39 a.m.

```
           ACCREDITED COURT REPORTERS
              Post Office Box 1701
            Columbus, Georgia 31902
                 (706) 323-3640
                 (800) 662-2741
```

COPY

1    A    I don't know.
2    Q    Did anything change other than the name?
3    A    No, sir.
4    Q    Did you use the same trucks?
5    A    Yes, sir.
6    Q    Same business location, same drivers,
7  everything?
8    A    Yes, sir.
9    Q    Okay. The J&J Wood, the J&J stands for what?
10   A    Jimmy, Jimmy, Jimmy.
11   Q    And are you an owner in that business?
12   A    Vice president.
13   Q    Do you have an ownership interest as well?
14   A    Yes, sir.
15   Q    Who other than yourself is also an owner?
16   A    My father.
17   Q    Anyone else?
18   A    No, sir.
19   Q    Do you remember about how long J&J Wood's
20  been in existence as we know it today?
21   A    I'd say 10 years.
22   Q    If you wouldn't mind explaining to the jury;
23  I think I understand what you mean by logging, but give
24  me kind of an idea of what y'all's normal daily
25  operations consist of at J&J Wood.

1  Q   Were you a tree cutter at that time as well?
2  A   Yes, sir.
3  Q   And now in your capacity, I understand you're
4  the vice president and part owner of J&J Wood, but as
5  far as your hands-on daily responsibilities, what do
6  you do for J&J Wood?
7  A   Load logs, maintenance.
8  Q   Got you. By any chance, were you working the
9  day that Mr. Simonds picked up his load to begin to
10 take it, I guess, down south of Phenix City to
11 Cotton -- is it Cottondale?
12 A   Cottonton.
13 Q   Cottonton. On the -- on the day that this
14 event happened?
15 A   Yes, sir.
16 Q   Would you have been the guy that loaded him
17 up that day?
18 A   Yes, sir.
19 Q   What was the site of that cut site?
20 A   Talbotton, Georgia.
21 Q   Mr. Jones, do you have any education in the
22 Federal Motor Carrier Safety Regulations?
23 A   You know, no more than picking up the book
24 and reading it. I ain't been to no classes or nothing.
25 Q   Okay. Anybody ever given you any formal

```
 1         Q    And was his phone one that would have been
 2    provided by J&J Wood, or would he have had to have
 3    obtained his own phone?
 4         A    His own phone.
 5         Q    You don't remember that number, by any
 6    chance, do you?
 7         A    No, sir.
 8         Q    Okay.  He left Cottonton about 5 p.m.?  I
 9    mean --
10              MS. SELF:  No.
11    BY MR. CAIN:
12         Q    -- he left the job site about 5 p.m. and
13    headed for Cottonton?
14         A    Yes, sir.
15         Q    When was your next contact with him after he
16    left the job site?
17         A    He called me at home.  He called me on the
18    home phone at home and told me that he had a slack
19    tire.
20         Q    He had a what tire?
21         A    Slack tire.
22         Q    Slack?
23         A    Slack.  It means the air -- the air's a
24    little low -- little low.
25         Q    All right.  What's your home phone?
```

```
 1      Q     That's what I said --
 2      A     Yes, sir.
 3      Q     -- slack.
 4            And he's at a -- he's off the road, right?
 5      A     (Nodded head affirmatively)
 6      Q     He's in a parking lot?
 7      A     Yes, sir.
 8      Q     You're aware the problem is a slack tire --
 9      A     Yes, sir.
10      Q     -- right?
11            What did you tell him at that point?
12      A     Stay there till I got there.
13      Q     All right. Did you leave in what? You -- I
14  assume you went to the job site?
15      A     Yes, sir. I went to the -- where --
16      Q     Or -- I'm sorry.
17      A     -- the truck was at.
18      Q     I'm sorry. You went to the -- to the Big Cat
19  there in Phenix -- outside of Phenix City?
20      A     Yes, sir.
21      Q     What vehicle did you take to get there?
22      A     Service truck.
23      Q     Y'all have a service truck?
24      A     Yes, sir.
25      Q     What is it?
```

```
 1        A    A Ford 350.
 2        Q    Does it have like a box on the back of it?
 3        A    Everything you want to work with to pertain
 4   to my job.
 5        Q    Do you have everything you needed to fix a
 6   slack tire?
 7        A    Yes, sir.
 8        Q    Do you have a new tire in the event you
 9   couldn't fix it?
10        A    I didn't have a new tire then.
11        Q    You say then.  Did you get one?
12        A    The next day.  I have one at the house.  They
13   fit --
14        Q    What were you planning on doing with the
15   slack tire --
16        A    I pumped --
17        Q    -- to fix it?
18        A    -- the tire up.
19        Q    Pump it up?
20        A    Yes, sir.  I pumped it up.
21        Q    Did you think that maybe it could have been
22   slack because it had some kind of leak or hole in it or
23   something along those --
24        A    Oh.
25        Q    -- lines?
```

```
 1        A    I'm sure it did.  I couldn't find it.
 2        Q    Would it have not -- what was your reason for
 3   determining you were going to try to fix the -- the
 4   hole if you could find it as opposed to just replacing
 5   the tire?
 6        A    Well, I could have plugged it if I could have
 7   found it, but I couldn't find it, so I was just going
 8   to replace the tire the next day.
 9        Q    Okay.  We got a little ahead of ourselves.
10             You leave out in the service truck about what
11   time?
12        A    7:30.
13        Q    Got to the Big Cat?
14        A    About 8:30.
15        Q    About 8:30?
16        A    (Nodded head affirmatively)
17        Q    Did you talk to Mr. Simonds at any point in
18   time along the way?
19        A    Yes, sir.
20        Q    Tell me about those conversations.
21        A    Just told me he was sitting there waiting on
22   me.
23        Q    Anything else?
24        A    No, sir.
25        Q    Tire still slack, or was it flat by --
```

