**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

## DEFENDANT'S RULE 26 EXPERT DISCLOSURES

Comes now the defendants, by and through their attorney of record, and in accordance with the Court's scheduling order, does hereby provide the following Rule 26 information and designates the following individual as an expert to be used at the trial by the defendants:

    1.    JOEY PARKER

    (A)    Attached please find report generated by Mr. Parker which sets out his opinions and the basis of same;

    (B)    Attached please find a copy of Mr. Parker Curriculum Vitae.

            s/Paul A. Miller
            PAUL A. MILLER (MIL011)
            Attorney for the Defendants
            LAMAR, MILLER, NORRIS, HAGGARD &
            CHRISTIE, P.C.
            501 Riverchase Parkway East
            Suite 100
            Birmingham, AL  35244
            Telephone: (205) 326-0000
            Facsimile: (205) 323-2945


## CERTIFICATE OF SERVICE

 I do hereby certify that a copy of the above and foregoing has been served upon the following by placing copies of same in the United States mail, first class postage prepaid and properly addressed, this the 4th, day of June, 2007:


George W. Finkbohner, III, Esq.
David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

            s/Paul A. Miller
            OF COUNSEL