This is a report of activities and conclusions regarding the investigation of the accident identified herein. The conclusions could be influenced by new information that becomes available at some later time.

**Sources Examined for Information:**

1. Phenix City Police Department Traffic Homicide Investigation Case #05PL30374

2. EDSMAC4 simulation of tractor/trailer left turn.

**Description of the Accident Scene**
The accident scene was not inspected as a part of my investigation. According to the accident report, the accident occurred at the intersection of AL Hwy 165 and Misty Forest Drive near Phenix City, AL. AL Hwy 165 is a four-lane highway divided by double yellow lines in the area of the accident scene. Misty Forest Drive is a two-lane road that intersects AL Hwy 165 on the western side of AL Hwy 165. There is a right turn lane off southbound AL Hwy 165 onto Misty Forest Drive.

Dimensional data from the homicide investigation report was used to prepare a scaled AutoCAD drawing. The attached drawing shows the AutoCAD drawing data (in red) printed over a scanned version of the scene drawing provided in the homicide investigation report.

**Description of the Accident Vehicles**
Mack tractor. Unit #1 in this accident is a 1996 Mack CH600 tractor, VIN 1M1AA18Y6XW105571. This vehicle was not measure or inspected as part of this investigation. Dimensional data for this vehicle was not provided in the homicide investigation report. The tractor was pulling a log trailer of unknown dimensions.

**Simulation**
The scaled AutoCAD drawing was imported into the HVE environment for use in EDSMAC4 simulations. A similar, representative tractor and log trailer (from the internal Doughty & Powers Engineering database) were used in the EDSMAC4 simulations for Unit #1.

In the EDSMAC4 simulation the tractor was driven from an initial rest position on the northern (westbound) shoulder/lane of Misty Forest Drive. An acceleration profile developed from published data was used. An initial 2 second period of straight ahead driving is followed by a turn to the right, which is then followed by a sharp turn to the left. Two second interval "snapshots" of the simulation show the motion of the tractor and log trailer combination from the initial to the final rest position and orientation.

**Opinion**
Based on the EDSMAC4 simulation results, it is possible to drive a tractor and log trailer combination similar to Unit #1 from the northern (westbound) shoulder/lane of Misty Forest Drive to positions that are close to the rest positions and orientations shown in the homicide investigation report drawing.



Position at T=0 sec



# Position at T=2 sec





Position at T=4 sec



Position at T=6 sec

# Position at T=8 sec



# Position at T=10 sec



# Position at T=12 sec



### Joey K. Parker, Ph.D., P.E.

**Doughty & Powers Engineering, LLC**
**Consulting Engineers**
**5929 Knight Ave.**
**Tuscaloosa, AL 35405**
**Phone: 205-758-4488**
**Fax: 205-758-4489**
**E-mail: jp@doughtypowers.com**

## EDUCATION
| | |
|---|---|
| 1985 | Doctor of Philosophy in Engineering, Clemson University |
| 1981 | Master of Engineering in Mechanical Engineering, Clemson University |
| 1978 | Bachelor of Science in Mechanical Engineering, Tennessee Technological University |

## REGISTRATION
Professional Engineer, Alabama, #26337

## ACADEMIC EXPERIENCE
| | |
|---|---|
| 1985 to present | The University of Alabama, College of Engineering<br>Associate Professor of Mechanical Engineering, 1991<br>Assistant Professor of Mechanical Engineering, 1985 |
| 1981 to 1985 | Clemson University, College of Engineering<br>Visiting Instructor, Department of Mechanical Engineering, 1983<br>Graduate Teaching Assistant, Department of Mechanical Engineering, 1981 |

## INDUSTRIAL EXPERIENCE
| | |
|---|---|
| 1987 to 2002 | CCSports Associates, New Haven, CT<br>Technical Consultant.<br>Designed and developed microcontroller based system for a low-cost graphics video overlay system ("The Coach's Pad") used by professional, college, and high school athletic coaching staffs. |
| 1978 to 1981 | Badische Corporation, Anderson SC (now Fibers Division of BASF)<br>Mechanical Engineer, Research and Development Department.<br>Designed, installed, and tested components for a state-of-the-art, highly automated process for the manufacture of nylon carpet yarn |

