IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

**DEFENDANT'S SUPPLEMENTAL DISCLOSURES**

Come now the defendants, and supplements their previously filed disclosures as follows:

1. Video footage of accident taken by local news station, WBRC.

                                                                          s/Paul A. Miller
PAUL A. MILLER (MIL011)
Attorney for the Defendants
LAMAR, MILLER, NORRIS, HAGGARD &
CHRISTIE, P.C.
501 Riverchase Parkway East
Suite 100
Birmingham, AL  35244
Telephone: (205) 326-0000
Facsimile: (205) 323-2945

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the above and foregoing has been served upon the following by placing copies of same in the United States mail, first class postage prepaid and properly addressed, this the 4th, day of June, 2007:

George W. Finkbohner, III, Esq.
David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

                                                               s/Paul A. Miller
                                                               OF COUNSEL