UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, etc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE  NO.  06-417 |
| | § | |
| J & J WOOD, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF FILING EVIDENTIARY MATERIAL
IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT JIMY JONES, JR.'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, the plaintiff, Charlene Howell, and gives notice of filing the following

documents in support of her Opposition to Motion for summary Judgment.

1. Freeman deposition, pp.  8-9, 37-38, 40-43, 45-47;
2. Phenix City Traffic Homicide Investigation, pp.  PD024-026, PD028, PD033-035;
3. Jeremy Burnett's deposition, pp.  7-19, 32-33, 42-44;
4. Phenix City police photos, PIC57-95;
5. Timothy Simonds deposition, pp. 7-8, 10-11, 16, 30, 32-33, 50, 69-72, 76-80, 81, 106-109, 126-132, 134-143, 165-166, 198;
6. Simonds' driving history;
7. Walt Guntharp's Supplemental Rule 26 Report, pp.  3-4;
8. Walt Guntharp's CV
9. James Sobek's CV
10. Timothy Lee Simonds' Medical Card;
11. Walt Guntharp's Rule 26 Report, pp.  2-4;
12. Simonds' Federal Application;
13. Jimmy Jones, Sr.  deposition, pp.  71-75;
14. Jimmy Jones, Jr.  deposition, pp.  12, 18-20, 23-24, 26-27, 39-40, 42-45, 73, 85, 99-100;
15. Kyong Mi Kim's deposition, pp.  36, 41-47, 52;
16. James Sobek's Rule 26 Report, pp.  2-4;
17. Andy Williams' deposition, p.  10.

**/s/David S.  Cain, Jr.  (CAIND4894)**
/s/George W.  Finkbohner (FINKG0362)
/s/David G.  Wirtes, Jr.  (WIRT6693)
Attorneys for Plaintiff
Cunningham, Bounds, Crowder, Brown & Breedlove
P.O. Box 66705
Mobile, AL 36660
PH: 251-471-6191
FX: 251-479-1031
E-mail: DSC@cbcbb.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of June, 2007, I electronically filed the foregoing with the Clerk of Court using CM/EC. which will send notification of such filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

**/s/David S.  Cain, Jr., Esq.**