1

Case 3:06-cv-00417-WHA-TFM   Document 57-2   Filed 06/05/2007   Page 1 of 13

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as the personal )
representative of the Estate of  )
JAMES FARRELL HOWELL, deceased,  )
                                 )
        Plaintiff,               )
                                 )   CIVIL ACTION FILE
    vs.                          )
                                 )   NO. 3:06-CV-417-DRB
J&J WOOD, INC.; TIMOTHY LEE      )
SIMONDS; and JIMMY JONES, JR.,   )
                                 )
        Defendants.              )


Deposition of **CORPORAL JEFFREY FREEMAN**, taken by counsel for Plaintiff, pursuant to notice and agreement, under the Federal Rules of Civil Procedure, reported by Grace F. Lengmueller, RPR, in the offices of Snipes, Snipes & Snipes, 723 Broadway, Columbus, Georgia, on March 15th, 2007, and commencing at 10:57 a.m.


ACCREDITED COURT REPORTERS
Post Office Box 1701
Columbus, Georgia 31902
(706) 323-3640
(800) 662-2741

COPY

1   A   I went to -- again, in Selma, I went to the
2   basic traffic homicide investigation course, which gave
3   us the basic formulas to be able to derive speed off of
4   skid marks, yaw marks, to be able to look at the lights
5   to decide whether or not they were on or off, and just
6   the basic -- above a normal accident investigation, but
7   not a full investigation or being able to reconstruct
8   it.
9   Q   Okay.
10  A   And then I went to a two-year -- or a
11  two-week advanced traffic homicide investigation class
12  issued -- given by IPTM in St. Petersburg, Florida,
13  where I got a little more advanced training and more in
14  depth on the formulas.
15  Q   All right. Is that the extent of your formal
16  training and education relative to traffic homicide
17  investigation?
18  A   Yes, it is.
19  Q   Okay. Did you have the opportunity back in
20  October of 2005 to investigate an accident which
21  occurred at the intersection of Misty Forest Drive and
22  Highway 165 just south of Phenix City here?
23  A   Yes, I did.
24  Q   What was your first knowledge that there had
25  been an accident in that area?

8

1  A    I was called by Lieutenant Andy Williams, who
2  was the patrol lieutenant on duty that night, at
3  approximately 10:00 and advised that there was an
4  accident on 165 there at Misty Forest Subdivision that
5  was possibly going to result in fatality that I needed
6  to respond to.
7  Q    Did you get any other information from
8  Lieutenant Williams other than what you've just told
9  us, that you --
10 A    Not --
11 Q    -- can remember?
12 A    -- till I got on the scene.
13 Q    Okay.  Tell me about your arrival on the
14 scene.
15 A    Once I arrived on the scene, Lieutenant
16 Williams advised me that the two passengers in the
17 Lumina had been transported to The Medical Center in
18 critical condition and that he had marked the final
19 resting position of both the Lumina and the log truck
20 with the orange marking paint for me.
21 Q    Okay.  So the Lumina and the log truck had
22 already been marked by the time you made it out there?
23 A    That is correct.
24 Q    Had they also already brought in those big
25 lights to kind of illuminated the area and help with

9

1   Q   All right. We'll talk about the tread depth
2   and the tires in just a minute.
3       Is it typical in -- during the course of your
4   investigation that you would go and look at the gross
5   vehicle weight rating plate provided by the
6   manufacturer to see how much this vehicle could carry?
7   A   Yes.
8   Q   And what is the total amount of weight, truck
9   and load included, that this -- and trailer and load
10  included, that this vehicle could carry on the night of
11  October 5, 2005?
12  A   The truck and trailer were rated to carry
13  75,000 pounds.
14  Q   If we assume as true as was testified to by
15  Jimmy Jones, Jr., that this truck -- and you didn't
16  have weigh scales out there on the side of the road
17  that night, did you?
18  A   No, I did not.
19  Q   That's not something that you have the
20  capability of performing at that time, right?
21  A   Correct.
22  Q   If we assume as true that this truck, as
23  testified to by Jimmy Jones, Jr., weighed in excess of
24  84,000 pounds, would that truck be overweight or
25  underweight relative to what the manufacturer

