2

## RECORDS CERTIFICATION

Re: _James Farrell Howell_
(full name of subject)

_06-11-35_                            _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_
(date of birth)                       (social security number)

I, _JaDon Wright_, certify that the attached documents are true and

Correct copies of records in our file regarding the above-named individual and that these

Were prepared and are maintained in the regular course of business at:

_____ Phenix City Police Deparment _____

_____ 1111 Broad Street _____

_____ Phenix City, Alabama  36867 _____

_JaDon Wright_
RECORDS CUSTODIAN

Subscribed and sworn before me on
This _24_ day of _August_ , _2006_

_Angela Harrison_
NOTARY PUBLIC

PD001

**FATALITY (b)**

REV 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

Accident No _____

Shaded Areas To Be Used By Data Processing Only

Sheet **1** of **3** Sheet(s)    Microfilm No _____    Local Case No: **05PL30374**    LCH

J006

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural |
|---|---|---|---|---|---|
| Month **10** Day **05** Year **2005** | **21 : 35** AM/PM MT | M T (W) TH F S S | **57** | | **X** |

Highway Classification:
I — Interstate  (S) — State  M Municipal
F — Federal  C — County  P — Private Prop.  o — Other

Local Zone **J006**

| On Street Road or Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|
| AL Highway 165 | Misty Forest Drive | NA |

| Street or Road ← Code | Node Code | | Feet From Miles (Circle One) | Node 1 or 2 |
|---|---|---|---|---|
| **S165** **9016** | **0** | | **000 . 00** | |

NONCOLLISION EVENT
01 – Overturned
02 – Fire/Explosion
03 – Immersion
04 – Gas Inhalation
05 – Spill
06 – Road/Bridge Collapsed
07 – Jackknifed
08 – Parts/Cargo Fell From Moving Vehicle
09 – Trailer Hitch Came Loose
12 – Other

COLLISION EVENT
15 – Pedestrian(s)
20 – Non-parked Vehicle
30 – Parked Vehicle
35 – Train
40 – Pedal Cyclist
45 – Animal
51 – Guardrail
52 – Crash Cushion
53 – Utility Pole
54 – Non-breakaway Light
55 – Tree
56 – Fire Hydrant
57 – Pier or Column
59 – Non-breakaway Sign
60 – Mailbox(es)
61 – Other Fixed Object
62 – Gas Line
63 – Barricade
64 – Bridge Rail
65 – Culvert Headwall
66 – Curbing
67 – Retaining Wall
68 – Median Barrier
69 – Sideslope
71 – Building
72 – Fence
73 – Boulder
74 – Ditch
75 – Overpass/Underpass
76 – Other Fixed Object
77 – Breakaway Sign
78 – Manhole
79 – Telephone Booth
80 – Guy Wire
81 – Breakaway Light
82 – Overhead Object
84 – Bridge Abutment
87 – Animal with Rider
90 – Foreign Material in Road
93 – Pothole
98 – None
96 – Other

| Intersection Related | Mile Post | Control Access Hwy Loc | Prime Contr Circms | Prime Contr Unit No |
|---|---|---|---|---|
| 1 Node 1  2 Node 2  (N) Not int'l Related | **029 . 80** | 1 Main Rd  3 Interchange  5 Exit Ramp  2 Frontage Rd  4 Entrance Ramp  (6) N/A | **21** | **1** |

| First Harmful Event | Event Location | Distance to Fixed Object | No. of Vehicles | No. Pedestrians | No. Injured | No. Fatalities | Unit 1 Type | Unit 2 Type |
|---|---|---|---|---|---|---|---|---|
| **20** | **6** | **NA** FT | | | | | | |

## UNIT NO 1 — COM VEH — UNIT 1

**LEFT SCENE** ☒ **COM VEH**

### DRIVER

| Driver Full Name | Street Address | City and State | Zip | Telephone No |
|---|---|---|---|---|
| Timothy Lee Simonds | 3333 GA Highway 34 | Franklin, GA | 30212 | 706-675-1395 |

| DOB | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **08** Day **14** Year **1963** | W | M | GA | 052449506 | A | C | | C | | Yes (No) |

| Place of Employment | Liability Insurance Co. | Social Security No |
|---|---|---|
| J&J Wood Inc.    Pine Mt. Valley, GA | Progressive | |

| Driver Condition: | Officer's Opinion: | Alcohol: | Drugs: | Type Test Given: | Test Results |
|---|---|---|---|---|---|
| (1) No Defect  3 – Fatigued  8 – Other  2 – Apparently Asleep  4 – Ill  9 – Unknown | Sobriety | Yes (No) Unk  Yes (No) Unk | 9 – No Test  1 – Blood Test  3 – Urine Test  (2) Breath Test  4 – Unable to Administer  5 – Refused Test | .000 |

| Maneuver | Travel Road Name | Road Code | Travel Direction | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| **14** | Misty Forest Drive | **1924** | N (E) S W  A - Not on Rd  U - Unk | **08** | **20** | **6** |

