3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION


CHARLENE HOWELL, as the personal )
representative of the Estate of  )
JAMES FARRELL HOWELL, deceased,  )
                                 )
        Plaintiff,               )
                                 ) CIVIL ACTION FILE
    vs.                          )
                                 ) NO. 3:06-CV-0417-DRB
J&J WOOD, INC.; TIMOTHY LEE      )
SIMONDS; and JIMMY JONES, JR,    )
                                 )
        Defendants.              )


        Deposition of **JEREMY DAVID BURNETTE**, taken

by counsel for Plaintiff, pursuant to notice

and agreement, under the Federal Rules of Civil

Procedure, reported by Grace F. Lengmueller,

RPR, in the offices of Snipes, Snipes & Snipes,

723 Broadway, Columbus, Georgia, on March 15th,

2007, and commencing at 10:00 a.m.


ACCREDITED COURT REPORTERS
Post Office Box 1701
Columbus, Georgia 31902
(706) 323-3640
(800) 662-2741

ORIGINAL

1        A     -- in Columbus.

2        Q     Okay.  As you know, we're here today to talk

3    about an event which occurred on the evening of

4    October 5th of 2005 involving one Mr. James Howell and

5    a log truck being driven by a gentleman by the name of

6    Timothy Simonds.  Do you have an independent

7    recollection of that evening?

8        A     Yes.

9        Q     Tell me -- as you know, this accident

10   occurred on Highway 165 just south of Phenix City.

11   Tell me what you had done that day prior to traveling

12   down 165 on, I assume, your way home.

13       A     Right.  Now, I was -- I went to work about

14   9:00 that morning.  I got off.  I really don't remember

15   what time it was.  But I was traveling on my way back

16   from work when I was going up 165 there.

17       Q     Okay.  I just want you to, I guess, start

18   from the -- from the beginning as you were coming down

19   165.  Did you have the opportunity to observe what you

20   now know to be the 1992 Chevrolet Lumina being driven

21   by Mr. Howell?

22       A     Yes.

23       Q     Tell me about that.

24       A     I was going up 165.  About a mile -- I guess

25   it was about a mile from the beginning of 165 on up,

1    that's when the -- the Lumina passed me.  I was in a

2    vehicle going about 35 miles an hour, and I know that

3    because that was the max speed of the vehicle.  It was

4    a old '88 Ford Ranger I was driving.  I was going about

5    35.  Lumina passed me going about 50 to 55 miles per

6    hour.  It stayed ahead of me but in sight distance.

7        Q    Well, did you ever observe it at any point in

8    time while it was within your sight distance behave

9    erratically, drive at an unreasonable speed, exceed the

10   speed limit, anything along those lines?

11           MR. MILLER:  Object to form.

12           THE WITNESS:  No.  It seems --

13   seemed normal.

14   BY MR. CAIN:

15       Q    Okay.

16       A    Seemed normal.  Going up -- going on up the

17   road there.  I guess it was about -- the car was

18   about -- I would say about 200 yards, about two

19   football-field lengths ahead of me when it -- when I

20   just kind of started to get closer to it.

21           And then, actually, when I got almost right

22   up to it, I actually had to hit my brakes.  That's when

23   I realized that the car hit a log truck that was spread

24   across the highway.  And that's the last thing -- I

25   slammed on my brakes because I didn't see it myself.  I

1    didn't realize the car stopped.  The -- there was no

2    brake lights illuminated on the car when it was

3    stopped.  It was just stopped.

4             So at that time, I got out of the truck; went

5    to the car.  A gentleman got out of the log truck;

6    another one came out from the -- around the back of the

7    log truck and came around.  We -- he tried to open the

8    driver's side door, but the driver's side door was

9    jammed.  Couldn't open it; it was smashed in.  So went

10   around and opened the passenger's side door.

11            Didn't touch anyone.  I mean, you know, they

12   were unconscious.  The passenger seemed to be going

13   into some type of shock; she was shaking.  And at that

14   point, just waited for the police to arrive.

