5

1    Q    Do you think you spent about an hour in

2  there?  Well, no.  It may not have been that long.  How

3  long would you say you spent in there?

4    A    10, 15, 20 minutes.

5    Q    Okay.  What route did you take from -- well,

6  I'm going to let you tell me.  What happened after you

7  left that little store?

8    A    Well, I went on down -- like I said, the same

9  route that I took around Columbus, Phenix City, 431.

10  When -- I got off of the -- the bypass onto the road

11  that was going up to -- that goes to 431 where you get

12  off to go on 431, what is -- I don't know the number of

13  the road.  It's -- but it goes through Phenix City.

14  It's --

15    Q    280?

16    A    Yeah.  It's 280 that goes from where I get

17  off the bypass up to 431 and bear to the right.  On

18  that road that -- I noticed that my back tire, which

19  is a -- was a new tire, it was a brand new tire that

20  was flopping; didn't have no air in it.  So I got to --

21  got off of 431 and pulled into that truck stop right

22  there, and I broke out my air line and aired the tire

23  up.  Got me something to drink there and left and went

24  on to -- headed towards Cottonton.

25    Q    Let me stop you right there for a minute.

1          You got off at the truck stop at the

2    intersection of 280 and 431?

3          A    Yes, sir.

4          Q    Is that right?

5          A    Yes, sir.

6          Q    Do you remember the name of it?

7          A    No, sir.  There's a Waffle King there and --

8    I don't remember what they call the store itself, but

9    it's a truck stop.

10         Q    And you back -- what -- which trailer tire

11   was it?

12         A    My rear driver's side, left side.

13         Q    Rear left side.  It was the trailer?

14         A    (No response)

15         Q    It was the trailer tire that was the problem?

16         A    Yes, sir.

17         Q    All right.  The far back on the tandem or the

18   middle back on the -- I mean, the front of the tandem

19   or the back of the tandem?

20         A    The back of it.

21         Q    All right.

22         A    It was the far back rear tire.

23         Q    All right.  You said it was flopping?

24         A    Yes, sir.  Where it -- you know, where it --

25   when you --

127

1    Q    It had lost air?

2    A    Right.

3    Q    Did you call -- had you been in contact or

4  had any problems with the -- strike that.

5         Had you had any problems with the truck up to

6  that point?

7    A    Nothing other than being hot in there.

8    Q    No air conditioner?

9    A    No.  There ain't no air conditioning in the

10  truck.

11   Q    All right.  So you got out.  You fill the

12  tire up with air.  Did you call Jimmy Jones, Jr., and

13  say, "I got a problem with this tire"?

14   A    Not at this time.

15   Q    So what did you do?  You got back in the

16  truck.  Did it fill up?

17   A    Yes, sir.

18   Q    You got back in the truck and started driving

19  again?

20   A    Yes, sir.

21   Q    And what happened?

22   A    It was flat again by the time I turned left

23  on 165.

24   Q    You tried filling it up once, and it got flat

25  on you again?

1      A    Yes, sir.

2      Q    So what did you do?

3      A    I pulled over on -- I pulled off on the side

4   of the road at that little store right there at the

5   corner of 431 and 165, and I called Jimmy; called him

6   collect.

7      Q    How far -- how far is it between 431 --

8   between the intersection of 280 and 4 -- how far was it

9   from the time that you left that --

10     A    Truck stop.

11     Q    -- truck stop to the time your tire got flat

12  again?

13     A    I'd say it was six, seven miles.

14     Q    All right.  What did you do -- you pulled

15  over at the Big Cat; is that right?

16     A    No, sir.  I pulled over at this little -- at

17  the store at the corner of 165 and 431.

18     Q    Okay.  I'm with you now.

19     A    I called Jimmy.

20     Q    Okay.  Collect at home?

21     A    He told me --

22     Q    First time you talked to him that day, right?

23  Related to problems with the truck?

24     A    Yeah.

25     Q    All right.  What did you tell Jimmy?

1    A    I told him that that tire was flat; it's a

2    new tire. And see, you can -- you can go on seven

3    tires. DOT says you can go on seven tires. You can't

4    go on six, but you can go on seven. I said, "You want

5    me to keep going, or do you want me to stop?" You

6    know, they got $200 in the tire. And he says -- he

7    just told me to wait for him right there.

