6



**Georgia Department Of DRIVER SERVICES**

MVR Search Results as of 5/7/2007 2:57:49 PM

SIMONDS, TIMOTHY LEE                D.O.B: 08/14/1963
                                    License Number: 052449506
                                    Gender: Male

**Documents Issued**

**License Class:** A                 **Type:** Commercial
**Expires:** 8/14/2008               **Restrictions:** Corrective Lenses
                                     **Endorsements:** Double/triple Trailr, Tanker

**Non-Commercial Privilege:**   Valid
**Commercial Privilege:**       Valid
**Limited Permit:**             NA
**Current Points:**             06
**Original Issue Date:**        04/23/1980
**First GA CDL Date:**          03/09/2005

**Driver History**
**Years Requested:** 7

**Citation(s)**

1 **Description:** Fail To Rpt Striking Fixed Object
   **Violation Date:** 08/29/2005           **Disposition Date:** 09/27/2005
   **Accident Involved:** Yes               **Disposition:** Plead Guilty
   **Commercial Vehicle:** Yes              **Points:** 03
   **Hazardous Material:** No               **Jurisdiction:** Ga
   **Court:** Thomaston Municipal Court

2 **Description:** Speeding (067/045)
   **Violation Date:** 06/17/2005           **Disposition Date:** 08/25/2005
   **Accident Involved:** No                **Disposition:** Plead Guilty
   **Commercial Vehicle:** No               **Points:** 03
   **Hazardous Material:** No               **Jurisdiction:** Ga
   **Court:** Franklin Municipal Court

**Withdrawal(s)**

No Withdrawal Information was found on this Individual.

Certified    GEORGIA-ROCKDALE
             Pursuant to order of the Commissioner.
             Department of Driver Services, the
             undersigned is designated as an official
             custodian of the Department of Driver       NO RAISED
             Services records; as such I hereby certify  SEAL REQUIRED
             that this is a true and correct copy of the
             original or duplicate original as appears
             in the records of the Department of Driver
             Services.
             DATE 5/7    SIGNED [signature]

https://onlinemvr.dds.ga.gov/mvr/resultsprintable.asp                    5/7/2007

NPS185

```
                                                              USER:  5
         ALABAMA DEPARTMENT OF PUBLIC SAFETY
         P.O. BOX 1471 MONTGOMERY, AL 36102-1471              PAGE   1
         DRIVER HISTORY ABSTRACT AS OF: 02/20/2007

************   REQUESTOR      ************   CURRENT DRIVER DATA   ************
* DAVID S CAIN JR, ATTY                   *   * TIMOTHY LEE SIMONDS      LICENSE NO: 6421985
* PO BOX 66705                            *   * PO BOX 72                BIRTHDATE: 08/14/1963
* MOBILE AL 36660                         *   * PHIL CAMPB    AL  35581  RACE: W  SEX: M
*                                         *   *                          DL STATUS: EXPIRED
*                                         *   * EXPIRATION DATE: 07/18/1998   CDL STATUS: UNLICENSED
*                                         *   * LAST ISSUE DATE: 07/18/1994   CLASS: D
*                                         *   *                          RESTRICTIONS:
*                                         *   *                          ENDORSEMENTS:
************************************************************************************

CONVICTION  OFFENSE/           TIME/    REMOVAL REASON/                              COM
DATE        REMOVAL STAT       UNIT     OFFENSE DATE       COURT                     VEH
----------------------------------------------------------------------------------------
09/19/1994  SPEEDING                    74/55 MPH ZONE  08/19/1994 PHIL CAMPBELL MUNC COURT    N
09/19/1994  SPEEDING                    61/35 MPH ZONE  08/04/1994 PHIL CAMPBELL MUNC COURT    N
```

*** THE INCLUSION OF ACCIDENT DATA IN THIS REPORT ***
*** IN NO WAY IMPLIES FAULT OR LIABILITY. ***

*** CERTIFICATION ***

AS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY, I HEREBY CERTIFY THIS IS A TRUE AND CORRECT COPY OF THE DRIVER HISTORY RECORD FROM THE COMPUTER FILES OF THE DEPARTMENT.

_____
OFFICIAL CUSTODIAN

I HEREBY CERTIFY THAT THE ABOVE NAMED INDIVIDUAL IS AN OFFICIAL CUSTODIAN OF RECORDS FOR THE ALABAMA DEPARTMENT OF PUBLIC SAFETY.

_____
NOTARY PUBLIC   1-26-2009

MY COMMISSION EXPIRES

NPS004