8






www.wolftechnical.com
Forensic Engineering & Science Research & Development Demonstrative Evidence
6836 Hawthorn Park Drive Indianapolis, IN 46220-3909 (800) 783-9653 (317) 842-6075 FAX (317) 842-6974

# Walter A. Guntharp, Jr.

## Areas of Specialization:

Walt is a commercial vehicle expert, specializing in the review and evaluation of commercial driver performance in emergency situations. He also evaluates transportation companies' hiring and safety practices, operational and dispatch procedures, compliance with federal regulations, and maintenance programs. His expertise includes the operation of trucks, buses, and tractor-trailers.

## Employment History:

1985 to 1992, and 2000 to Present – **Wolf Technical Services, Inc.**

- Provides evaluation and expert testimony in the areas identified above

2000 to Present – **Thorn Valley Enterprises**

- Provides Safety Engineering and Loss Analysis services to various insurance companies
- Provides Safety Consulting and Driver Safety Training to trucking companies
- Teaches management seminars and conducts driver safety meetings

2001 to 2004 – **Professional Truck Driver Institute** - Staff Member

- Assisted in evaluating driver training schools for national certification

1987 to 2000 – **John Deere Transportation Insurance** (formerly Integral Insurance)
Safety Engineer

- Evaluated trucking companies for underwriting; determined loss frequency causation and recommended the appropriate remedial actions; assisted insureds to come into compliance with federal regulations and industry standards; evaluated peripheral issues such as logs, files, and safety programs for claims when potentially large losses occurred; provided training seminars for both management and drivers.
- Instrumental in hiring several of the engineering staff
- Actively involved in evaluating and recommending additional services that could be provided to their insureds
- Through loss analysis, reduced claims of insureds that developed frequency problems by an average of 35-40%

1981 to 2000 – **Safety Consultant**

- Provided safety classes, programs, and audits for trucking companies too small to maintain a full time safety department. Provided classes and guidance to companies desiring outside assistance. Used trucking background to evaluate company policies and hiring procedures and to develop programs that minimized any opportunity for negligent hiring or negligent entrustment suits.



**Walter A. Guntharp, Jr.**
Page Two

1981 to 1987 – **Bureau of Motor Vehicles (Indiana)** – Part-time Instructor

- Taught defensive driving classes for Indiana licensed truck drivers targeted for remedial training due to excessive tickets. The eight hour classroom program included instruction on all aspects of defensive driving as it pertains to large commercial motor vehicles.

1981 to 1986 – **Ashcraft Trucking, Peterson Express & Lincoln Freight Lines**
Safety Director for over-the-road, long haul trucking companies

- Responsible for hiring, screening, training and evaluation of drivers; accident reporting, investigation, and determination of preventability.
- Additional responsibilities included ensuring company compliance with Federal Regulations and establishing and implementing safety policies and procedures that met or exceeded industry standards.

1976 to 1979 – **Over-the-Road-Driver**

- Operated in eastern thirty-eight states
- Experience included operation of, and/or familiarity with, International, Ford, Peterbilt, Freightliner, GMC, and Kenworth tractors, pulling both refrigerated and dry box van trailers of various lengths

**Education:**

- Commercial Vehicle Safety Alliance (CVSA) — 1996
- National Committee for Motor Fleet Safety — 1994
- J.J. Keller D.O.T. Compliance Seminar — 1988
- Northwestern Traffic Institute — 1987
- Indiana Council of Safety Supervisors – Seminars & Classes — 1981 - Present
- National Safety Council – Instructor Development Course — 1986 - 1996
- Insurance Institute of America – Associates in Claims Program — 1986 - 1988
- Canadian Safety Council – Instructor Development Course — 1981
- Mitchell College — 1968 - 1969
- Canal Zone College — 1964 - 1965

**Patents:**

- Trucker Log Check (a calculator designed to do the driver's recap)
- King Pin Popper (a releasing device for 5th wheel pins)
- Screaming Meanie Timer (a wake up device for truck drivers)





**Publications:**

- Hiring and Retention Handbook, currently used by John Deere
- Generic Safety Manual provided by Thorn Valley Enterprises
- Hiring, Retention, and Compliance Handbook, currently used by Thorn Valley Enterprises
- Logging pamphlets and safety manuals for various trucking companies
- Company Policy on Drugs and Alcohol provided by Thorn Valley Enterprises

**Awards:**

- Indiana Governors Commendation 1984
- Canadian Safety Council Instructor Achievement Award 1983, 1984
- Indiana Safety Director of the Year 1983
- Indiana Safe Fleet of the Year 1983