9

         www.wolftechnical.com

Forensic Engineering & Science      Research & Development      Demonstrative Evidence
6835 Hawthorn Park Drive   Indianapolis, IN 46220-3909   (800) 783-9653   (317) 842-6075   FAX (317) 842-6974

## James S. Sobek, P.E.

**Areas of Specialization:**

Mr. Sobek is an expert in the analysis of automotive collisions, railroad grade crossing collisions, and other incidents involving physics, and mechanics of motion. His analyses place strong emphasis on human vision, lines-of sight, lighting, visibility under the influence of glare, darkness, fog, etc., stereoscopic depth perception, and other vision issues. Jim has developed analytical tools to determine illumination and visibility under locomotive headlamps. He also conducts aerial photography analysis including photogrammetric position determination of features shown therein.

**Work Experience:**

Jan. 1995 to Present – **Wolf Technical Services, Inc., Indianapolis, IN**
SENIOR ACCIDENT ANALYST: Specializing in automotive accident reconstruction with emphasis on analysis of lighting, optics, visibility/conspicuity, aerial photography, photogrammetry, and image processing. Analysis of railroad grade crossing collisions and other railroad incidents. Computer models of railroad headlamp illumination, contrast, veiling glare, etc. Electronic signals analysis, particularly analog sound recordings.

Oct. 1993 to Jan. 1995 – **Wolf Technical Services, Inc., Indianapolis, IN**
TECHNICAL DIRECTOR: Responsible for the day-to-day operations of the company. Review and approval of forensics engineering work.

Apr. 1988 to Oct. 1993 – **Wolf Technical Services, Inc., Indianapolis, IN**
SENIOR ACCIDENT ANALYST: Specialized in automotive accident reconstruction with emphasis on analysis of lighting, optics, visibility, aerial photography, photogrammetry, and image processing. Particularly heavily involved in analysis of railroad grade crossing collisions. Analysis of the physics issues of exterior ballistics, ladder dynamics, friction, etc. Broad scientific involvement.

Jun. 1987 to Apr. 1988 – **Naval Avionics Center, Indianapolis, IN**
DSMAC PROGRAM MANAGER, D/906.2 (Electrical Engineer): Responsible for the production of Digital Scene Matching Area Correlator (DSMAC), the autonomous precision electro-optical missile guidance system currently used on the Navy's TOMAHAWK cruise missile. Also responsible for the design and development of the DSMAC IIA follow-on system.



James S. Sobek, P.E.
Page Two

Dec. 1986 to Jun. 1987 – **Naval Avionics Center, Indianapolis, IN**
ASSISTANT TO THE EXECUTIVE DIRECTOR, D/004 (Electrical Engineer)
Senior Management grooming position.

Jun. 1986 to Dec. 1986 – **Naval Avionics Center, Indianapolis, IN**
GLOBAL POSITIONING SYSTEM PROG. MGR., D/909 (Electrical Engineer): Responsible for all GPS systems integration activities at the Center. Developed GPS equipment second-sources for the Joint Program Office.

Oct. 1984 to Jun. 1986 – **Naval Avionics Center, Indianapolis, IN**
DEPUTY PROG. MGR. NAV/INSTRUM/DISPLAYS, D/072.71 (Electrical Engineer): Responsible for development, production, and maintenance of aircraft navigation and display components.

Mar. 1983 to Oct. 1984 – **Naval Avionics Center, Indianapolis, IN**
BRANCH MANAGER, D/925 (Electrical Engineer): Responsible for design, development, production and maintenance of system components of the Navy's television-guided Walleye missile system. Missile system trajectory and response to guidance inputs from pilots were important components of this work.

Jun. 1968 to Mar. 1983 – **Naval Avionics Center, Indianapolis, IN**
RESEARCH PHYSICIST, B/824 (Physicist): Co-inventor (see Patents section below) of the Digital Scene Matching Area Correlator (DSMAC) system, the precision electro-optical guidance system used on the Navy's TOMAHAWK cruise missile. Jointly responsible for the system engineering aspects of the DSMAC. Solely responsible for the system's electro-optical design and the image processing techniques used in preparing the reference imagery. This work required the integration of the illumination requirements with the missile flight dynamics and the airframe's ability to respond to guidance inputs. Ballistic trajectory computations were a strong component of the work. Additional work was performed to create a digital link simulator for early TOMAHAWK guidance development. Developed a technique for using an early video tape recorder to record Ships Inertial Navigation System data directly from data ports.

Jun. 2003 to PRESENT – **Physicist consultant on digital image correlation systems** for the Jasmine program, a guided para-foil payload delivery system under development for the CIA.

