10

**Georgia Driver's License**

NUMBER 052449506    EXPIRES 08-14-2008
SIMONDS, TIMOTHY LEE
3333 GA HIGHWAY 34
FRANKLIN, GA 30217-6103

| SEX | BIRTHDATE | EXAM DATE | COUNTY |
|---|---|---|---|
| M | 08-14-1963 | 03-09-2005 | 074 |

| HEIGHT | WEIGHT | CSC | FEE | RESTRICTIONS |
|---|---|---|---|---|
| 5-08 | 185 | 3 02 | 008.00 | B |

| CLASS | ENDORSEMENTS | TYPE |
|---|---|---|
| A | TN | CDL |

Commissioner: Jim Davis

---

**MEDICAL EXAMINER'S CERTIFICATE**    651-FS-L2

ALL WRITTEN OR PRINTED INFORMATION MUST BE LEGIBLE
Published by J. J. KELLER & ASSOCIATES, INC., Neenah, WI • USA
(800) 327-6868 • www.jjkeller.com • Printed in the United States

I certify that I have examined _____ in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and, if applicable, only when:

☐ wearing corrective lenses
☐ wearing hearing aid
☐ accompanied by a _____
☐ driving within an exempt intracity zone (49 CFR 391.62)
☐ accompanied by a Skill Performance Evaluation Certificate (SPE)
waiver/exemption ☐ qualified by operation of 49 CFR 391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

SIGNATURE OF MEDICAL EXAMINER: _____
TELEPHONE: 884-9001
DATE: 12/28/04

MEDICAL EXAMINER'S NAME (PRINT): Syed Jafri
☒ MD ☐ DO ☐ Chiropractor
☐ Physician Assistant ☐ Advanced Practice Nurse

MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. / ISSUING STATE: 045753 GA

SIGNATURE OF DRIVER: _____
DRIVER'S LICENSE NO: 056199432    STATE: GA

ADDRESS OF DRIVER: 3333 Hwy 34 Franklin Ga 30217

MEDICAL CERTIFICATE EXPIRATION DATE: 12-28-06

DISTRIBUTION: 1 COPY TO THE DRIVER, 1 COPY TO THE MOTOR CARRIER

DIS042