12

706 675 1395

# APPLICATION FOR EMPLOYMENT

Company _____ Street Address _____

City, State and Zip Code: _____

Name _Timothy_ _L_ _____ _Simonds_
       First    Middle  (Maiden Name, if any)   Last

Address: _2333_ _Hwy 34_ _Frank_ _____ How Long? _6 yrs_
         Street        City       State & Zip Code

Date of Birth _05-14-1963_        Social Sec. No. _256 19 9432_

Address }  _____ How Long? _____
           Street          City            State & Zip Code

For Past }  _____ How Long? _____
Three Years Street         City            State & Zip Code

(Attach Sheet If More Space Is Needed)

## EXPERIENCE AND QUALIFICATION - DRIVER

| | STATE | LICENSED NO. | TYPE | EXPIRATION DATE |
|---|---|---|---|---|
| DRIVER LICENSE | GA | 052449506 | CDL-A | 4-14-2008 |
| | | | | |
| | | | | |

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT (VAN, TYPE FLAT, ETC.) | DATES FROM  TO | APPROX. NO. OF MILES (TOTAL) |
|---|---|---|---|
| STRAIGHT TRUCK | Box | | |
| TRACTOR AND SEMI-TRAILER | Van-Flat Tanker | | |
| TRACTOR - TWO TRAILERS | Box (School) | | |
| Other | | | |

## ACCIDENT RECORD FOR PAST 3 YEARS OR MORE (ATTACHE SHEET IF MORE SPACE IS NEEDED)

| | DATES | NATURE OF ACCIDENT (HEAD-ON, READ END, UNAV., ETC.) | FATALITIES | INJURIES |
|---|---|---|---|---|
| LAST ACCIDENT | N/A | | | |
| NEXT PREVIOUS | | | | |
| NEXT PREVIOUS | | | | |

DIS052

TRAFFIC CONVICTIONS AND FORFEITURES FOR THE PAST 3 YEARS (OTHER THAN PARKING VIOLATIONS)

| LOCATION | DATE | CHARGE | PENALTY |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

(ATTACH SHEET IF MORE SPACE IS NEEDED)

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle? Yes _____ No ✓

B. Has any license, permit or privilege ever been suspended or revoked? Yes _____ No ✓

IF THE ANSWER TO EITHER A OR B IS YES ATTACH STATEMENT GIVING DETAILS

### EMPLOYMENT RECORDS (Attach Sheet If More Space Is Needed)
NOTE: DOT Requires that Employment For At Least 3 Years and/or
Commercial Driving Experience For The Past 10 years Be Shown.

Last Employer: Name _The moving man_

Address: _Fayetteville GA_

Position Held _Driver_ From _May-05_ To _Aug 05_ Salary _____

Reasons for Leaving _Looking for better pay_

Second Last Employer: Name _Meadyle Lumber_

Address: _Roseland_

Position Held _Driver_ From _____ To _____ Salary _____

Reasons for Leaving _____

Third Last Employer: Name _____

Address: _____

Position Held _____ From _____ To _____ Salary _____

Reasons for Leaving _____

### TO BE READ AND SIGNED BY APPLICANT
This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

_____        _____
        Date                            Applicant's Signature

Note: A motor carrier may require an applicant to provide information in addition to the information required by the Federal Motor Carrier Safety Regulations

DIS053