14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as personal )
representative of the Estate of )
JAMES FARRELL HOWELL, deceased, )
                               )
        Plaintiff,             )
                               )   CIVIL ACTION FILE
    vs.                        )
                               )   NO. 3:06CV417 (DRB)
J&J WOOD, INC.; TIMOTHY LEE    )
SIMONDS; QUALITY CASUALTY      )
INSURANCE COMPANY, INC., et.al., )
                               )
        Defendants.            )
_____)


SUPERIOR COURT OF HARRIS COUNTY

STATE OF GEORGIA

KYONG MI KIM,                  )
                               )
        Plaintiff,             )
                               )   CIVIL ACTION FILE
    vs.                        )
                               )   NO. 06-CV-164
TIMOTHY LEE SIMONDS and        )
J&J WOOD, INC.,                )
                               )
        Defendants.            )
_____)


        Deposition of JIMMY C. JONES, JR., taken
by counsel for the Plaintiff, pursuant to notice
and agreement, under the Federal Rules of Civil
Procedure and the Georgia Civil Practice Act,
reported by Grace F. Lengmueller, RPR, held in
the offices of Carlock, Copeland, Semler & Stair,
1214 First Avenue, Suite 400, Columbus, Georgia,
on January 16, 2007, and commencing at 9:39 a.m.

ACCREDITED COURT REPORTERS
Post Office Box 1701
Columbus, Georgia 31902
(706) 323-3640
(800) 662-2741

ORIGINAL

```
 1      A    I don't know.
 2      Q    Did anything change other than the name?
 3      A    No, sir.
 4      Q    Did you use the same trucks?
 5      A    Yes, sir.
 6      Q    Same business location, same drivers,
 7 everything?
 8      A    Yes, sir.
 9      Q    Okay.  The J&J Wood, the J&J stands for what?
10      A    Jimmy, Jimmy, Jimmy.
11      Q    And are you an owner in that business?
12      A    Vice president.
13      Q    Do you have an ownership interest as well?
14      A    Yes, sir.
15      Q    Who other than yourself is also an owner?
16      A    My father.
17      Q    Anyone else?
18      A    No, sir.
19      Q    Do you remember about how long J&J Wood's
20 been in existence as we know it today?
21      A    I'd say 10 years.
22      Q    If you wouldn't mind explaining to the jury;
23 I think I understand what you mean by logging, but give
24 me kind of an idea of what y'all's normal daily
25 operations consist of at J&J Wood.
```

```
 1        Q    Were you a tree cutter at that time as well?
 2        A    Yes, sir.
 3        Q    And now in your capacity, I understand you're
 4   the vice president and part owner of J&J Wood, but as
 5   far as your hands-on daily responsibilities, what do
 6   you do for J&J Wood?
 7        A    Load logs, maintenance.
 8        Q    Got you.  By any chance, were you working the
 9   day that Mr. Simonds picked up his load to begin to
10   take it, I guess, down south of Phenix City to
11   Cotton -- is it Cottondale?
12        A    Cottonton.
13        Q    Cottonton.  On the -- on the day that this
14   event happened?
15        A    Yes, sir.
16        Q    Would you have been the guy that loaded him
17   up that day?
18        A    Yes, sir.
19        Q    What was the site of that cut site?
20        A    Talbotton, Georgia.
21        Q    Mr. Jones, do you have any education in the
22   Federal Motor Carrier Safety Regulations?
23        A    You know, no more than picking up the book
24   and reading it.  I ain't been to no classes or nothing.
25        Q    Okay.  Anybody ever given you any formal
```

```
 1  training on anything associated with the regulations?
 2      A   No, sir.
 3      Q   As far as picking up the book and reading it,
 4  do you have a copy of the safety regs?
 5      A   Yes, sir.
 6      Q   Who is responsible within your organization
 7  for ensuring compliance both from the standpoint of
 8  drivers as well as the vehicles?
 9      A   I check them out, and my father checks them
10  out.
11      Q   And then, likewise, each individual driver is
12  also responsible for his own requirements related to
13  the regs?
14      A   Yes, sir.
15      Q   So I guess I could say in circumstances of
16  J&J Wood is also three-prong.  The driver has the
17  responsibility to know that he's qualified to operate
18  that truck and that the truck meets the regs.  You,
19  being the vice president and part owner, also and
20  knowing what you know about the regs and picking up the
21  book, are also there looking over his shoulder making
22  sure he's qualified --
23          MS. SELF:  Object.
24  BY MR. CAIN:
25      Q   -- and making sure the vehicle is qualified.
```

