15

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as the        )
Personal Representative of     )
the Estate of James Farrell    )
Howell, deceased,              )
                               )
            Plaintiff,         )
                               )
vs.                            )   CIVIL ACTION FILE
                               )   NO. 3:06-CV-0417-WHA
                               )
J&J WOOD, INC., TIMOTHY LEE    )
SIMONDS, QUALITY CASUALTY      )
INSURANCE COMPANY, ET AL.,     )
                               )
            Defendants.        )

COPY

Oral Deposition of KYONG M. KIM, witness, called by the defendants, before Alan M. Causey, Certified Court Reporter in and for the State of Georgia, taken at the law offices of Carlock, Copeland, Semler & Stair, 1214 First Avenue, Suite 400, Columbus, Georgia, on the 18th day of January, 2007, commencing at 9:15 a.m.

CAUSEY PETERSON REPORTING
Certified Court Reporters
22 West Fifth Street
Post Office Box 81
Columbus, Georgia  31902
(706) 317-3111
(877) 317-3111
Telefax:  (706) 660-8123

Page 36

1    Q.   Do you know if Mr. Howell had any restriction on
2  his driver's license which precluded him from driving at
3  night?
4    A.   No.
5    Q.   Okay.
6         Do you recall about what time you left the farm on
7  October 5th, 2005?
8    A.   About 8:30.
9    Q.   When you left the farm, was it light, dark, sun
10 up?
11   A.   It was starting to get dark.
12   Q.   And when you left, was it raining at that time?  I
13 know you were in Marion County, but was it raining?
14   A.   No.
15   Q.   Okay.
16        As you began to travel back to your home, did it start
17 to rain?
18   A.   Yes.
19   Q.   Okay.
20        Do you recall about where you were when it started to
21 rain?
22   A.   When we got to Phenix City.
23   Q.   Okay.
24        Light rain, heavy rain?
25   A.   Well, it was drizzling rain.

Page 41

1    Q.    Okay.

2         So your recollection is the speed limit is fifty,

3    fifty-five, somewhere --

4    A.    Yes.

5    Q.    And I'm assuming that as y'all traveled down out

6    of Phenix City you came down Highway 431 and turned onto

7    165; is that correct?

8    A.    Yes.

9    Q.    Okay.

10        And, once again, Mr. Howell was driving the vehicle,

11   correct?

12   A.    Yes.

13   Q.    And just so I'm sure -- I believe your prior

14   testimony was as y'all traveled on 165 it was still raining

15   and it was still foggy?

16   A.    Yes.

17   Q.    Were you -- were you wearing your seat belt at the

18   time of this accident?

19   A.    Yes.

20   Q.    Was Mr. Howell wearing his?

21   A.    I can't -- I don't remember.

22        MR. ADAMS:  If you need to take a break, just

23   please let me know.  I won't have a problem.

24        THE WITNESS:  Okay.

25   Q.    With your prior experience on Highway 165, had you

Page 42

1  seen logging trucks driving on that road?
2  A.  Not much, not really.
3  Q.  How far off of 165 do y'all -- do you reside?
4  A.  (No response)
5  Q.  The Number 10 Gibbs, does it -- does it connect
6  with 165, does Gibbs Drive connect with --
7  A.  No.
8  Q.  Okay.
9     So you have to turn off on another road?
10 A.  Yes.
11 Q.  And then turn off onto Gibbs Road?
12 A.  Yes.
13 Q.  Okay.
14    As you and Mr. Howell are -- are traveling on Highway
15 165, what are -- what are y'all doing?  What's going on in
16 the cab of that car?  Are y'all talking, listening to the
17 radio?
18 A.  No.
19 Q.  Not talking?
20 A.  No.
21 Q.  Listening to the radio?
22 A.  Just watching the road.
23 Q.  Okay.  Okay.
24    So you're watching out in front of you, too, right?
25 A.  Yes.

Page 43

1      Q.    Okay.

2      What's it like outside? What can you see?

3      A.    Drizzling rain.

4      Q.    Okay.

5      Fog?

6      A.    Yeah, fog.

7      Q.    Okay.

8      How far out in front of your vehicle could you see?

9      A.    (No response)

10     Q.    To your recollection?

11     A.    I'm not sure.

12     Q.    Okay.

13     After you turn off onto -- after Mr. Howell turned

14 y'all's vehicle off onto 165 and you're traveling down 165,

15 are there other vehicles traveling south on 165 in y'all's

16 -- in the vicinity? Can you see other vehicles?

17     A.    No.

18     Q.    Could you see any in front of you?

19     A.    No.

20     Q.    Okay.

21     Did you turn around and look behind you?

22     A.    No.

23     Q.    Did you look in the mirror to see if there were

24 any behind you?

