17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CHARLENE HOWELL, as the personal )
representative of the Estate of  )
JAMES FARRELL HOWELL, deceased,  )
                                 )
        Plaintiff,               )
                                 )   CIVIL ACTION FILE
    vs.                          )
                                 )   NO. 3:06-CV-417-DRB
J&J WOOD, INC.; TIMOTHY LEE      )
SIMONDS; and JIMMY JONES, JR.,   )
                                 )
        Defendants.              )


Deposition of **LIEUTENANT ANDY WILLIAMS**, taken by counsel for Plaintiff, pursuant to notice and agreement, under the Federal Rules of Civil Procedure, reported by Grace F. Lengmueller, RPR, in the offices of Snipes, Snipes & Snipes, 723 Broadway, Columbus, Georgia, on March 15th, 2007, and commencing at 10:00 p.m.


ACCREDITED COURT REPORTERS
Post Office Box 1701
Columbus, Georgia 31902
(706) 323-3640
(800) 662-2741

ORIGINAL

1    Q    Okay. Describe the scene out there. Is that
2 a well-lit intersection? What -- how was the lighting?
3 How was the weather? Give us an idea about that.
4    A    It had currently been raining. At that
5 point, it was not raining. It's fairly dark stretch of
6 road right in that area. After the collision occurred,
7 you know, rain come and went. But the roadway was wet.
8 Roadway being in fairly good condition, but wet; wet
9 pavement, but like I said, it's not well-lit. It's
10 just very dark in that area on that stretch of roadway.
11    Q    Did y'all have any trouble working the scene?
12 Did you need to bring in additional lighting and other
13 things like what we see in some of the -- the pictures
14 from the emergency --
15    A    It -- from the time it took to really, you
16 know, get the victims out and get the vehicles
17 separated -- most of our volunteer firefighters are
18 pretty good with working with us to help keep roads
19 blocked, and they've got the big emergency lights up on
20 the trucks that will help light the area. You know,
21 for what we needed to do, you know, we didn't have any
22 problem lighting up the scene.
23    Q    After you got through, I assume delegating
24 responsibilities for traffic control and perhaps
25 tracking down witnesses and whatnot, what did you

10