4

Case 3:06-cv-00417-WHA-TFM    Document 58-2    Filed 06/05/2007    Page 1 of 5







PIC059



PIC060



PIC061



PIC062



PIC063



PIC064