4

Case 3:06-cv-00417-WHA-TFM    Document 58-3    Filed 06/05/2007    Page 1 of 5



PIC065



PIC066



PIC067



PIC068



PIC069



PIC070



PIC071



PIC072