4

Case 3:06-cv-00417-WHA-TFM    Document 58-4    Filed 06/05/2007    Page 1 of 5



PIC073



PIC074



PIC075



PIC076



PIC077



PIC078



PIC079



PIC080