4



PIC081



PIC082



PIC083



PIC084



PIC085



PIC086



PIC087



PIC088



PIC089



PIC090