4



PIC091



PIC092



PIC093



PIC094



PIC095

Case 3:06-cv-00417-WHA-TFM    Document 58-6    Filed 06/05/2007    Page 4 of 4