1      A    No --

2      Q    -- this point?

3      A    -- sir.  It wasn't flat.  It's just this is

4  a -- it just had a little slow leak in it.  I never did

5  find it.

6      Q    And he had pulled off for --

7      A    Waiting on me to come.

8      Q    And you got there, I assume.  What did he

9  tell you?

10     A    That -- I told him that me -- I told him, I

11  said, "Look, we'll see if we can find it.  If we can't,

12  we'll pump it back up, and you go ahead of me, and

13  we'll check it out."  And he went ahead of me, and

14  that's when all the other stuff happened when we got

15  turned around down there and we was coming back.

16     Q    All right.  Let's back -- back up just one

17  second.

18          You got out of the truck.  He says, "I got a

19  slow leak on this right back trailer tire."

20     A    Left.  Behind the --

21     Q    I'm sorry.  Yeah.  Left back trailer tire.

22     A    Back axle on the outside.

23     Q    Okay.  And you said let's fix it?

24     A    I -- I pumped more air in it.

25     Q    Okay.  There on the truck?

```
 1   had with that trailer that day?
 2       A    Yes, sir.  No more problem.  No more trouble
 3   with that trailer.
 4       Q    All right.  You tried to find the leak?
 5       A    Yes, sir.
 6       Q    Couldn't find the leak?
 7       A    No, sir.
 8       Q    Trailer was -- looked fine?
 9       A    Yes, sir.
10       Q    It didn't leak there at Big Cat?
11       A    No, sir.
12       Q    Did it leak ever again?
13       A    Yes, sir.
14       Q    When did it leak again?
15       A    When we -- when I told him, I said, "Go
16   ahead, Tim.  I'm going to follow you."  And he went
17   down the road, and then I look -- I was in behind him,
18   and I seen it looked like it got a little slacker.  And
19   I went around him and blinked my lights, and he turned
20   in at the little Misty Pines.
21       Q    How far -- let me ask you this:  Y'all were
22   going south on 165?
23       A    Yes, sir.
24       Q    You were behind him?
25       A    Yes, sir.
```

```
 1   didn't want him stuck.
 2       Q    Show -- show the -- I want the jury to be
 3   able to see what you're showing me just so -- in
 4   fairness to you.
 5       A    That's exactly how he was sitting.  Now, I
 6   mean, the tractor may have been a little out here
 7   because of the stop sign.
 8       Q    Right.
 9       A    But it was off -- well off the road there,
10   too.
11       Q    Okay.
12       A    Yeah.
13       Q    So that would -- where your finger is would
14   be the left side?
15       A    Yeah.
16       Q    All right.
17       A    And I was down below it.
18       Q    Okay.  Facing the opposite direction?
19       A    I was going in.  He was headed out.
20       Q    All right.  Tell me about the conversations
21   y'all had there at that time.
22       A    I just told him, I said, "We better not try
23   it," because I didn't -- I was ready to go home.  I was
24   tired, and it was raining, and I didn't want to go --
25   have to drive all the way back to Harris County to get
```

```
 1   two tires because if he had kept it on, my luck is they
 2   would have blew the other on out, you know.
 3        Q    Right.
 4        A    And I just said that we pumped it back up,
 5   and we started out with it, and that's when the
 6   accident happened.
 7        Q    Did y'all check the pressure on all the Pter
 8   tires?
 9        A    I hit them with a tire bar.
10        Q    What does that mean?
11        A    They're up.  They're hard.
12        Q    Did y'all check the tread depth on all the
13   other tires?
14        A    Oh, no, sir.  I didn't do that now.  The
15   tread -- the tread depth?  Not -- not that late at
16   night in the dark; because I got new tires on there
17   anyway.
18        Q    Oh, they were new?
19        A    Yes, sir.
20        Q    On the truck and the trailer?
21        A    Yes, sir.
22        Q    How often do y'all replace your tires?
23        A    If we get three months out of them, we're
24   doing good.
25        Q    Do y'all try to keep a -- a good idea of the
```