## SUMMER EXPERIENCE
| | |
|---|---|
| | NASA-ASEE Summer Faculty Fellowship, Marshall Space Flight Center, Huntsville, AL |
| 1993 | Developed simulation model and debugged control system for a brushless DC motor controller for propellant control valve application. |
| 1986 and 1987 | Developed computer vision software for the Mechanics of Granular Materials Experiment. |

## PROFESSIONAL DEVELOPMENT

| 2002 | Collision Reconstruction |
| | Texas Engineering Extension Service, Plano TX, July 22-August 2. |
| 2003 | Police Traffic Accident Investigation 19 Update, Crash Data Retrieval |
| | Training and Crash Data Retrieval Update Training |
| | Michigan State University Highway Traffic Safety Program, March 10-12. |
| 2003 | Vehicle Dynamics for Passenger Cars and Light Trucks |
| | SAE International, Troy, MI, September 17-19. |
| 2003 | Air Brake Systems Product School |
| | Bendix, Elyria, OH, November 3-6. |
| 2006 | EDCRASH Reconstruction |
| | Engineering Dynamics Corp., Northside, CA, January 16-20. |
| 2006 | HVE Forum (SIMON) |
| | Engineering Dynamics Corp., Phoenix, AZ, February 20-22. |
| 2006 | Caterpillar – Electronic Technician for On-Highway Trucks Customer Class |
| | Thompson Tractor Co., Birmingham, AL, August 9. |

## ACADEMIC COURSES TAUGHT

AEM 264 – Dynamics

GES 131 – Foundations of Engineering I

GES 132 – Foundations of Engineering II

ME 110 – Intro to Mechanical Engineering

ME 349 – Numerical Methods

ME 360 – Instrumentation & Control Comp.

ME 363 – Dynamics of Machinery

ME 372 – Dynamic Systems

ME 460 – Advanced Instrumentation

ME 464 – Mechanization of Automation

ME 465/565 – Intro to Automated Mfg Sys.

ME 467 – Robotics and Control Hardware

ME 475 – Control Systems Anaylsis

ME 489 – Mechanical Engineering Design I

ME 490 – Mechanical Engineering Design II

ME 491/591 – Vehicle Dynamics

ME 577 – Advanced Linear Control

## EXTERNAL SHORT COURSES TAUGHT

| 1996 | Introduction to Robotics |
| | Fontaine Fifth Wheel, Birmingham AL, January – March |
| 1996 | Robotics & Automation Training |
| | NASA - Kennedy Space Center FL, August |
| 1998 | Robotics and Automation Seminar |
| | Clemson University Extension, Clemson SC, November |

## PATENTS

| 4,783,107 | Method and Apparatus for Controlling Impact Force During Rapid |
| | Robotic Acquisition of Object, November 8, 1988 (with Frank W. Paul). |
| 4,715,773 | Method and Apparatus for Repositioning a Mislocated Object with a |
| | Robot Hand, December 29, 1987 (with Frank W. Paul). |

## PROFESSIONAL AND HONOR SOCIETIES

American Society of Mechanical Engineers

American Society for Engineering Education

Society of Automotive Engineers

Pi Tau Sigma (Honorary Mechanical Engineering Society)

Tau Beta Pi (Honorary Engineering Society - Alabama Beta Treasurer)

## PUBLICATIONS

### BOOK CHAPTERS

1. Parker, J.K., "Sensor and Actuator Characteristics," in The Mechatronics Handbook, edited by R. Bishop, CRC Press LLC, Boca Raton, FL, 2002.

2. Parker, J. K., R. Dubey, F. W. Paul, and R. J. Becker, "Robotic Fabric Handling for Automated Garment Manufacturing," published in Robot Grippers, edited by D.T. Pham and W. B. Heginbotham, IFS Publications Ltd., Bedford, U.K., 1986.

### REFEREED PUBLICATIONS

1. H. Vasquez and J. Parker, "A New Simplified Mathematical Model for a Switched Reluctance Motor in a Variable Speed Pumping Application", Mechatronics, vol. 14, pp. 1055–1068 (November 2004).

2. H. Vasquez, J. Parker, and T. Haskew. "A Switched Reluctance Motor in a Variable Speed Pumping Application." ASHRAE Transactions, Vol 110, Part 1. (2004).

3. Chatham, M., B. Todd, J. Parker, A. House, and J. Taylor, "A Spring-Loaded Constant Force Exercise Device," 2001 Advances in Bioengineering, Proceedings of the BioEngineering Division at the International Mechanical Engineering Congress and Exposition, New York, New York: ASME, Vol. BED-51:BED-23006, November 2001.