37

```
1   recommends?
2       A    It's overweight.
3       Q    What are -- what are the consequences of
4   somebody continuously running a truck in excess of the
5   manufacturer's specifications?
6            MR. MILLER:  I'm going to object to
7       the form.  I don't know that troopers
8       have been properly qualified to give
9       opinions as to ratings on
10      tractor-trailers and the consequences of
11      it.
12  BY MR. CAIN:
13      Q    You can answer.
14      A    All right.  I don't know.  I -- I don't have
15  training on weighing of vehicles or what happens if
16  it's overweight, underweight, or anything like that.
17      Q    Okay.  Fair enough.  Your knowledge of basic
18  physics that you learned in eighth grade tells you that
19  the heavier something is, the harder it's going to
20  take -- the longer it's going to take it to get going,
21  though, right?
22      A    Correct.
23      Q    Longer it's going to take to get out of the
24  way of an intersection, right?
25      A    Correct.  Correct.
```

1  point in time during your involvement with the J&J Wood
2  people, did they ever make any mention of the fact that
3  they were -- they were required under the Federal regs
4  to notify the Motor Carrier Safety Assistance Patrol
5  after this event?
6       A   No, there was not.
7       Q   Do you remember any conversations with any of
8  those guys about drug testing after the event? Not
9  just Mr. Simonds, but Jones, Jr., or Jones, Sr.,
10 overheard any conversations or anything of the like?
11      A   No, I did not.
12      Q   This truck had a radio; is that right?  CB
13 radio?
14      A   Yes, it did.
15      Q   And once we take a look at the tire
16 information, what we find is that there were numerous
17 tires -- well, first of all, explain for the jury, if
18 you would, what these -- what these numbers on down the
19 left-hand column mean; L/F, R/F, R/F-O, R/F-I, and the
20 like.
21      A   That -- the R, slash, F is the right front
22 tire of the cab. The L/F is left front. R/F-O would
23 be the right front outer of the dual tandem of the
24 truck. Then you got the right front inner, left front
25 outer, left front inner. Then you'll have the right

```
 1   rear outer and inner and left rear outer and inner of
 2   the tandem, dual tandems in the back.
 3        Q    Okay.  Were any measurements -- I guess what
 4   I'm trying to figure out now is whether -- I assume
 5   that these bottom eight entries correspond to a set of
 6   tandem axles?
 7        A    Correct.
 8        Q    Would that -- would that -- these entries
 9   have been the tandem axles on the tractor or the tandem
10   axles on the trailer?
11        A    That is on the tractor.
12        Q    Okay.  Were any measurements taken of the
13   trailer?
14        A    Yes.
15        Q    Do we know where those are?
16        A    That's the car.
17        Q    I couldn't find them.  That -- that was the
18   only reason I asked.
19        A    They were taken.  They're not in my copy
20   either, so I do not know.
21        Q    Would you -- any chance you might have some
22   field notes or something somewhere?
23        A    I will probably have them saved on a disk
24   because I save all my work on a disk, so I probably
25   have a copy of the disk at my house that will have a
```

```
 1   complete report on it.  I wasn't aware that some of the
 2   pages came up missing out of the case file from work.
 3       Q    Why don't -- when you get a chance, after the
 4   deposition sometime when you get back into the swing of
 5   things, if you'll take a look and see if you can find
 6   that for us.
 7       A    I will.
 8       Q    And you can send it to me and I'll send it to
 9   Paul, or you can send us both a copy, however he wants
10   to do it, and then we'll at least have those
11   measurements as well.
12       A    Okay.
13       Q    But at least insofar as this information is
14   concerned, what we're dealing with here is the tractor?
15       A    Correct.
16       Q    On PD-033?
17       A    Yes.
18       Q    And what it looks to me as though you have
19   discovered is that there are numerous tires on this
20   tractor -- one, two, three, four -- five tires with
21   less than two-thirty-seconds of an inch measurements in
22   a measured groove; that being the right front inside on
23   the front -- front tandem?
24       A    Right.
25       Q    The left front inside on the front tandem?
```