### VEHICLE

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 1996 | Mack | 600 | NA | 1M1AA18Y6XW105571 | IR2982 | GA | 2006 |

| Owner's Name | Street or R.F.D. | City | State | ZIP |
|---|---|---|---|---|
| J&J Wood Inc. | 1272 Highway 354 | Pine Mt. Valley | GA | 31823 |

Type:
1 – Auto
2 – Sta. Wagon
3 – Pick Up
4 – Van
(5) Truck Tractor
6 – Other Truck
7 – Comm Bus
8 – School Bus
9 – Other Bus
10 – Motorcycle
11 – Moped
12 – M. Scooter
13 – Pedal Cycle
14 – Farm Mach.
15 – Train
16 – Road Equip.
17 – Ridden Animal
18 – M. Home (R.V.)
19 – ATV
98 – Other

Usage:
1 – Personal
2 – Driver Trng.
3 – Construction
4 – Ambulance/ Paramedical
5 – Military
6 – Taxi
7 – Transport Prop
(8) Agriculture
9 – Wrecker/Tow
10 – Police
11 – Other Business·
12 – Bus/Pass. Transport.
13 – Fire Fighting
98 – Other

Hazardous Cargo:
(1) None
2 – Explosive
3 – Gas
4 – Flam/Combust Liq.
5 – Flammable Solids
6 – Oxidizer/Peroxide
7 – Poison
8 – Radioactive Material
9 – Corrosive Material
98 – Other
Placard  Yes  No (NA)

Attachment:
1 – None
2 – Mobile Home
3 – Semi Trailer
4 – Utility Trailer
5 – Wheel Trailer
8 – Boat Trailer
7 – Camper Trailer
8 – Towed Vehicle
9 – Tanker
(10) Pole Trailer
11 – Double Trailer
98 – Other
Oversized Load (Req Permit)  Yes  No (NA)
If Yes, Did Owner Have Permit?  Yes  No (NA)

Contributing Defect:
(98) None
1 – Brakes
2 – Steering
3 – Power Plant
4 – Suspension
5 – Tires
6 – Exhaust
7 – Lights
8 – Turn Signal
9 – Windows/ Windshield
10 – Restraint Sys.
11 – Wheels
12 – Truck Coupling
13 – Cargo
14 – Fuel System
98 – Other
99 – Unknown

Circle areas Damaged On Diagram
10 Under Carriage
98 N/A
11 Attachment

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Total Injuries in Unit | Enter Point of Initial Impact |
|---|---|---|---|---|---|---|---|
| 30 MPH | 07 MPH | None | 1 – Non Visible  (2) Not Disabled  3 – Disabled | Yes (No) | 1 | | **11** |

| Vehicle Towed BY Whom: | To Where: |
|---|---|
| NA | NA |

## UNIT NO 2 — VEHICLE OR PEDESTRIAN

**LEFT SCENE**  **COM VEH**  **VEHICLE OR PEDESTRIAN** ☒

### DRIVER

| Driver Full Name | Street Address | City and State | Zip | Telephone No |
|---|---|---|---|---|
| James Farrell Howell | 10 Gibbs Drive | Phenix City, AL | 36869 | - -none |

| DOB | Race | Sex | DL State | Driver License No. | DL Class | DL Status | List Restrictions Not Complied With | CDL Status | List Endorsements Not Complied With | Residence Less Than 25 Miles |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **06** Day **11** Year **1935** | W | M | AL | 3287679 | DM | C | | N | | (Yes) No |

| Place of Employment | Liability Insurance Co. | Social Security No |
|---|---|---|
| Unknown | Unknown | |

| Driver Condition: | Officer's Opinion: | Alcohol: | Drugs: | Type Test Given: | Test Results |
|---|---|---|---|---|---|
| 1 – No Defect  3 – Fatigued  8 – Other  2 – Apparently Asleep  4 – Ill  (9) Unknown | Sobriety | Yes (No) Unk  Yes (No) Unk | (1) No Test  1 – Blood Test  3 – Urine Test  2 – Breath Test  4 – Unable to Administer  5 – Refused Test | |

| Maneuver | Travel Road Name | Road Code | Travel Direction | Other Contr Circumstance | Prime Harm Event | Event Loc |
|---|---|---|---|---|---|---|
| **01** | AL Highway 165 | **S165** | N E (S) W  A - Not on Rd  U - Unk | **06** | **20** | **6** |