15       Q    All right.  You say you were in a -- I guess

16   a 1988 Ranger?

17       A    Yeah.

18       Q    Where did you get the Ranger?

19       A    That was my brother-in-law's.  My car had

20   tore up, so I borrowed it from my brother-in-law for

21   about a three-day period.

22       Q    Okay.  Did you ever -- after the Howell

23   vehicle passed you, did you ever lose sight of the

24   vehicle between the time that it --

25       A    No.  It always stayed in sight distance where

1    I could see the taillights.

2         Q    And that was from the time it passed you up

3    until the time that you --

4         A    Right.

5         Q    -- ultimately --

6         A    Correct.

7         Q    -- discovered that they had struck a log

8    truck?

9         A    Right.

10        Q    Did you ever at any point in time during that

11   period see it drive in any -- in any manner of speed or

12   maneuvering in any way that you felt was unreasonable

13   for the conditions that existed out there that day?

14        A    No.  Not that I could tell, no.

15        Q    Did you have trouble seeing the log truck?

16        A    Yes.  I mean, I didn't see it until I was up

17   on it.  Until I drove up to the scene of the accident,

18   I didn't see it.

19        Q    When you say "up on it," about how far from

20   it were you --

21        A    When I --

22        Q    -- before --

23        A    -- stopped the car, I was about 20 yards from

24   the -- when I stopped my truck, I was about 20 yards

25   from the car.

1      Q    All right.  Do you remember how the weather

2  was that day?

3      A    It was clear, a little cool outside.  It

4  started to slightly sprinkle, a little bit of rain,

5  after -- or after the police were there and the

6  ambulance had came on out, and we were all on the side

7  of the road and it started sprinkling.

8      Q    Were you literally driving down the road --

9  it was dark, I guess?  It was 9:30 at night.

10     A    Yeah.

11     Q    Were you literally driving down the road and

12  saw the Howell vehicle in some manner, shape, or form

13  begin to get closer to you because --

14     A    Right.

15     Q    -- as we know now, it had stopped, and you're

16  sitting there wondering what in the world has happened

17  up there, or --

18     A    Yeah.

19     Q    -- what is he doing or --

20     A    Right.

21     Q    -- why is he --

22     A    I mean, I found it odd that it just -- it

23  just -- it just looked like it wasn't moving to me.

24  It's very dark on 165.

25     Q    Right.

1    A    There's not like a lot of lighting. It's

2    kind of in the middle of nowhere. So, I mean, it just

3    came closer and closer until I got right -- like I

4    said, about 20 yards to it, and then I hit my brakes,

5    got out, and went to the vehicle.

6    Q    If you had been driving your normal vehicle,

7    what would have been the consequences?

8    A    If I had been driving my --

9    MR. MILLER: Object to the form.

10   Calls for speculation.

11   BY MR. CAIN:

12   Q    You can answer.

13   A    Well, if -- if I had been driving any other

14   vehicle that would have meant up 35-mile-an-hour mark,

15   I would have hit the vehicle.

16   Q    And that's with or without Mr. Howell hitting

17   it in front of you?

18   A    Right. Right. I mean, if he hadn't have

19   passed me even in -- I mean, if he hadn't passed me, I

20   would have hit that vehicle. I would have hit that

21   truck.

22   Q    In essence, he provided something for you to

23   focus on and look at in trying to figure out what was

24   going on, and that's the only thing that kept you from

25   hitting it as well?

1        A        Correct.

2              MR. MILLER:  Object to form.

3    BY MR. CAIN:

4        Q        When -- when you ultimately were able to get

5    your truck stopped and I guess you got out of your

6    truck, was the driver of the log truck on his way out

7    of his truck as well?

8        A        At the same time, yeah, I was getting out of

9    my truck, he was getting out of his truck.

10       Q        All right.  Did he say anything or did

11   anybody with him -- I think there were two gentlemen

12   you mentioned.  Did either one of them say anything

13   about the wreck or what happened or anything along

14   those lines?