8    Q    All right. So did you wait right there at

9    that little convenience store?

10    A    Yes, sir.

11    Q    Was there any garage service capabilities

12    there at that store?

13    A    No, sir.

14    Q    Tell me the best you recall about the

15    conversation you had with Jimmy.

16    A    Told him I had -- I had just had a tire that

17    went flat; told him which one it was; told him --

18    because it was just -- a new one they just had it put

19    on there. And he said that -- I asked him, I said, "Do

20    you want me to go on and go?" He told me, he said,

21    "No," because they couldn't afford the $200. You know,

22    I told him it was his call. He couldn't afford that

23    kind of $200 just to -- he just told me to wait there.

24    He'd rather come down there and see what he could do

25    about it. So I waited there. And that was all the

1  conversation there was.

2      Q    All right.  Next time you spoke with him was

3  when?

4      A    When he pulled up in the store and come up

5  there and looked at it.

6      Q    All right.  Tell me about what y'all did at

7  that point.

8      A    We aired it up, and he got behind me and

9  said -- he said he'll follow me and see what it's

10  doing.

11      Q    I'm going to stop you right there.

12          Were you just sitting in the store hanging

13  out and waiting on him to get there?

14      A    I was sitting on a block wall out there by

15  the truck; just sitting there waiting.

16      Q    Was it raining out there that night?

17      A    Not then, it wasn't.

18      Q    Had it been raining?

19      A    No, sir.

20      Q    Okay.  So he shows up, and you say, "See?  I

21  told you so," right?

22      A    Yeah.  Pretty much.

23      Q    And -- and so what does he say to you at that

24  point?

25      A    Tells me, he said, "Well, let's get some air

1    in it and see what's wrong with it."  So we put air in

2    it, and it looks like it's holding it.

3        Q    Did you tell him that that's exactly what

4    happened to you back at the last truck stop?

5        A    Yeah.

6        Q    What did he say to that?

7        A    He kicked it a few times.  He said, "Well, it

8    seems to be holding now."  And I said, "Well, it's just

9    going to go flat again."  He said, "Let's -- let's

10   see," and he followed me.

11            So we pulled down to the -- to the Cat

12   that -- which is maybe a mile and a half or so, and

13   we -- I pulled into it, and it was -- it was still

14   holding.  I said, "Well" -- I told him, I said, "Well,

15   I drove all the way from there to -- you know, from

16   that store to 165 before it went flat."  He said he'd

17   follow me a little while later; you know, a little bit

18   further.  And then we drove from there from the Cat out

19   to whenever -- whatever this name, Misty-whatever Road

20   is and --

21       Q    I'm going to stop you right there.

22            Y'all just pulled into the Cat, right?

23       A    I did.  Yes, sir.

24       Q    You did?  What did he do?

25       A    He followed me.  I mean, it was a

1    Q    Did Jimmy have a CB?

2    A    No, sir.

3    Q    Did you use a CB at all communicating any

4  problems you were having with the truck?

5    A    No, sir.

6    Q    So you pulled into the Big Cat, and you said,

7  "I still don't trust this thing."  And he said, "I'll

8  follow you further."

9    A    Yes, sir.

10   Q    So what did you do at that point?

11   A    Pulled back out onto 165 South, and we went

12  as far as that road when he started flashing his

13  headlights at me.  And I pulled over into this sort of

14  kind of a turn lane, sort of kind of pulled into it,

15  and he pulled up beside me and started hollering.  I

16  couldn't hear him.  I jumped out and ran to him.  He

17  said that it had gone flat again.  He said, "Try to

18  back it into this road right here."  And I -- he

19  pulled -- he got -- backed his truck behind me.  I

20  pulled up, backed into the road.  He pulled down there

21  and behind me.