Mid-1979 to PRESENT – **Integral Software, Indianapolis, IN**
Owner/operator of software programming service, consulting, training and writing custom software for various applications.

Summers and Vacations, 1964 to 1967 – **Robert Lewis, General Contractor, Alfred, NY**
Assistant in all phases of general contracting work. Was offered a permanent position as partner.



**James S. Sobek, P.E.**
Page Three

**Education:**

**Wellsville High School, Wellsville, NY**
    1960 Duane H. Anderson Science Medal recipient

**U.S. Navy: Honorable Discharge, FTM-2 (Missiles)**
    Fire Control Technician "A" School
    Weapons Designation System - 7 "C" School
    Weapons Designation System - 9 "C" School
    USAFI Physics Course
    Electronics Refresher School
    Cold Weather Survival School
    AN/SPG-55A "C" School (Terrier Beamrider anti-aircraft missile)
    AN/SPG-55B "C" School (Terrier Semi-active homing missile)

**Thiel College, Greenville, PA**
    Bachelor of Arts Degree – June 1968
    Major: Physics
    Minors: Math/Chemistry
    Languages: French & Russian
    Overall GPA: 9.12 (Dean's List)

**Advanced Level Courses:**
    Classical Lens Design – UCLA (Kingslake) – Aug. 1968
    Engineering Uses of Aerial Photography – IUPUI (Dr. Robert Miles) – 1970-71
    Tribology (Wear and Lubrication) – IUPUI
    FORTRAN – Naval Avionics Center – 10/22/68
    VAX 11/70 Operating System – Digital Equipment Corp.
    Spread Spectrum Systems
    Global Positioning System and Navigation Systems
    Federal Railroad Administration Track Safety Standards
    HVE Seminar – 2002

**Computer Systems:**

    Proficient in PC-based systems, particularly: TKSolver, BASIC, WINDOWS 98, and the Internet via AOL and Netscape

**Licenses:**

    Registered Professional Engineer, Indiana License Number: PE60890004



James S. Sobek, P.E.
Page Four

**Publications & Presentations:**

*Digital Scene Matching Area Correlator* by Jon R. Carr and James S. Sobek (SPIE Proceedings, July 1980, San Diego)

Numerous classified papers and presentations with the U.S. Navy on aerial imaging, image processing, and photogrammetry.

*Three-Dimensional Computerized Photogrammetry and Its Application to Accident Reconstruction* by Michael D. Pepe, James S. Sobek, and Gary J. Huett. (SAE 890739, March 1989)

*The Accuracy of Three-Dimensional Computerized Photogrammetry as Demonstrated by Field Tests* by James S. Sobek, Michael D. Pepe and D. Allen Zimmerman (SAE 930662, March 1993)

*Predicting and Analyzing Vehicle Dynamics in a Train–Passenger Vehicle Collision Using EDSMAC* by James S. Sobek and William E. Dickinson (HVE 2002 Seminar)

*One-Way Light (or Applications of Polarized Light in Forensic Engineering)* by James S. Sobek (MATAI Reference Points, August 2002)

*Litigating the Shadows* by James S. Sobek, P.E, & James R. Holland II, Esq. (Railroad Section, ATLA Annual Convention 2006, Seattle, WA)

*Physics 101 for Trial Lawyers: Key Principles, Concepts and Laws of Engineering You Need to Know (and understand) in the Handling of Personal Injury and Wrongful Death Cases* by James S. Sobek (presented to the Florida Justice Association, Orlando, FL, February 2007)

**Patents:**

Digital Scene Matching Area Correlator, electro-optical missile guidance system
(Secrecy order number 146,981; assigned to U.S. Navy)

Trucker Log Chek®, U.S. Patent No. 5,142,486

**Memberships:**

Michigan Association of Traffic Accident Investigators (MATAI)
Optical Society of America (OSA)
National Association of Railroad Safety Consultants and Investigators (NARSCI)
Canadian Association of Traffic Accident Investigators and Reconstructionists (CATAIR)
International Network of Collision Reconstructionists (on-line forum)
RTA – Investigators - International Collision Investigators Discussion List (on-line forum)



James S. Sobek, P.E.
Page Five

**Volunteer Activities:**

Science Fair Judge: Shelby Southwestern Middle School, 1979 to 1983
Perry Meridian High School, 1983 to 1999
Science Olympiad Event Coordinator, Butler University, 1996 to present
Indianapolis Convention and Visitors Association, 1996 to present
Volunteer reader for Indiana Reading and Information Services (IRIS)