1  And then you also have your father who's doing the very
2  same thing; is that right?
3      A   Yes, sir.
4          MS. SELF:  Object to the form.
5          MR. ADAMS:  Object to form.
6  BY MR. CAIN:
7      Q   I noticed in your responses to some of the
8  discovery that have been provided that there really
9  isn't any written policies or procedures or guidelines
10 that are provided to the drivers upon employment with
11 J&J Wood.  Are you familiar with any written documents
12 that are provided to the drivers at any point in time?
13     A   No, sir.
14     Q   Okay.  Whether it be related to their job
15 responsibilities, compliance with the federal regs,
16 compliance with mandatory drug testing, are you aware
17 of anything that they receive?
18     A   No, sir.
19     Q   Okay.  Do you know what, if any, obligation
20 J&J Wood has to -- to train the drivers and ensure
21 compliance with the federal regs through training,
22 teaching, and implementation of policies and
23 procedures?
24         MS. SELF:  Object to the form.
25         MR. ADAMS:  Object to form.

```
 1      A    No, sir.
 2      Q    Who is -- who is responsible -- you had
 3  mentioned kind of your responsibilities included a
 4  whole host of things, whether it be loading logs or
 5  maintenance on some of the equipment and stuff. Who is
 6  the entity responsible for maintaining the tractors and
 7  the trailers associated with J&J Wood's logging
 8  operation?
 9      A    Me and the drivers.
10      Q    Okay.  Who is the entity responsible for
11  repairs on the trucks and the trailers utilized in the
12  logging operation?
13      A    Also me.
14      Q    And then who is responsible for the
15  inspections as required by the Federal Motor Carrier
16  Safety Regs on the tractors and the trailers utilized
17  in J&J Wood's logging operation?
18      A    We inspect them.
19      Q    And I'm not suggesting that you don't.  I'm
20  just trying to find out who's responsible for
21  performing the inspections on the tractors and the
22  trailers utilized in J&J's logging operation.
23      A    The driver inspects it.  I inspect it.  Daddy
24  inspect it.  And I'm -- when the trucks get stopped by
25  the DOT, they inspect it, too.
```

1  Q   So, again, it would kind of be a three-prong
2  net of safety, so to speak, wherein as opposed to just
3  one head, you've got three heads looking over
4  everybody's shoulder to ensure that the -- the trucks
5  have been properly inspected or in proper condition for
6  being operated on the roadways that day?
7       MS. SELF:  Object to the form.
8       MR. ADAMS:  Object to form.
9  BY MR. CAIN:
10 Q   Is that -- was I right on that?
11 A   Yeah.
12 Q   You've given me some information -- are you
13 familiar with this (indicating), or should I probably
14 ask your dad about this?
15 A   Ask father about that.
16 Q   Okay.  Have you ever seen any of this?
17 A   Oh, yes, sir.
18 Q   Okay.  You just feel -- do you know what it
19 is?
20 A   Oh, yes, sir.  I'll go get parts.  I mean,
21 you know.
22 Q   Well, give me an i --
23      MR. CAIN:  Before I ask him too
24   much about it, I'm going -- and I'm
25   going to mark this as Plaintiff's

```
 1         Q    Okay.
 2              MS. SELF:  Do you need anything to
 3         drink?
 4              THE WITNESS:  Uh-uh.  I'm good.
 5         Thanks, anyway.
 6    BY MR. CAIN:
 7         Q    Give me an idea.  Who -- who in the
 8    organization is responsible for the hiring of drivers?
 9    Y'all got a driver who comes in and wants a job or who
10    you -- you put an advertisement in the paper for --
11    have y'all ever advertised for drivers?
12         A    Yes, sir.
13         Q    How do you normally go about doing that?
14         A    Unemployment agency.
15         Q    Is that who you typically would go talk to?
16         A    My father does that.
17         Q    Okay.  Would he be the guy to talk to --
18         A    Yes, sir.
19         Q    -- about the hiring and firing and whatnot?
20         A    Yes, sir.
21         Q    Do you have -- do you participate at all in
22    any of the driver qualification, background checks, and
23    history checks and anything along those lines?
24         A    No, sir.
25         Q    Okay.  Do you participate -- or is there
```