25     A.    No.

Page 44

1   Q.   Okay.
2        So would it be safe to say that you don't know if
3   there were cars behind you?
4   A.   I didn't see no cars around me.
5   Q.   Okay.
6        As you travel on 165 and as you approached the scene
7   of this accident, are there any street lights or anything
8   illuminating the roadway?
9   A.   No.
10  Q.   Other than the headlights of -- of y'all's car, I
11  guess.
12       Do you recall how fast Mr. Howell was going on 165 as
13  he approached the -- the scene of this accident?
14  A.   Between fifty and fifty-five.
15  Q.   Okay.
16       As you -- as y'all approached the scene of this
17  accident, when did you first see the logging truck?  How far
18  away were you?
19  A.   I saw the headlights on the left, far left side of
20  the road.
21  Q.   Okay.
22       Now, when you say you saw the headlights, were the
23  headlights turned toward you --
24  A.   Yes.
25  Q.   Okay.

Page 45

1  So you could see the round part of the -- of the
2  headlights?
3       A.   Yes, the headlights were pointing towards the car.
4       Q.   Okay.
5            So were they completely coming right at you or were
6  they kind of pointed off toward the shoulder of the road?
7       A.   I'm not sure. I just saw lights.
8       Q.   Okay.
9            How far away from those lights were you?
10      A.   I don't remember because we ran into something.
11 We ran into it, and all I remember was the car -- the hood
12 of the car --
13      Q.   Okay.
14      A.   -- going into the windshield.
15      Q.   Okay.
16           Let's back up a little bit and we'll get to there, but
17 first -- okay.
18           So you see the headlights, and then -- I mean, it's --
19 you didn't have time to say, see, those headlights or --
20      A.   No.
21      Q.   -- or anything like that?
22      A.   No.
23      Q.   And did you have -- now, you say it was just -- I
24 mean, I just snapped my finger, but --
25      A.   Yes.

```
1      Q.    -- but how -- how fast was it that you saw
2    headlights and then how much time passed between seeing
3    headlights and the impact occurred?
4      A.    In a -- in a matter of a snap of a finger.
5      Q.    Did you see any other lights other than the
6    headlights of that truck?
7      A.    No.
8      Q.    Did you see any lights on the trailer of that
9    truck?
10     A.    No.
11     Q.    Did you see any -- any reflective areas on the
12   trailer of that truck prior to impact?
13     A.    No.
14     Q.    All right.
15           Did you see any flashing lights on the rear of that
16   truck prior to the impact?
17     A.    No.
18     Q.    Do you recall hearing -- do you recall if
19   Mr. Howell started braking his -- stepped on the brakes of
20   y'all's car?
21     A.    No.
22     Q.    As y'all approached the scene of this accident,
23   what lane were you traveling in?
24     A.    Far right lane.
25     Q.    Which would be the slow lane, I guess, what people
```

Page 47

```
 1   call --
 2       A.   Yes.
 3       Q.   Yeah.
 4            Did Mr. Howell say or do anything that -- to try to
 5   avoid this accident?
 6       A.   It happened so quick --
 7       Q.   Okay.
 8       A.   -- so --
 9       Q.   He didn't say, oh, my God, there's a truck?
10       A.   No.
11       Q.   Okay.
12            And to your recollection, you don't recall him putting
13   on the brakes and y'all skidding into the -- into the
14   vehicle, y'all just went right into it?
15       A.   I'm not sure.  We were -- went right into it.
16       Q.   Okay.
17            And do you recall what you hit?
18       A.   No.
19       Q.   Or where you hit on the truck?
20       A.   (Witness shakes head negatively)
21       Q.   Okay.
22            If you would, please, just describe for me what you
23   recall from the time that you saw the headlights until
24   your -- I guess your -- any recollection you have after the
25   accident.
```

Page 52

1  Q. Illegal drug. I'm sorry. Okay.
2  What is your first recollection after passing out in
3  the -- in your car?
4  A. Waking up at the hospital.
5  Q. Do you recall -- was this on the same evening as
6  the accident or was this later or do you recall when?
7  A. Yes, about ten days. I was in a coma for ten
8  days.
9  Q. Okay.
10  So from the time that you passed out in your car until
11  ten days later, you -- you don't have any recollection of
12  anything?
13  A. No.
14  Q. All right.
15  When you -- when you finally came out of your coma,
16  what do you recall?
17  Were you -- were you in pain, physical pain?
18  A. Yes.
19  Q. Okay.
20  What hurt?
21  A. My heart.
22  Q. When you say, heart, you mean just your chest or
23  your --
24  A. Yes.
25  Q. -- actual heart?