4. Parker, J.K. and T. Piwonka, "Gap Formation in Resin-Bonded Molds," AFS Transactions, Vol. 00-128, pp. 239-245, October 2001.

5. Sung Y.G. and J.K. Parker, "Frequency Dependent Krylov Vectors for Second-Order Damped Systems," KSME International Journal, Vol. 13, No. 11, October, 1999.

6. Woodbury, K. A., Chen, Y., Parker, J. K., and Piwonka, T. S., "Measurement of Interfacial Heat Transfer Coefficients between Aluminum Castings and Resin-bonded Sand Molds," AFS Transactions, No. 98-116, pp. 705-711, 1998.

7. Macari, E.J, J. Parker and N. Costes, "Measurement of Volume Changes in Triaxial Tests Using Digital Imaging Techniques," Geotechnical Testing Journal, GTJODJ, American Society of Testing and Materials, Vol 20, March, 1997.

8. Wander, J., V. Byrd, and J. Parker, "Initial Disturbance Accomodating Control System for Prototype Electromechanical Space Shuttle Steering Actuator," Proceedings of the 1995 American Controls Conference, Seattle, WA, June 1995.

9. Byrd, V.T., J.K. Parker, and J. Wander, "Model Development and Simulation of an Electromechanical Thrust Vector Control Actuator Experiencing Large Magnitude Colinear Transient Forces," Proceedings of the ASME Dynamic Systems and Control Division at the 1995 International Mechanical Engineering Congress and Exposition, San Francisco, CA. November, 1995.

10. Parker, J.K. and S.N. Hopko, "Computer Controlled Natural Gas Carburetor," in Natural Gas and Alternative Fuels for Engines, ASME #ICE-Vol. 21, pp. 47-53, January 1994.

11. Kavanaugh, S.P., R.S. Falls, and J.K. Parker. "A Variable-Speed Ground-Source Heat Pump," ASHRAE Transactions, V. 100, Pt. 1, No. 94-26-3, January 1994.

12. Parker, J.K., S.R. Bell, and D.M. Davis, (1992). "An Opposed Piston Engine," Journal of Engineering for Gas Turbines and Power, October 1993 (also presented at the 14th Annual

3

Joey K. Parker

Fall Technical Conference of the ASME Internal Combustion Engine Division, Waterloo, IA, October 1992).

13. Parker, J.K., D.R. Reeves, and S.P. Kavanaugh, "Microprocessor Based Fan Speed Controller to Reduce Humidity Using Conventional Residential Cooling Equipment," Advances in Instrumentation, DSC-Vol. 30, American Society of Mechanical Engineers, New York, December 1991.

14. Ng, K. G. and J. K. Parker, "A Two-Encoder Finger Position Sensing System for a Two-Degree-of-Freedom Robot Hand," Flexible Assembly Systems - 1991, DE-Vol. 33, The 1991 ASME Design Technical Conferences - 3rd ASME Conference on Flexible Assembly Systems, Miami, FL, September 22-25, 1991.

15. Parker, J. K., "Programmable Logic Controller Simulation on a Microcomputer," CoED Journal, Vol. X, No. 1, pp. 9-13, January-March 1990.

16. Ng, K. G. and J. K. Parker, "Mechanical Design of a Robot Gripper with Two Degrees of Freedom," Proceedings of The First International Applied Mechanical Systems Design Conference (IAMSDC-1), Nashville, TN, June 1989.

17. Parker, J. K., A. R. Khoogar, and D. E. Goldberg, "Inverse Kinematics of Redundant Robots using Genetic Algorithms," Proceedings of the 1989 IEEE International Conference on Robotics and Automation, Scottsdale, AZ, May 1989.

18. Parker, J. K. and F. W. Paul, "Controlling Impact Forces in Pneumatic Robot Hand Designs," ASME Journal of Dynamic Systems, Measurement, and Control, December 1987.

19. Parker, J. K., "Concurrent Force and Position Control with a Two Degree-of-Freedom Robot Hand," Robotics: Theory and Applications, DSC-Vol.3, A.S.M.E. Winter Annual Meeting, Anaheim, CA, December 1986.

20. Parker, J. K. and F. W. Paul, "Position and Force Control in Positioning Objects with Robot Hands," Proceedings of the 1986 IEEE International Conference on Robotics and Automation, San Francisco, April 1986.