1    A    Correct.

2    Q    The right rear outside on the rear tandem?

3    A    Yes.

4    Q    The right rear inside on the rear tandem?

5    A    Yes.

6    Q    And the left rear outside on the rear tandem?

7    A    Yes.

8    Q    So there were five tires identified in your report which did not meet the requirements of legally operating on the road as of the time of this event?

11    MR. MILLER: Object to the form. I don't know that he's been qualified to render that.

14 BY MR. CAIN:

15    Q    If you know. If you don't -- if you don't know what the --

17    A    I don't know what --

18    Q    What the regs require, that's -- that's fine.

19    A    Yeah. I don't know what the legal requirements are.

21    Q    Okay. And I also note that -- that some of the pressures you measured go all the way down into -- all the way down to like the 70s; 70 and 84 and 80 and 84. Do you have any judgment as to what pressures would be required relative to the operation of this

43

BY MR. CAIN:

Q   Well, if he -- if he hadn't been monkeying around with a tire for the three previous truck stops prior to deciding to pick Misty Forest to turn around in, he wouldn't have ever been there in the first place, right?

    MR. MILLER: Object to the form. Number one, I object to the term "monkeying around." And number two, it calls an officer to speculate as to what would not happen. I guess if your client had never gone down to the farm and come back, this wouldn't have happened either, so --

BY MR. CAIN:

Q   Would you feel comfortable letting somebody else more qualified and experienced in analyzing failures relative to that night than yourself to answer that question?

A   Yes, I would.

Q   Well, fair enough. You don't have to answer it, then.

And then PD-34, if you could identify that for us, please, sir.

A   That is the actual scale diagram that was --

```
 1   I did using a program that I purchased to mark the
 2   final resting position of both vehicles and the roadway
 3   width of the -- and lane widths of Misty Forest Drive
 4   and Highway 165.
 5        Q    And would this have been based on the
 6   measurements that you obtained, which are on the
 7   following page, PD-035?
 8        A    Yes, it is.
 9        Q    And is that a -- is that something that you
10   were taught to do way back when you very first started
11   investigating accidents and certainly once you had your
12   basic homicide and your advanced homicide investigation
13   training?
14        A    Once I had the basic and advanced homicide
15   training is when I learned how to do that.
16        Q    And that -- have your drawings and whatnot
17   been accepted in court testimony as being true -- true
18   and accurate depictions of scenes relative to your
19   testimony?
20        A    No, because I haven't been to court on one
21   yet.
22        Q    Okay.  In any event, the state of Alabama
23   recognizes that you're competent enough and the Phenix
24   City Police Department recognizes that you're competent
25   enough to provide detailed scale drawings and accurate
```

```
 1   measurements relative to the collision of various
 2   vehicles?
 3        A    Yes.
 4        Q    When you looked at this scale drawing, did --
 5   did anything jump out at you as being a little bit odd
 6   relative to the position of that truck as it pertains
 7   to that intersection?
 8        A    The trailer for the truck appears to the --
 9   have come off the wrong side of the road.  I mean, I --
10   I would have perceived that the truck either had
11   been -- or the trailer have been at more of an angle or
12   farther south than it was had it been on the correct
13   side of Misty Forest Drive when it pulled out.
14        Q    I.E., it is too far to the north of that
15   intersection for the events to have occurred the way
16   that Timothy Simonds and Jimmy Jones told you they
17   occurred that night?
18        A    In my opinion, yes.
19        Q    Did it also strike you as odd that the cab of
20   the truck is all the way off the northbound shoulder of
21   the road?
22        A    No, it did not.
23        Q    Would that be the typical way that anyone
24   making a left turn would make a left turn out of Misty
25   Forest Drive to drive their truck all the way across
```