### VEHICLE

| Veh Year | Make | Model | Body | V.I.N. | License Tag Number | State | Year |
|---|---|---|---|---|---|---|---|
| 1992 | Chev | Lum | 2D | 2G1WN14T0N9145051 | 57B497Z | AL | 2006 |

| Owner's Name | Street or R.F.D. | City | State | ZIP |
|---|---|---|---|---|
| Kyong Mi Kim | 10 Gibbs Drive | Phenix City | AL | 36869 |

Type:
(1) Auto
2 – Sta. Wagon
3 – Pick Up
4 – Van
5 – Truck Tractor
6 – Other Truck
7 – Comm Bus
8 – School Bus
9 – Other Bus
10 – Motorcycle
11 – Moped
12 – M. Scooter
13 – Pedal Cycle
14 – Farm Mach.
15 – Train
16 – Road Equip.
17 – Ridden Animal
18 – M. Home (R.V.)
19 – ATV
98 – Other

Usage:
(1) Personal
2 – Driver Trng.
3 – Construction
4 – Ambulance/ Paramedical
5 – Military
6 – Taxi
7 – Transport Prop
8 – Agriculture
9 – Wrecker/Tow
10 – Police
11 – Other Business
12 – Bus/Pass. Transport.
13 – Fire Fighting
98 – Other

Hazardous Cargo:
(1) None
2 – Explosive
3 – Gas
4 – Flam/Combust Liq.
5 – Flammable Solids
6 – Oxidizer/Peroxide
7 – Poison
8 – Radioactive Material
9 – Corrosive Material
98 – Other
Placard  Yes  No (NA)

Attachment:
(1) None
2 – Mobile Home
3 – Semi Trailer
4 – Utility Trailer
5 – Wheel Trailer
8 – Boat Trailer
7 – Camper Trailer
8 – Towed Vehicle
9 – Tanker
10 – Pole Trailer
11 – Double Trailer
98 – Other
Oversized Load (Req Permit)  Yes  No (NA)
If Yes, Did Owner Have Permit?  Yes  No (NA)

Contributing Defect:
(97) None
1 – Brakes
2 – Steering
3 – Power Plant
4 – Suspension
5 – Tires
6 – Exhaust
7 – Lights
8 – Turn Signal
9 – Windows/ Windshield
10 – Restraint Sys.
11 – Wheels
12 – Truck Coupling
13 – Cargo
14 – Fuel System
98 – Other
99 – Unknown

Circle areas Damaged On Diagram
10 Under Carriage
98 N/A
11 Attachment

| Speed Limit | Est. Speed | Citation Offense Charged | Damage Severity | Vehicle Towed Away? | Occupants in Unit | Total Injuries in Unit | Enter Point of Initial Impact |
|---|---|---|---|---|---|---|---|
| 55 MPH | 60 MPH | None | 1 – Non Visible  (3) Disabled  2 – Not Disabled | (Yes) No | 2 | | **1** |

| Vehicle Towed BY Whom: | To Where: |
|---|---|
| Bi-City Wrecker Service | Bi-City Wrecker Lot  (Local) |

## CODES

**Contributing Circumstances**
01 – Improper Passing
02 – Improper Lane Change/Usage
03 – Improper Turn/U-Turn
04 – Following Too Close
05 – Misjudge Stopping Dist
06 – Over Speed Limit
07 – Avoid Object/Person/Veh
08 – Unseen Object/Person/Veh
09 – Improper Backing
10 – Inop Traffic Control
11 – Improper/No Signal
12 – Failure to Heed Sign/Signal
13 – Improper Driving-Environ
14 – Road Defect
15 – Vision Obstruction
16 – Defective Equipment
17 – DUI
18 – Under Min Speed
19 – Improper Load/Size
20 – Improper Attachment
21 – Fail to Yield Right-of-Way
22 – Wrong Condition
23 – Wrong Side of Road
24 – Veh Pushed /Towed by Veh
25 – Veh Pushed by Person
26 – Veh Left Road
27 – Driver Not In Control
28 – Load Shift
29 – Parts/Cargo From Veh
30 – Ped Violation
31 – Veh Wgt/Hgt/Lngth
32 – Ped Under Influence
33 – Illegal/Improper Parking
97 – None
98 – Other
99 – Unknown