15       A        No.  Well, I mean, I seen two gentlemen

16   total, the driver and then whoever came out from behind

17   the truck.  But when the driver came out, he said that

18   he must have been -- he must not have seen me.  I mean,

19   he said something, but I don't -- I don't remember what

20   it was.

21       Q        Okay.  You said the other gentleman came out

22   of the back of the -- from the back of the truck?

23       A        Right.  I don't -- I don't know if he was a

24   passenger.  There was another truck behind his truck.

25   I don't know if he came in that truck, or I don't know

1    whether he came out of the passenger's side of the log

2    truck.

3         Q     Are you talking about like a service truck?

4         A     Right.  It was a service -- it was a service

5    truck.  It was -- it was -- it was behind the log

6    truck, but it was facing like it was going in the

7    entrance of the -- the subdivision there, the Misty

8    Forest.

9         Q     Misty Forest?

10        A     Right.

11        Q     Facing, I guess, away from the truck itself?

12        A     Right.  Facing away from the truck.

13        Q     Where was the truck positioned at the time

14   that you finally got your truck stopped?

15        A     The log truck?

16        Q     Correct.  That's --

17        A     The log truck was -- the log truck was spread

18   entirely across the highway sticking up all four lanes.

19   The -- it was facing like it was coming out of Misty

20   Forest.

21              The people that -- once -- once I was

22   there -- then the next people on the scene was a -- it

23   was a couple that lived in a house like right there.

24   They came on the scene probably a minute or two after I

25   did, and they were telling me that it looked like the

1    truck was maybe turning around in the highway.  But, I

2    mean, I -- that, I don't know.  It was just straight

3    across.

4         Q    When you -- are you talking about Lester and

5    Gladys McCord, African-American couple that lived --

6         A    It was --

7         Q    -- right there on the corner?

8         A    Yeah.  It was an African-American couple, and

9    I'm not sure of their names.

10         Q    And what was it that Mr. McCord was saying

11    that night about what either he thought happened or

12    what he saw happened?

13         A    The woman was actually the one that said that

14    the truck was turning around in the middle of 165.

15         Q    While doing a U-turn?

16         A    That's -- that's what she said.

17         Q    Okay.

18         A    But I'm not sure.

19         Q    Other than you and Mr. Howell on that

20    one-mile stretch into the ultimate accident site, were

21    there any other cars on the road traveling your

22    direction that you saw?

23         A    No.  Not -- not one.

24         Q    Not one in front or one behind?

25         A    No.  It was another -- it was another two or

1     three minutes before a car came up to the scene behind

2     us.

3          Q     Was there anything in your opinion, having

4     been the guy closest to Mr. Howell seeing the same

5     thing that he saw up to the point that he struck the

6     truck, in your opinion, was there anything that he

7     could have done to have avoided this collision?

8                    MR. MILLER:  Object --

9                    THE WITNESS:  No.

10                   MR. MILLER:  -- to the form.

11    BY MR. CAIN:

12         Q     I'm going to show you, Jeremy, some

13    photographs that we got from the Phenix City Police

14    Department and just let you verify for me, if you

15    would, that these are indeed photographs of the

16    accident scene itself.  And this -- I'm going to start

17    with PIC-60, which is the back of the Chevy Lumina.

18                   THE VIDEOGRAPHER:  (Indicating)

19                   MR. CAIN:  Sorry.

20    BY MR. CAIN:

21         Q     PIC-61, PIC-62.  We're just flipping through.

22    We've gone through 70 now; through 80; through 90;

23    through 95.  Are Pictures 60 through 95 accurate

24    depictions of the accident scene that -- that night?

25         A     Yes.

1        Q       Let me -- let me point you to something here

2    and ask you a question.  We look at PIC-77.  What --

3    what we see here in the picture is the log truck

4    stretched across all four lanes of traffic, and then we

5    have the -- see these retroreflective vests that all

6    these rescue personnel has that are throwing out a

7    bright light reflecting the light from the camera lens

8    or from other lights there in the area?  Did you notice

9    any retroreflective light coming from underneath this

10   tractor or this trailer at any point in time?