22   Q    I'm going -- I'm going to stop you real

23  quick.  Let's take it one at a time because I can't

24  think as fast as you can talk.

25         You pulled in.  He started flashing his

1    lights at you as you were driving south down 165?

2        A    Yes, sir.

3        Q    You pulled into -- I'm going to show -- I got

4    some pictures.  Hopefully these will help you.  And

5    I'll submit to you this -- well, why don't you take a

6    look at Plaintiff's Exhibit 4 and let me know -- let me

7    see this -- whether or not they -- they depict the

8    intersection of 165 and Misty Forest where you're

9    talking about y'all pulled over.

10       A    Yes, sir.  That's the road.

11       Q    All right.  Do you see something in there

12   that would help you explain to me a little better where

13   you pulled?

14       A    When he's flashing his lights behind me, I

15   pulled right up into here.

16       Q    Now, you're looking at Pic-018, and you're

17   look -- there's a turn lane depicted in there, and

18   you're talking about pulling over right there in that

19   turn lane?

20       A    Yes, sir.

21       Q    All right.  And so he flashed his lights.

22   You pulled over, stopped right there.  He pulls up

23   beside you?

24       A    Right here.  Yes, sir.

25       Q    He pulls up beside you and -- with his

1    service truck.  So he's in the --

2        A    He just pulled up --

3        Q    -- the right southbound lane sitting right

4    next to you who were in the -- and you're in the turn

5    lane to go into Misty Forest?

6        A    Yes, sir.

7        Q    Okay.  And you can't hear what he's saying to

8    you?

9        A    Right.  I pulled the air brakes.  He pulls up

10   in the front of the truck.  I get out and run up there.

11   He says he wants me to back down in that road.

12       Q    Into Misty Forest Subdivision --

13       A    Yes, sir.

14       Q    -- down that hill?

15       A    Yes, sir.  So I tell him okay.  He comes back

16   behind me back down in here somewhere.  I pull right up

17   to the side -- on the -- on this white line, staying on

18   this white line straight on the other side of the

19   intersection.

20       Q    I'm going -- I'm going to stop you for a

21   second.

22            He comes -- so then he puts his truck in

23   reverse?

24       A    And backs right down to here.

25       Q    And backs -- when you say "down to here," he

1    comes back down into --

2         A    Behind me.

3         Q    The high -- back down north 165?

4         A    Right.

5         Q    So he -- just so I'm clear, he -- he was in

6    front of you?

7         A    He pulls right in front of me when I get out

8    of the truck and go talk to him.

9         Q    All right.  And then he -- then after you

10   guys speak --

11        A    He comes right back --

12        Q    He comes --

13        A    -- down to here.

14        Q    He comes back -- now, this is 165.  He comes

15   back here and gets behind your truck here?

16        A    He get -- well, back in here somewhere.  He

17   gets -- he's back behind me.  There's no traffic on

18   there.

19        Q    No.  I understand that.  What --

20        A    But he --

21        Q    -- I'm trying to find out is --

22        A    He's -- he's wanting to be here in order for

23   me to back around so nothing's going to come up around

24   the -- back back here that they would see him before

25   they would even see me.  He's got his flashers on.  I

1    back down in the road.  He pulls down in there.

2        Q    I understand that.  Well, I guess -- so what

3    he's doing is he gets behind you to -- in the event

4    somebody is coming southbound on 165 or trying to turn

5    into Misty Forest, he can keep them from getting in

6    your way?  Is that --

7        A    Yes, sir.

8        Q    -- what you're saying?

9            MS. SELF:  Object to the form of

10           the question.

11    BY MR. CAIN:

12       Q    So he's going to be north of you.  He -- he

13    was south of you in front of your truck on 165 off on

14    that turn lane?