26

```
 1   someone who is responsible for safety programs or
 2   educating drivers related to safety issues associated
 3   with the operation of commercial vehicles at J&J Wood?
 4       A    Yes, sir.
 5       Q    Who -- who would that be?
 6       A    All of us.
 7       Q    And what do y'all do in the way of -- well,
 8   first, let me ask you this:  Do you think it's a good
 9   idea or a bad idea for a motor carrier to engage in
10   those types of training programs and help to educate
11   their drivers about what to do and what not to do?
12            MR. ADAMS:  Object to form.
13   BY MR. CAIN:
14       Q    From the standpoint of safety?
15       A    I think it would be good.
16       Q    And what -- what does J&J Wood do in order to
17   educate its drivers related to safety issues associated
18   with the operation of commercial vehicles?
19       A    Every Friday when we pay them off, we talk
20   safety.  Every day I check safety.  I check everything
21   every day.  I talk with the driver every morning before
22   I load him; lights and brakes.
23       Q    Have you ever had a truck that you sent out
24   that didn't have lights and brakes?
25       A    No, sir.  It's -- they're checked every day.
```

27

1   A   It's unsafe.
2   Q   And that you would have a criticism of any
3   motor carrier who failed to do those things, right?
4   A   Yes, sir.
5   Q   Because you guys understand that there is a
6   requirement on all motor carriers and in J&J Wood to
7   ensure compliance to educate drivers and to provide
8   guidelines in compliance -- guidelines for compliance
9   for those drivers?
10  A   Yes, sir.
11      MS. SELF:  Object to the form.
12      MR. ADAMS:  Same objection.
13  BY MR. CAIN:
14  Q   Mr. Jones, do you know what the weight of
15  this truck was at the time of the accident?
16  A   Yes, sir.
17  Q   What was it?
18  A   84,000 pounds.
19  Q   How do you know that?
20  A   Weight ticket.
21  Q   Okay.  Where would the truck have been
22  weighed?
23  A   Mead.
24  Q   Would that have been before or after the
25  wreck?

```
1       A   After.
2       Q   Was it weighed per axle as well?
3       A   No, sir.
4       Q   Just one gross weight?
5       A   Yes, sir.
6       Q   Do y'all ever weigh your trucks per axle to
7   determine the load on the axles themselves?
8       A   No, sir.
9       Q   Anybody ever tell you whether that was a good
10  idea or a bad idea from the standpoint of determining
11  whether or not the truck was overloaded relevant to or
12  related to a particular axle?
13      A   No, sir.
14      Q   Has anybody ever given you any information or
15  training related to safety of operating a vehicle which
16  may be in compliance with its gross vehicle weight
17  rating in total but which may be overloaded on one axle
18  or another?
19      A   No, sir.
20      Q   Are you aware of the axle weight rating for
21  the various axles on the truck in question?
22      A   No, sir.
23      Q   Do y'all have a spec sheet of -- that came
24  with the truck when you first bought it that gave you
25  an idea of the various things that were on the truck?
```

```
 1   trailer?
 2        A    No, sir.
 3        Q    Just the truck?
 4        A    Yes, sir.
 5        Q    You don't, by any chance, have that Mead
 6   weigh ticket with you, do you?
 7        A    No, sir.
 8        Q    What do you -- what do you -- what was the
 9   reason for going to the weigh station and weighing the
10   truck after the wreck?
11        A    To -- that was where we take the wood.
12        Q    Are there any scales or anything that y'all
13   used in the -- in the woods or in the field to weigh
14   the truck before it comes out of the woods?
15        A    No, sir.
16        Q    Is there a rule of thumb that loggers use in
17   the industry to try to gauge whether or not they're
18   going to have a truck that's going to be overloaded?
19        A    The diameter of the wood and the length.
20   Yes, sir.
21        Q    Okay.  What is that calculation?
22        A    Well, you see how big the trees are, and you
23   can judge by how many you put on how long they are;
24   long as the trailer.
25        Q    Well, as long as -- as long as you can fill
```