21. Paul, F. W. and J. K. Parker, "Active Industrial Robot End-Effector Control Design Strategy for Manufacturing Applications," Robotics and Manufacturing Automation, PED-Vol. 15, American Society of Mechanical Engineers, New York, December 1985.

22. Parker, J. K. and F. W. Paul, "Impact Force Control in Robot Hand Design," Robotics and Manufacturing Automation, PED-Vol. 15, American Society of Mechanical Engineers, New York, December 1985

23. Parker, J. K., R. Dubey, F. W. Paul, and R. J. Becker, "Robotic Fabric Handling for Automated Garment Manufacturing," ASME Journal of Engineering for Industry, February 1983.

4

## CONFERENCE PAPERS AND PRESENTATIONS

1. Parker, J., C. Midkiff, C. Strickland, "Improving Engineering Students' Written Communication Skills Through Formal Laboratory Reports," Proceedings of the 2002 ASEE Southeastern Section Conference, CD-ROM, Orlando FL, April 7-9, 2002.

2. Parker, J., "Introduction to Programmable Logic Controllers in a Mechanical Engineering Instrumentation Course," 2001 ASEE Annual Conference Proceedings, CD-ROM, Session 2366, Albuquerque, NM, June, 2001.

3. Parker, J., "Symbolic Algebra in Dynamic Systems and Controls Classes," 2001 ASEE Annual Conference Proceedings, CD-ROM, Session 1566, Albuquerque, NM, June, 2001.

4. Parker, J. and C. Karr, "Web-Based Presentation of Course Objectives Across a Mechanical Engineering Undergraduate Degree Program," Proceedings of the 2001 ASEE Southeastern Section Conference, CD-ROM, Charleston SC, April 2-3, 2001.

5. C. Lee and J.K. Parker, "Development Of A Fault Detection Technique For Rolling Element Bearing Running At Variable Speed," Maintenance And Reliability CONference (MARCON 2000), Knoxville, Tennessee, May 7-10, 2000.

6. D. Cordes, J. Parker, J. Richardson, and C. Haynes, "Institutionalizing a Prototype Freshman Year – Alabama's TIDE Program," Proceedings of the 2000 ASEE Southeastern Section Conference, CD-ROM, Roanoke, VA, April 2-4, 2000.

7. Corleto, C., J. Froyd, P. K. Imbrie, J. Parker, J. Richardson, R. Roedel, "Freshman Design Projects in the Foundation Coalition," Proceedings of the Frontiers in Education 28th Annual Conference, CD-ROM, Paper T1D, Tempe, AZ, November, 1998.

8. Midkiff, C., B. Todd, J. Parker, M. Barkey, and J. Gershenson, "Delivery of a Complete Undergraduate Engineering Degree by Distance Learning Using a Mobile Laboratory," Proceedings of the 1998 ASEE Southeastern Section Conference , Orlando, FL, April 1998.

9. Parker, J. and G. Ferguson, "Mechanical Systems Curriculum Revision at The University of Alabama," Proceedings of the 1997 ASEE Southeastern Section Conference, pp. 163-167, Marietta, GA, March, 1997.

10. Cuttino, J., J. Parker and K. Woodbury, "Collaborative Report Writing: Reducing Student Load While Maximizing Outcomes," Proceedings of the 1997 ASEE Southeastern Section Conference, pp. 168-174, Marietta, GA, March, 1997.

11. Midkiff, C., J. Parker and S. Bell, "Mechanical Engineering Curriculum Reform at The University of Alabama," Proceedings of the 1997 ASEE Southeastern Section Conference, pp. 150-156, Marietta, GA, March, 1997.

12. Parker, J., J. Richardson, D. Cordes, "The Foundation Coalition Freshman Year : Lessons Learned," Proceedings of the Frontiers in Education 26th Annual Conference, CD-ROM, IEEE Catalog No. 96CH35946, Paper 8C5.4, Salt Lake City, UT, November, 1996.

13. Parker, J., C. Midkiff, S. Kavanaugh, "Capstone Senior Design at The University of Alabama," Proceedings of the Frontiers in Education 26th Annual Conference, CD-ROM, IEEE Catalog No. 96CH35946, Paper 6C4.1, Salt Lake City, UT, November, 1996.

14. Parker, J. and D. Schinstock, "Introduction to Hydraulic and Logic Systems in a Controls Course," 1996 ASEE Annual Conference Proceedings, CD-ROM, Paper 3266, Washington, DC, June, 1996.