**Driver Maneuver**
01 – Go Straight Ahead
02 – Pass on Left
03 – Pass on 1-Way Street
04 – Pass on Right
05 – Go Straight—Left Turn Lane
06 – Go Straight—Right Turn Lane
07 – Change Lanes—Left
08 – Change Lanes—Right
09 – Merge—Left
10 – Merge—Right
11 – Wrong Side of Road
12 – Wrong Way—1 Way
13 – Right Turn
14 – Left Turn
15 – U-Turn
16 – Start From Park
17 – Start in Traffic
18 – Slowing/Stopping
19 – Stopped in Traffic
20 – Avoid Object in Road
21 – Exiting Private Property
60 – PediCyc Ride with Traffic in Road
61 – PediCyc Ride with Traffic on Road
62 – PediCyc Ride Against Traffic in Rd
63 – PediCyc Ride Against Traffic off Rd
64 – PediCyc Ride Across Road
65 – PediCyc Ride in Bike Path
70 – Enter Parked Position
71 – Parked—Legally
72 – Parked—Illegally
81 – Backing
95 – Pushed by Vehicle
96 – Pushed By Pedestrian
98 – Other
99 – Unknown

**Pedestrian Action**
01 – Cross/Enter—Intersection
02 – Cross/Enter—Other
03 – Walk in Road—With Traffic
04 – Walk in Road—Against Traffic
05 – Stand in Roadway
06 – Get on/off Vehicle
07 – Push/Work on Vehicle
08 – In Road—Other Work
09 – In Road Other
10 – In-Road Other
11 – Not in Road
99 – Unknown

**Event Location**
1 – On Roadway
2 – Off Roadway
3 – Median
4 – Driveway
5 – Private Road/ Property
6 – In Intersection

PD024

## SEATING

Unit 1: 24 (position 1)
Unit 2: 22, 22

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/ Codes Not Applicable
Other Involved Safety Equipment

**CODES**

**SAFETY EQUIPMENT**
01 - None Installed
95 - Not Applicable
99 - Unknown (Any Type)
**Lap Belt Only**
11 - Fastened
12 Not Fastened
**Lap/Shoulder Harness**
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
**Motorcycle Helmet**
31 - None Used
32 - Used
**Air Bags**
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
**Child Restraint**
61 - Child Restraint Used
62 - Other Restraint Used
63 - None Used
**Pedal Cycle/Pedestrian**
91 - Contrasting Clothing
92 - Non-contrasting Clothing

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| James Farrell Howell | 10 Gibbs Drive Phenix City, AL 36869 | 2 | 1 | K | 70 | M | N | A |
| Taken To: Columbus Medical Center | Taken By: Care Ambulance Service | | | | | | | |
| Kyong Mi Kim | 10 Gibbs Drive Phenix City, AL 36869 | 2 | 3 | A | 29 | F | N | A |
| Taken To: Columbus Medical Center | Taken By: Care Ambulance Service | | | | | | | |

230042
230043

**CODES**

Injury Type:
K Killed
B Bruise/Abrasion/Swelling
A - Visible or Carried Nom Scene
C - Not Visible—Has Pain/Faint

Ejected:
N - Not
F - Fully
P - Partially
T - Trapped
U - Unknown
A - Not Applicable

First Aid By:
A - Ambulance Attended
D - Doctor
M - Paramedic
O - Other
P - Police
U - Unknown
N - None

## NARRATIVE AND DIAGRAM

SEE PAGE 2 OF 3

Officer's Opinion of What Happened: **See Page 2 of 3**

## ROADWAY ENVIRONMENT

Unit: For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1: 1
Unit 2: 2

Contributing Road Defects:
0 - None
1 - Shoulders Low
2 - Shoulders High
3 - Holes, Bumps, Etc.
8 - Other