11       A       I did not, no.

12       Q       Would it be -- would it be your recollection,

13   if you remember, that all of the retroreflective tape

14   that existed on this truck was dirty, covered in soil,

15   and incapable of performing its function and providing

16   a surface for which someone like you on the road could

17   see the truck?

18       A       I didn't -- I didn't notice at the time, but

19   the pictures look that way.

20       Q       Would it make sense to you that if somebody

21   was out there on the road and their reflection needed

22   to be in such a manner and a state as to alert other

23   drivers on the road of their presence that they would

24   at least at some point in time in the history of their

25   truck take a little time to actually clean the thing up

1    so that it would provide some source of reflection for

2    purposes of alerting other drivers on the road?

3              MR. MILLER:  Objection to the form.

4              THE WITNESS:  Yes, sir.

5    BY MR. CAIN:

6         Q    And at least insofar as you're concerned, you

7    don't remember seeing anything -- lights, reflections,

8    reflectors, or anything associated with this truck --

9    all the way up to the point in time where you actually

10   stopped?

11        A    No.  Only -- only -- I remember seeing the --

12   when I got up to the vehicle, I remember seeing the --

13   the rear taillights shining towards the Misty Forest

14   there.  I don't remember seeing their headlights

15   over -- facing the woods towards the other side of the

16   highway.

17        Q    And would that have been when you stopped?

18        A    Right.

19        Q    Were there -- is there any artificial

20   lighting that you can remember right there around that

21   intersection where this occurred?

22        A    Not that I remember.

23        Q    Do you remember whether or not the

24   intersection was dark that night?

25        A    It was very dark.  Normally, the whole --

18

1   pretty much, the whole highway is there.

2       Q    And did you stick around there at the scene

3   to talk to anybody that might want to discuss this case

4   with you or the --

5       A    No.

6       Q    -- what you had observed or anything --

7       A    I stayed until --

8       Q    -- along those lines?

9       A    I stayed until everything was gone; the wreck

10  was cleaned up, the truck was gone, the car was gone.

11  I -- the only people I talked to were the couple that I

12  said I had spoken to.

13      Q    Earlier?

14      A    They stayed -- yeah.  They stayed through the

15  whole scene as well, and I talked to them a little bit.

16  But the police officers never asked me anything.  No

17  one ever asked me anything.

18      Q    Has anybody other than our office, anybody

19  from Phenix City or -- Police Department or otherwise

20  ever come to you and ask you these same questions that

21  we've asked?

22      A    Just Mr. Wilhelm.  That's it.

23      Q    And me today?

24      A    Right.  Right.

25           MR. CAIN:  Thank you for being

1  tractor-trailer did what you assumed it did, which was

2  come out of Misty Forest Drive and make a turn onto 165

3  heading in the opposite direction you were coming, can

4  we agree that Mr. Howell would have observed or had the

5  potential to observe more of that turn than you because

6  you were 200 yards behind him?

7           MR. CAIN:  Object to the form.

8           THE WITNESS:  I would say -- like I

9      said, I would say no because -- I mean,

10     if I was in the position, I would have

11     hit the vehicle as well.

12  BY MR. MILLER:

13     Q    Well, how do you know you would have hit the

14  vehicle?

15     A    I mean, there's no way you couldn't have.  I

16  mean, it was -- it was almost black outside.  I don't

17  know if you've spoken to the couple which I said I've

18  spoken to, but I remember on at least two occasions

19  that night telling them myself because I was a little

20  distraught and a little upset myself because I told

21  them that I would have hit that vehicle if the car had

22  not.

23     Q    Well, how long do you suspect it takes a

24  tractor-trailer to make the turn to the point --

25  assuming it's coming out of Misty Forest Drive to make

32

1   the turn to where it was?