15       A    Yes, sir.

16       Q    And he's going to back up and get -- now get

17    behind you so that he's north of you --

18       A    Yes, sir.

19       Q    -- on 165, right?

20       A    Yes, sir.

21       Q    Okay.  So tell me what you do at that point

22    with him -- is he directly behind you, or is he in

23    the --

24       A    He's probably --

25       Q    -- southbound lane?

1    A    He's probab -- he's in the -- he's in the --

2    Q    Turn lane?

3    A    The best that I can see.

4    Q    Okay.

5    A    From that point, from here, I pull out with

6    my passenger tire, my right tires, on this line right

7    here, this white line right here.

8    Q    Now, you're talking about Pic-019, and you're

9    saying that your right side tires are on the --

10    A    Are right on the edge of the road. I mean,

11    they -- there's -- I do not get off on the grass

12    because, you know, you would -- you're not going to

13    make a good turn because it's going to start turning on

14    you too quick or could -- you could jack it; you got to

15    stay on the pavement.

16    Q    Okay. So you were backing down Highway 165?

17    A    After -- no. When -- I pulled up there, and

18    then I backed into this road.

19    Q    Right.

20    A    Okay.

21    Q    Okay. So you stopped on 165. Then you put

22    it in reverse and pulled into Misty -- reversed into

23    Misty Forest?

24    A    Yes, sir.

25    Q    All right. What did -- all right. Tell me

1    everything you were doing in the cab as -- as that took

2    place.  He flashes your lights.  You just get over in

3    the right lane?

4         A    I pull over --

5              MS. SELF:  Object to the form.

6              THE WITNESS:  -- and stop right

7         here.

8    BY MR. CAIN:

9         Q    Right.  Talk to him?

10        A    Talked to him.  He tells me to back in the

11   road.

12        Q    Okay.

13        A    I pull up past the road, and I back into the

14   road.

15        Q    All right.  Where did you -- where did you

16   stop?  Well, first of all, did you get in there the

17   first time?

18        A    Yes, sir.

19        Q    Now, did you get on this side over here the

20   first time?

21        A    Did I get on -- what do you mean?

22        Q    On the proper side of the road the first

23   time.

24        A    Yes, sir.  I backed it right down --

25             MS. SELF:  Object to the form.

1          THE WITNESS:  -- on the -- on

2     the --

3  BY MR. CAIN:

4     Q     And this is -- I'm sorry.  To orient you,

5  this is Pic-026, and this is Misty Forest looking

6  towards -- so --

7     A     Yes.

8     Q     -- from what you told me --

9     A     This is 165 there.

10     Q     Correct.  You would be backing down this way?

11     A     Backed right down this hill.  And I kept it

12  right on this -- on this side.

13     Q     So you stayed on the -- the proper side of

14  165?

15     A     Yes, sir.

16     Q     I mean, of Misty Forest Drive?

17     A     Yes, sir.

18          MS. SELF:  Object to the form.

19  BY MR. CAIN:

20     Q     So the two -- did you ever get on the

21  shoulder of the -- of the --

22     A     On the grass?

23     Q     Right.

24     A     No, sir.

25     Q     So you were just sitting dead set right where

1    you should be as if you were pulling up to that stop

2    sign?

3        A    Yes, sir.

4        Q    Where was -- then what happened?  Did -- did

5    Jimmy pull his truck in there behind you?

6        A    He was behind me.  He pulled his line and

7    cranked up his compressor --

8        Q    How did he get down there, I guess, is my --

9    is what I'm trying to figure out.

10       A    Drove down there.

11       Q    When did he drive down there?

12       A    It had -- it was after I backed in.

13       Q    Okay.  So you -- after you got situated, he

14   pulled in --

15       A    He pulled in --

16       Q    -- behind you?

17       A    -- behind me.

18       Q    All right.  What happened at that point?  Did

19   you just put the truck in neutral, hit the brake and

20   hop out?  Put it in first, hit the brake, turn it off?

21   How did all that work out?

22       A    Well, put it in neutral and pulled the air

23   brakes on it.  Come out and tell -- see, you know, what

24   he said.  He done pulled his line, and he's airing it

25   up.  And at this time, you can hear it hissing.