1  the trailer up and -- what I'm trying to get an idea of
2  is how can you tell whether or not the tractor or the
3  trailer is overloaded when you're loading it in the
4  woods without the benefit of a weigh station?
5      A    I've been doing it so long, I can load them
6  and not overload them, you know. I think the law on
7  the highway is 88,000 in Alabama on the road, you know.
8  In Georgia, it may be 78,000. But just by the length
9  of the wood and you check your ticket when the driver
10 comes back, and he'll let you know.
11     Q    Okay. Do you know whether or not Alabama has
12 a per-axle load requirement?
13     A    No, sir.
14     Q    Would that be -- assuming they do, would that
15 be a good idea for a motor carrier to apprize
16 themselves of before driving their vehicles through a
17 state that might have a load requirement of that
18 nature?
19          MS. SELF: Object to the form.
20          MR. ADAMS: Same objection.
21          THE WITNESS: Nuh-uh. No, sir. It
22     wouldn't be a good idea, I don't think.
23 BY MR. CAIN:
24     Q    No -- no reason then to know whether or not
25 the axles may be in violation of state law driving

43

```
 1   through that state?
 2           MS. SELF:  Object to the form.
 3           THE WITNESS:  No, sir.  There --
 4   there's no way to load a log truck
 5   without it being overweight on the axle.
 6   BY MR. CAIN:
 7      Q    Okay.  Would it be fair for me to say that
 8   every log truck that you've loaded has been overweight
 9   on the axle?
10      A    No, sir.
11           MS. SELF:  Object to the form.
12   BY MR. CAIN:
13      Q    Well, how -- you may have to explain your
14   answer, then.
15           You just told me that you can't load a log
16   truck without it being overweight on the axle, right?
17      A    Yes, sir.
18      Q    Okay.  So doesn't it stand to reason that
19   every log truck that you've loaded is overweight on the
20   axle?
21      A    Which axle are you talking about?  Trailer
22   axle or truck --
23      Q    The trailer --
24      A    -- axle?
25      Q    -- axle.
```