15. Parker, J. and S. Kavanaugh, "Competitive Design Projects at The University of Alabama," Proceedings of the 1996 ASEE Southeastern Section Conference, pp. 54-59, Gatlinburg, TN, April, 1996.

16. Parker, J., J. Richardson, and D. Cordes, "Problem Solving and Design in the Freshman Year: The Foundation Coalition," Proceedings of the 1996 ASEE Southeastern Section Conference, pp. 286-291, Gatlinburg, TN, April, 1996.

17. Parker, J., D. Cordes, C. Laurie, A. Hopenwasser, J. Izatt, and D. Nikles, "Curriculum Integration in the Freshman Year at The University of Alabama - Foundation Coalition Program," Proceedings of the Frontiers in Education 25th Annual Conference, Atlanta, GA, November, 1995.

18. Parker, J., D. Cordes, J. Richardson, "Engineering Design in the Freshman Year at The University of Alabama - Foundation Coalition Program," Proceedings of the Frontiers in Education 25th Annual Conference, Atlanta, GA, November, 1995.

19. Cordes, D., J. Parker, D. Nikles, C. Laurie, A. Hopenwasser, and J. Izatt, "Teaming In Technical Courses," Proceedings of the Frontiers in Education 25th Annual Conference, Atlanta, GA, November, 1995

20. Byrd, V.T., and J.K. Parker. "Status Report: Force Feedback Compensation for Electromechanical Actuation in Thrust Vector Control," Proceedings of the 1995 ASME Southeast Region XI Graduate Student Technical Conference, pp. 21-23, Tampa, FL, May 5-6, 1995.

21. Byrd, Virginia T., and J. K. Parker "The Application of the Microcontroller and the Stepper Motor in Aids for Daily Living," Proceedings of the 13th Southern Biomedical Engineering Conference, pp. 510-513, Washington, DC, April 16-17, 1994.

22. Kerxhalli, D. and J.K. Parker, "Microprocessor Controlled Natural Gas Carburetor," Proceedings of the 27th IEEE Southeastern Symposium on System Theory, Mississippi State, Mississippi, March 1995.

23. Byrd, V.T. and J.K. Parker, "Design Specification of a Robotic Feeder Using OTA Guidelines," ASME Summer Bioengineering Conference, Breckinridge, CO, June 1993.

24. Burroughs, P. and J.K. Parker, "Development of a PC-based Robot Hand Control Algorithm," Proceedings of the 25th IEEE Southeastern Symposium on System Theory, Tuscaloosa, AL, March 1993.

25. Byrd, V.T. and J.K. Parker, "Design of a Robotic Self-Feeder," Proceedings of the 25th IEEE Southeastern Symposium on System Theory, Tuscaloosa, AL, March 1993.

26. Kim, H.M. and J.K. Parker, " Artificial Neural Network For Identification And Control Of A Two-Link Flexible Joint Robot," Proceedings of the 25th IEEE Southeastern Symposium on System Theory, Tuscaloosa, AL, March 1993.

27. Parker, J.K., S.R. Bell, and D. Davis, "An Opposed Piston Engine," New Developments in Off-Highway Engines, ICE-Vol. 18, American Society of Mechanical Engineers, New York, October 1992.

6

Joey K. Parker

28. Parker, J. K., C. W. Tan, and K. Deb, "Determining PID Control Gains by Genetic Algorithms," Proceedings of the Twenty-Second Annual Modeling and Simulation Conference, University of Pittsburgh, Pittsburgh, PA, May, 1991.

29. Bell, S. R. and J. K. Parker, "Challenges in a National Competitive Student Design Program," 1991 ASEE Southeastern Section Proceedings, Charleston, SC, May 1991.

30. Khoogar, Ahmad R. and Joey K. Parker, "Obstacle Avoidance of Redundant Manipulators Using Genetic Algorithms," Proceedings of the IEEE Southeastcon '91 Conference, Williamsburg, VA, April 7-10, 1991.

31. Livings, Joel and J.K. Parker, "The Design of a Foot-controlled Feeder for Patients with Upper Limb Dysfunction," 1990 ASME Winter Annual Meeting, Dallas, TX, 1990.

32. Parker, J. K. and S. R. Bell, "Kinematic, Dynamic and Thermodynamic Simulation of a Diesel Engine," Proceedings of the 1990 ASEE Annual Conference,Toronto, Canada, June, 1990.