Surface Construction:
1 - Asphalt
2 - Concrete
3 - Brick
4 - Unpaved
8 - Other

Condition:
1 - Dry
2 - Wet
3 - Icy
4 - Snowy/Slushy
5 - Muddy
8 - Other

Accident In Or Related To Road Construction Zone?
Yes
No

Material in Roadway (Contributing):
0 - None
2 - Rocks
3 - Trees/Limbs
4 - Dirt
5 - Gravel
6 - Oil/Petrol
8 - Other

Material Source:
0 - Not Applicable
2 - Natural Environment
3 - Dropped From Vehicle
4 - Already in Road. But Fell From Vehicle
8 - Other
9 - Unknown

Character:
1 - Straight—Level
2 - Straight—Down Grade
3 - Straight—Up Grade
4 - Straight—Hillcrest
5 - Curve—Level
6 - Curve—Down Grade
7 - Curve—Up Grade
8 - Curve—Hillcrest

Vision Obscured By:
97 - Not Obscured
1 - Buildings
2 - Signboard
3 - Trees, Crops, Bushes
4 - Blowing Snow/Sand
5 - Hillcrest
6 - Curve in Road
7 - Fog
8 - Parked Vehicle
9 - Moving Vehicle(s)
10 - Blinded by Sunlight
11 - Fire/Smoke
12 - Dust
13 - Blinded by Headlights
14 - Embankment
15 - Rain on Windshield
16 - Snow on Windshield
98 - Other
99 - Unknown

Traffic Control:
1 - Police Officer
2 - R.R. Crossing Gates
3 - R.R. Flashing Lights
4 - R.R. Cross Bucks/Pave Mark
5 - Pedestrian Control
6 - Traffic Signal
7 - Flashing Beacon
8 - Stop Sign
9 - Yield Sign
10 - Lane Control Device
11 - Flagger
12 - No Passing Zone
97 - None
98 - Other

Traffic Control Functioning: Yes / No / N/A

DOT Railroad Crossing No: NA

Opposing Lanes Separated By:
97 - None
1 - Paved Surface
2 - Unpaved Surface
3 - Broken Painted Line
4 - Solid Painted Line
5 - Concrete Barrier
6 - Metal Guard Rail
7 - Fence
8 - Other Barrier

Trafficway Lanes:
1 - One Lane
2 - Two Lanes
3 - Three Lanes
4 - Four Lanes
5 - Five Lanes
6 - Six Lanes or More

One-Way Street: Yes / No

## INVESTIGATION

Light:
1 - Daylight
2 - Dawn
3 - Dusk
4 - Darkness—Road Not Lit
5 - Darkness—Road Lit

Weather:
1 - Clear
2 - Cloudy
3 - Rain
4 - Snow
5 - Sleet/Hail
6 - Crosswind
7 - Fog
8 - Other

Locale:
1 - Open Country
2 - Residential
3 - Shop'g or Business
4 - Mfg. or Industrial
5 - School
6 - Playground
8 - Other

Non-Vehicular Property Damage:
1 - None Visible
2 - Light
3 - Moderate
4 - Severe

Property Damage Description: NA
Description:

Time Police Notified: 21:37 PM
Time Police Arrived: 21:43 PM
Time EMS Arrived: 21:49 PM

Name of Photographer: Lt. A. Williams
Owner:
Address:

Witness Full Name: Jimmy Jones
Address: Box 867 Highway 354 Pine Mt. Vallet, GA 31823
Telephone: 706 249-0700

Witness Full Name: NA
Address:

| | Officer ID | Agency ORI |
|---|---|---|
| Name of investigating Officer: Cpl. J. Freeman | 310 | 0570100 |
| Name of Other Investigating Officers at Scene: Cpl. F. Mahana | 382 | 0570100 |

Supervisor Reviewed

The data on this report reflects my best knowledge, opinions and beliefs covering the accident, but no warrant is made as to the factual accuracy thereof

Signature of Investigating Officer: Cpl.

Date 10-05-2005

PD025

# ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. 05PL30374

SHEET 2 OF 3 SHEET(S)

### SUPPLEMENTAL SHEET

AST No. 34 Rev. 4/86

| | | Unit No. | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| **3** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **4** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **5** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **6** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **7** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **8** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **9** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **10** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **11** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |
| **12** | Name / Address | | | | | | | |
| | Taken to / Taken by | | | | | | | |

ADDITIONAL ACCIDENT VICTIMS

## DESCRIBE WHAT HAPPENED (Refer to vehicles by number)

Driver of vehicle #1 stated that he was stopped at the stop sign at the entrance to Misty Forest subdivision and Highway 165. Driver of vehicle #1 stated that he did not see any vehicles coming in either direction so he started to make a left turn. Driver of vehicle #1 stated that as he was making his turn vehicle #2 struck the left rear tire of his trailer.