2            MR. CAIN:  Object to the form.

3            THE WITNESS:  I don't know.

4   BY MR. MILLER:

5        Q    Okay.  In other words, how do you know what

6   you would have observed with the headlights turning

7   from the tractor and the other lights on the trailer if

8   you're 200 yards behind it?

9        A    I don't know.

10       Q    Okay.  Whether or not you would have been

11  able to stop your vehicle if you were going 55 and saw

12  what Mr. Howell saw, you don't have any idea, do you?

13           MR. CAIN:  Object to the form.

14           THE WITNESS:  I'm just going by

15       sheer opinion on what I'm -- what I'm

16       saying is if -- if he had not hit the

17       vehicle, I believe I would have hit the

18       vehicle.

19  BY MR. MILLER:

20       Q    But you're speculating because you don't know

21  what he had the opportunity to observe because you were

22  200 yards behind him, right?

23           MR. CAIN:  Same objection.

24           THE WITNESS:  Well, I observed, I

25       believe, the same thing he observed when

33

1   happened?

2       A    Correct.

3       (Whereupon, Defendants' Exhibit Number 1 was

4       marked for identification.)

5   BY MR. MILLER:

6       Q    Okay.  Let me show you what I'll mark as

7   Defendants' Exhibit 1.  I'm going to write it on the

8   back of it, and we'll put a sticker on it later.

9            And this may be one of the photographs you

10  were just shown, but I'll represent to you that that

11  was taken on the night of the accident and that it

12  appears to show the -- you can see the front end of

13  Mr. Howell's vehicle and the rear end of the trailer?

14      A    Right.

15      Q    All right.  Do you see a light lit up on the

16  trailer above the reflective tape?

17      A    This?

18      Q    Yes.

19      A    I can.  Yeah.  I can see it.

20      Q    Okay.  Can you see the reflective tape?

21      A    I do.

22      Q    Appears to be illuminated?

23          MR. CAIN:  Object to --

24          THE WITNESS:  Not --

25          MR. CAIN:  -- the form.

1          THE WITNESS:  -- really.  I mean,

2     it doesn't really -- I mean, it -- I can

3     see the light.  I mean, the tape doesn't

4     appear illuminated.

5          MR. MILLER:  Okay.

6          MR. CAIN:  And for the record, at

7     this point in time, they've got four big

8     halogen flood lamps shining down on this

9     accident site so that they can conduct

10    their investigation.  There's emergency

11    crews all over --

12         THE WITNESS:  Whatever --

13         MR. CAIN:  -- the area.

14         THE WITNESS:  Whatever the light is

15    that's in the corner of the picture was

16    not there.

17         MR. MILLER:  I'm sorry?

18         THE WITNESS:  The lights that's --

19    whatever this is, I can't tell what it

20    is in the corner.  That wasn't there.

21 BY MR. MILLER:

22    Q    Oh, okay.  I understand that.  I understand

23 that.  But my point is Mr. Cain said that this

24 reflective tape is all dirty and covered up.  Does it

25 appear dirtied and covered up to you?

43

1        A    It does --

2             MR. CAIN:  Object to the form.

3             THE WITNESS:  -- appear dirty.

4    BY MR. MILLER:

5        Q    Right.  But you can still see it?

6             MR. CAIN:  Object to the form.

7    Look at the reflective tape on that

8    picture on the truck as compared to the

9    reflective vests being worn by all the

10   emergency personnel.  It's totally

11   different.  It's not -- it's not

12   reflecting at all.

13   BY MR. MILLER:

14       Q    They might have just come from the cleaners

15   or something.  I'm just asking:  Does this photograph

16   look like what it looked like out there that night to

17   you?

18       A    Yes, it does.

19        (Whereupon, Defendants' Exhibit Number 2 was

20        marked for identification.)

21   BY MR. MILLER:

22       Q    Okay.  How about these taillights that are

23   shown in Defendants' Exhibit 2?  Now, this is, I'll

24   represent to you, a picture taken of the back of the

25   tractor-trailer.