1    And the -- what it seemed, he's got some

2  soapy water that he puts around the rim, and the rim is

3  bent on it a little bit, and it's not getting a -- a

4  good seal. It's jut leaking. He says that we're going

5  to go back down to the Cat and park it, and we'll come

6  back and fix it tomorrow.

7    Q    You said, "That's what I've been telling you

8  for the last" --

9    A    No, sir. I didn't tell --

10    MS. SELF: Object to the form.

11    THE WITNESS: -- him that.

12    MR. ADAMS: Object to form.

13  BY MR. CAIN:

14    Q    About what time did Jimmy make it to the

15  truck stop, the first one that you -- or I'm sorry.

16  The convenience store the first time that you saw him?

17    A    I don't -- I couldn't give you an accurate

18  time. It's somewhere around maybe nine, 9:30.

19    Q    What time did you call him? What time did

20  you --

21    A    I don't --

22    Q    -- have problems?

23    A    I couldn't give you an accurate time because

24  I didn't even have a watch. I don't -- I don't wear a

25  watch, and so I -- you know, I'm just guessing at those

1        Q      Let me read -- let me read for you -- have

2     you ever been provided a copy of the accident report?

3        A      No.

4        Q      Have you ever been provided a copy of the

5     homicide investigation?

6        A      No.

7        Q      Let me read -- let me read for you what this

8     accident report says, and that is:  The driver of

9     Vehicle 1 stated he was stopped at the stop sign at the

10    entrance to Misty Forest Subdivision on Highway 165.

11    Vehicle 1 would be your truck.  The driver of Vehicle 1

12    stated he did not see any vehicles coming in either

13    direction, so he started to make a left turn.  Driver

14    of Vehicle 1 stated that as he was making his turn,

15    Vehicle 2 struck the left rear tire of his trailer.  Is

16    that accurate?

17       A      Pretty much.

18       Q      Now, this was in the -- the actual homicide

19    investigation that's conducted in -- in Alabama at any

20    point that somebody is killed as a result of a motor

21    collision.

22              In this report, it states that Simonds stated

23    that when he started to make a left turn, he did not

24    see any vehicles coming on Alabama Highway 165.

25    Corporal Freeman spoke with Simonds and Jones to find

1    out how the crash occurred.  Simonds advised that he

2    was going to make a left turn onto Highway 165.

3    Simonds stated that he checked the traffic both

4    directions twice and did not see any vehicles coming.

5    Simonds stated that he started making his left turn and

6    finally observed the passenger vehicle hit the brakes

7    approximately 40 feet before striking the trailer.

8    Jones stated that he did not see the vehicle until it

9    had struck the trailer of Simonds' vehicle.

10            Is all that to the best of your knowledge

11   correct?

12        A    Correct.

13        Q    After the officers arrived, other than what

14   I've just read for you, did you talk to them or tell

15   them anything else?

16            MS. SELF:  Object to the form --

17            MR. ADAMS:  Object to form.

18            MS. SELF:  -- of the question.

19   BY MR. CAIN:

20        Q    Do you remember having any other

21   conversations?

22        A    Just --

23            MS. SELF:  Object to the form.

24            THE WITNESS:  -- questions they may

25        have asked me here or there.  You know,

1    of the hill?

2         A    Yes, sir.

3         Q    Did you know that Mr. Jones did not have a

4    CDL license?

5         A    Yes, sir.

6         Q    Did you know that the responsibility of

7    operating that vehicle was on you?

8         A    Yes, sir.

9         Q    Did you feel that you were doing the right

10   thing when you backed the truck into the Misty Forest

11   Drive?

12        A    Yes, sir.

13        Q    At the crest of the hill?

14        A    Yes, sir.

15        Q    While it was raining?

16        A    Yes, sir.

17        Q    While it was dark?

18        A    Yes, sir.

19        Q    At the crest of the hill?

20        A    Yes, sir.

21             MS. SELF:  Object to the form.

22   BY MR. SNIPES:

23        Q    Okay.  And this was after you had had

24   experience in hauling logs for approximately 12 weeks?

25        A    Yes, sir.