1   A    The trailer axle is not actually going to be
2   overloaded. Your -- most of your weight is going to be
3   through your truck where the butts are.
4   Q    Okay. So is it the truck axle that's
5   overloaded?
6   A    What -- yes, sir.
7   Q    Okay. And that's just been your experience
8   as being a logger in the industry for -- how old are
9   you now?
10  A    47.
11  Q    So you've been doing it for about 30 years?
12  A    Pretty much.
13  Q    What are the -- with the understanding that
14  you've got to load a log truck to get the logs where
15  they need to go, do you see as a maintenance guy the
16  effect of that loading on the maintenance of the
17  vehicles and having to keep things up and replace tires
18  and brakes and things of that nature with the
19  understanding that that load is on that axle in the
20  manner that it is?
21  A    Yes, sir.
22  Q    Kind of common sensical, I guess, again, that
23  the more weight that you put on an axle or a vehicle,
24  the -- the more stress that you're going to put on the
25  components, and the sooner they're going to wear out

```
1    Q    That's what I said --
2    A    Yes, sir.
3    Q    -- slack.
4         And he's at a -- he's off the road, right?
5    A    (Nodded head affirmatively)
6    Q    He's in a parking lot?
7    A    Yes, sir.
8    Q    You're aware the problem is a slack tire --
9    A    Yes, sir.
10   Q    -- right?
11        What did you tell him at that point?
12   A    Stay there till I got there.
13   Q    All right.  Did you leave in what?  You -- I
14   assume you went to the job site?
15   A    Yes, sir.  I went to the -- where --
16   Q    Or -- I'm sorry.
17   A    -- the truck was at.
18   Q    I'm sorry.  You went to the -- to the Big Cat
19   there in Phenix -- outside of Phenix City?
20   A    Yes, sir.
21   Q    What vehicle did you take to get there?
22   A    Service truck.
23   Q    Y'all have a service truck?
24   A    Yes, sir.
25   Q    What is it?
```

```
1    A     Not down.
2    Q     Onto the -- onto the shoulder?
3    A     Yes, sir.
4    Q     The grass right here?
5    A     Yes, sir.
6    Q     And then he backed his truck --
7    A     Yes, sir.
8    Q     -- into Misty --
9    A     Just like that --
10   Q     -- Forest --
11         THE COURT REPORTER:  Wait.
12   BY MR. CAIN:
13   Q     -- Subdivision?
14         Why did he do that?
15   A     To get it off the edge of the road.
16   Q     What were y'all going to do?
17   A     I was going to pump the tire up and take it
18   back down to the Big Cat and leave it for the night and
19   bring a new tire back to put on in the morning.
20   Q     So did you pump the tire up again as it sat
21   there at Misty Forest Subdivision?
22   A     Yes, sir.
23   Q     Did the tire hold?
24   A     It -- yeah, it hold -- it held.  It would
25   have got back to the Big Cat because it didn't lose
```

```
 1        A    Yeah.  See -- if I explain it, she's going to
 2   tell me not to, so I mean, I don't --
 3        MS. SELF:  Whoa.  Whoa.  No.
 4        THE WITNESS:  -- understand --
 5        MS. SELF:  That's not what I'm --
 6        THE WITNESS:  -- what's going to
 7   happen here, you know.
 8        MS. SELF:  That's not --
 9        THE WITNESS:  I can tell you
10   exactly what happened down there.
11        I walked across the road.  There
12   was no cars coming.  I told Tim come on.
13   And about the time he come out with the
14   tractor, a herd of cars come over the
15   hill, and they were running fast.  And
16   he almost -- and he was coming out just
17   like a car would now.  He wasn't making
18   no messed-up turn or nothing.  He come
19   on out in the road, and that car is --
20   just hit it (indicating) just like that.
21   BY MR. CAIN:
22        Q    And is that what you told the investigating
23   officers when they went out there that --
24        A    Yes, sir.
25        Q    -- night?
```

```
 1      A    They could see that that's what happened.
 2      Q    Did you tell them that you were standing
 3  there across the road on the northbound side and that
 4  you saw everything happen?
 5      A    Yes, sir.
 6      Q    Did you tell them that you saw -- how far
 7  away was the white car, the Howell car as we know it
 8  now that was involved in the wreck, when you first saw
 9  it?
10      A    It was way up -- it was on up the road.  It
11  was a good ways up the road.
12      Q    How far?  I mean, did you see it coming
13  around the corner?
14      A    Yes, sir.  I seen the lights coming.
15      Q    All right.  And where was Mr. Simonds when
16  you saw the car coming --
17      A    I told --
18      Q    -- down the --
19      A    -- Tim to come on.  And about the time I
20  turned my head to the right, I seen the lights coming.
21           And I said come on.  And he come on out in
22  the road, and everything was near about over the road
23  except for the little bit of bumper, and that man
24  didn't see it.
25           MS. SELF:  Object.
```