33. Ng, K. G. and J. K. Parker, "Design and Implementation of a Robot Finger Force Sensing System," Proceedings of the CSME (Canadian Society of Mechanical Engineers) Mechanical Engineering Forum 1990, Toronto, Ontario, June 3-9, 1990.

34. Bell, S. R., J. K. Parker, and J. M. Lapeyre, "Development of a Proof-of-Concept Opposed Piston Engine," ASME Paper 90-ICE-7, presented at the Energy-sources Technology Conference & Exhibition, New Orleans, LA, January 1990.

35. Parker, J. K., "Microcomputer Interfacing Laboratory for Mechanical Engineering," 1989 ASEE Southeastern Section Proceedings, Tuscaloosa, AL, May 1989.

36. Parker, J. K., "Kinematic Synthesis with FREETK," 1988 ASEE Annual Conference Proceedings, Session 3671, Portland, OR, June 19-23, 1988.

37. Parker, J. K., "Image Processing and Analysis for the Mechanics of Granular Materials Experiment," Proceedings of the 19th Southeastern Symposium on Systems Theory, IEEE #TH0180-0, Clemson University, Clemson, SC, March 15-17, 1987.

38. Costes, N. C., K. W. French, V. C. Janoo, J. K. Parker and S. Sture, "Mechanical Behavior of Cohesionless Granular Materials at Very Low Intergranular Pressures," presented at the 1986 AIAA 25th Aerospace Sciences Meeting, Reno, Nevada, January 1987.

39. Parker, J. K. and F. W. Paul, "Characterization and Control of Object Acquisition with a Sensored Robot Hand," Proceedings of the 1984 American Controls Conference, San Diego, June 1984.

Joey K. Parker

## OTHER PAPERS AND REPORTS PUBLISHED

1. Parker, J., "Railroad Crossing Safety Technologies, Part 3: Evaluation of LED Signal Systems," Final Report for FRA Contract #DTFR53-01-H-00302, January 28, 2004.

2. Parker, J., "Railroad Crossing Safety Technologies, Part 2: Risk Assessment for the Gulf States Corridor," Final Report for FRA Contract #DTFR53-01-H-00302, January 28, 2004.

3. Todd, , B., J. Taylor, M. Chatham, T. Lee, D. Lee, A. House, B. Lancaster, K. Wilson, G.M. Jones, R. Wear, S. Speer, D. Honeycutt, J. Parker, R. Dunavant, "SLEDGE—Spring-Loaded Exercise Device in a Zero-Gravity Environment," Final Report, Alabama Space Grant Consortium, February 2002.

4. Todd, B., J. Taylor, M. Chatham, T. Lee, D. Lee, A. House, B. Lancaster, K. Wilson, G.M. Jones, R. Wear, S. Speer, D. Honeycutt, J. Parker, R. Dunavant, "SLEDGE—Spring-Loaded Eercise Device in a Zero-Gravity Environment," Final Report, Texas Space Grant Consortium, June 2001.

5. Kavanaugh, S.P., J.K. Parker, and R.S. Falls, "A Variable Speed Ground Source Heat Pump," Final Report for EPRI Project #RP3024-4, 1992.

6. Bell, S. R., J. K. Parker, and F. L. Newman, "Continued Development of a Proof-of-Concept Opposed Piston Engine," BER Report Number 559-47, The University of Alabama Bureau of Engineering Research, Tuscaloosa, Alabama, March, 1992.

7. Bell, S. R., J. K. Parker, and F. L. Newman, "Development of a Proof-of-Concept Opposed Piston Engine," BER Report Number 502-47, The University of Alabama Bureau of Engineering Research, Tuscaloosa, Alabama, May, 1990.

8. Parker, J. K., "Computer-aided Analysis for the Mechanics of Granular Materials (MGM) Experiment, Part 2," Research Reports - 1987 NASA-ASEE Summer Faculty Fellowship Program, NASA CR-179219, Marshall Space Flight Center, Huntsville, Alabama, July 1987.

9. Parker, J. K., "Computer-aided Analysis for the Mechanics of Granular Materials (MGM) Experiment," Research Reports - 1986 NASA-ASEE Summer Faculty Fellowship Program, NASA CR-178966, Marshall Space Flight Center, Huntsville, Alabama, July 1986.