The witness stated that he was behind vehicle #1 and did not see any vehicles coming on Highway 165. The witness stated that he did not see vehicle #2 until vehicle #2 struck vehicle #1.

ADDITIONAL NARRATIVE SPACE

PD026

Alabama Uniform Traffic Accident Report    1/94
## Truck/Bus Supplemental Sheet

Unit No. __1__
(same as on main report)

Sheet __3__ of __3__ Sheets

| | General Instructions | |
|---|---|---|

Complete *this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:*
1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities B. one or more persons injured and taken from the scene for immediate medical attention, or C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

| | Screening Information | |
|---|---|---|

*Number of Qualifying Vehicles:*

*Number of Persons:*

Trucks with 6 or more tires or Haz/Mat placard __1__

Sustaining fatal injuries __1__

Buses designed to carry 16 or more (including driver) __0__

Transported for **immediate** medical treatment __1__

Number of vehicles towed from scene due to damage or provided assistance __1__

| | Vehicle Information | |
|---|---|---|

*Gross Vehicle Weight Rating (GVWR)*

A. Truck, tractor or bus    29600
B. Trailer or trailers (total)    45400
Total GVWR for unit (A+B)    75000

Total number of axles __5__

*Hazardous* Material Involvement

Did vehicle have a Haz/Mat placard ☐ Yes ☒ No
    If Yes, include following information from placard
    A. Name or 4-digit number from diamond or box NA
    B. The 1-digit number from bottom of diamond NA
    Was hazardous material released from THIS vehicle's cargo? ☐ Yes ☒ No

*Vehicle Configuration*    (circle one number)
1  Bus         2  Single unit truck (2 axles/ 6 or more tires)    3  Single unit truck (3 or more axles)
4  Truck with trailer    5  Truck tractor only (bobtail)    ⑥ Tractor with semi-trailer    7  Tractor with double trailers
8  Tractor with triple trailers    9  Unknown class heavy truck    0  Any other 4-tired vehicle

*Cargo Body Type*    (circle one number)
1  Bus         2  Van/enclosed box    3  Cargo tank    4  Flatbed    5  Dump
6  Concrete mixer    7  Auto transporter    8  Garbage/ refuse    ⑨ Other Log truck

| | Motor Carrier Information | |
|---|---|---|

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, o for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name J&J Wood Inc.

Source (circle one number)    ① Vehicle side    2  Shipping papers    3  Driver    4  Other

Carrier mailing address (Street or P.O. Box) 1272 Highway 354

City, State, Zip Pine Mt. Valley, GA 31823

Carrier Identification Numbers    ( __1__ None = 0)

US DOT 964967    ICC IVIC _____    STATE NO. _____    STATE _____

| | Sequence of Events | |
|---|---|---|

Note: for THIS vehicle – list up to four    Event #1 10    Event #2 _____    Event #3 _____    Event #4 _____

| *EVENT CODES* | Non-Collision | 1. Ran off road | 2. Jackknife | 3. Overturned (rollover) | 4. Downhill runaway |
|---|---|---|---|---|---|
| | | 5. Cargo loss or shift | 6. Explosion or fire | 7. Separation of units | 8. Other non-collision |
| | Collision With | 9. Pedestrian | 10. Non-parked vehicle | 11. Parked vehicle | 12. Train |
| | | 13. Pedalcycle | 14. Animal | 15. Fixed object | 16. Other object |

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time | AM PM MT |
|---|---|---|---|---|---|
| Cpl. | 310 | 0570100 | 10/05/2005 | 21:35 | |

PD028

# MUTI-AXLE VEHICLE
## POST VEHICLE INSPECTION

Vehicle No. 1

## TIRE INFORMATION

Did tire condition contribute:    ☐ Yes    ☒ No    if yes, explain N/A

| | Make | Design | Pressure | Size | Inside | Middle | Outside |
|---|---|---|---|---|---|---|---|
| | | | | | | Tread Depth | |
| R/F | Dunlop | SP381 | 84 | 11R24.5 | 11 / 32" | 6 / 32" | 9 / 32" |
| L/F | Freestar | FS530 | 98 | 11R24.5 | 10 / 32" | 12 / 32" | 12 / 32" |
| R/F-0 | Firestone | FD663 | 104 | 11R24.5 | 4 / 32" | 2 / 32" | 5 / 32" |
| R/F-I | Firestone | FD663 | 84 | 11R24.5 | 2 / 32" | 1 / 32" | 5 / 32" |
| L/F-0 | Firestone | FD663 | 104 | 11R24.5 | 6 / 32" | 2 / 32" | 5 / 32" |
| L/F-I | Firestone | FD663 | 80 | 11R24.5 | 3 / 32" | 1 / 32" | 5 / 32" |
| R/R-0 | Firestone | FD663 | 70 | 11R24.5 | 1 / 32" | 1 / 32" | 1 / 32" |
| R/R-I | Firestone | FD663 | 100 | 11R24.5 | 1 / 32" | 0 / 32" | 2 / 32" |
| L/R-0 | Firestone | FD663 | 106 | 11R24.5 | 4 / 32" | 0 / 32" | 4 / 32" |
| L/R-I | Firestone | FD663 | Unknown | 11R24.5 | 4 / 32" | 2 / 32" | 5 / 32" |

## DESCRIBE DAMAGE AND OBSERVATIONS

Case Number 05PL30374

PD033



Alabama Highway 165

N

Misty Forest Drive

Unit 2

Unit 1

Corporal Jeffrey Freeman
Phenix City Police Department
October 6th, 2005
Case #05PL30374

ESD: Highway 165 @ Misty Forest Drive    Scale: 1 in = 20 ft

PD034

PHE  X CITY POLICE DEPARTM NT
TRAFFIC HOM IDE UNIT - COORDINATE MEA  EMENT FORM

**REFERENCE POINT IS:** Utility pole NW corner of Alabama Highway 165 @ Misty Forest Drive

| DESCRIPTION OF POINT: | 0 | N | S | E | W |
|---|---|---|---|---|---|
| Reference point to baseline | A | | | | 57.50 ft |
| West side of right turn lane southbound on Alabama Highway 165 | B | | | | 15.00 ft |
| White dash stripe southbound on Alabama Highway 165 | C | | | 11.67 ft | |
| Double yellow stripe on Alabama Highway 165 | D | | | 23.50 ft | |
| White dash stripe northbound on Alabama Highway 165 | E | | | 35.42 ft | |
| Northbound fog line Alabama Highway 165 | F | | | 47.08 ft | |
| Final rest of left front on vehicle #1 | G | | 6.58 ft | 45.46 ft | |
| Final rest of right front on vehicle #1 | H | | 8.75 ft | 52.42 ft | |
| Final rest of right rear on vehicle #1 | I | | 25.00 ft | 46.00 ft | |
| Final rest of left rear on vehicle #1 attachment | J | | 22.08 ft | 7.42 ft | |
| Final rest of right rear on vehicle #1 attachment | K | | 30.75 ft | 8.58 ft | |
| Final rest of left rear on vehicle #2 | L | | 11.67 ft | | 2.42 ft |
| Final rest of right rear on vehicle #2 | M | | 16.17 ft | | 6.42 ft |
| Final rest of right front on vehicle #2 | N | | 22.25 ft | | |
| Final rest of left front on vehicle #2 | O | | 17.25 ft | 4.42 ft | |
| North curve of Alabama Highway 165 @ Misty Forest Drive | P | | 21.83 ft | | 39.17 ft |
| Chord= 33.00 ft    Middle Ordinate= 5.67 ft   Radius= 26.75 ft | Q | | | | |
| South curve of Alabama Highway 165 @ Misty Forest Drive | R | | 44.58 ft | | 37.50 ft |
| Chord= 46.50 ft    Middle Ordinate= 8.50 ft   Radius= 36.08 ft | S | | | | |
| South fog line to double yellow of Misty Forest Drive: 12.00 ft | T | | | | |
| South fog line to north fog line of Misty Forest Drive: 24.17 ft | U | | | | |
| Stop bar on Misty Forest Drive | V | | 34.50 ft | | 16.58 ft |
| Stop sign for Misty Forest Drive | W | | 53.00 ft | | 28.50 ft |
| | X | | | | |
| | Y | | | | |
| | Z | | | | |

SHEET NUMBER: __1__ OF __1__ SHEETS /   DATE: __10_/_05_/_05__   INITIALS:

PD035