UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> J&J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, INC., et.al., <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION FILE ) ) NO. 3:06CV417 (DRB) ) ) ) ) ) ) |

SUPERIOR COURT OF HARRIS COUNTY

STATE OF GEORGIA

| | |
|---|---|
| KYONG MI KIM, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY LEE SIMONDS and J&J WOOD, INC., <br><br> Defendants. | ) ) ) ) CIVIL ACTION FILE ) ) NO. 06-CV-164 ) ) ) ) |

    Deposition of JIMMY C. JONES, JR., taken by counsel for the Plaintiff, pursuant to notice and agreement, under the Federal Rules of Civil Procedure and the Georgia Civil Practice Act, reported by Grace F. Lengmueller, RPR, held in the offices of Carlock, Copeland, Semler & Stair, 1214 First Avenue, Suite 400, Columbus, Georgia, on January 16, 2007, and commencing at 9:39 a.m.

ACCREDITED COURT REPORTERS
Post Office Box 1701
Columbus, Georgia 31902
(706) 323-3640
(800) 662-2741



```
 1   training on anything associated with the regulations?
 2       A    No, sir.
 3       Q    As far as picking up the book and reading it,
 4   do you have a copy of the safety regs?
 5       A    Yes, sir.
 6       Q    Who is responsible within your organization
 7   for ensuring compliance both from the standpoint of
 8   drivers as well as the vehicles?
 9       A    I check them out, and my father checks them
10   out.
11       Q    And then, likewise, each individual driver is
12   also responsible for his own requirements related to
13   the regs?
14       A    Yes, sir.
15       Q    So I guess I could say in circumstances of
16   J&J Wood is also three-prong.  The driver has the
17   responsibility to know that he's qualified to operate
18   that truck and that the truck meets the regs.  You,
19   being the vice president and part owner, also and
20   knowing what you know about the regs and picking up the
21   book, are also there looking over his shoulder making
22   sure he's qualified --
23            MS. SELF:  Object.
24   BY MR. CAIN:
25       Q    -- and making sure the vehicle is qualified.
```

```
 1        A    It's unsafe.
 2        Q    And that you would have a criticism of any
 3   motor carrier who failed to do those things, right?
 4        A    Yes, sir.
 5        Q    Because you guys understand that there is a
 6   requirement on all motor carriers and in J&J Wood to
 7   ensure compliance to educate drivers and to provide
 8   guidelines in compliance -- guidelines for compliance
 9   for those drivers?
10        A    Yes, sir.
11             MS. SELF:  Object to the form.
12             MR. ADAMS:  Same objection.
13   BY MR. CAIN:
14        Q    Mr. Jones, do you know what the weight of
15   this truck was at the time of the accident?
16        A    Yes, sir.
17        Q    What was it?
18        A    84,000 pounds.
19        Q    How do you know that?
20        A    Weight ticket.
21        Q    Okay.  Where would the truck have been
22   weighed?
23        A    Mead.
24        Q    Would that have been before or after the
25   wreck?
```

```
 1   the trailer up and -- what I'm trying to get an idea of
 2   is how can you tell whether or not the tractor or the
 3   trailer is overloaded when you're loading it in the
 4   woods without the benefit of a weigh station?
 5        A    I've been doing it so long, I can load them
 6   and not overload them, you know.  I think the law on
 7   the highway is 88,000 in Alabama on the road, you know.
 8   In Georgia, it may be 78,000.  But just by the length
 9   of the wood and you check your ticket when the driver
10   comes back, and he'll let you know.
11        Q    Okay.  Do you know whether or not Alabama has
12   a per-axle load requirement?
13        A    No, sir.
14        Q    Would that be -- assuming they do, would that
15   be a good idea for a motor carrier to apprize
16   themselves of before driving their vehicles through a
17   state that might have a load requirement of that
18   nature?
19             MS. SELF:  Object to the form.
20             MR. ADAMS:  Same objection.
21             THE WITNESS:  Nuh-uh.  No, sir.  It
22        wouldn't be a good idea, I don't think.
23   BY MR. CAIN:
24        Q    No -- no reason then to know whether or not
25   the axles may be in violation of state law driving
```

```
 1        A    Yeah.  See -- if I explain it, she's going to
 2   tell me not to, so I mean, I don't --
 3             MS. SELF:  Whoa.  Whoa.  No.
 4             THE WITNESS:  -- understand --
 5             MS. SELF:  That's not what I'm --
 6             THE WITNESS:  -- what's going to
 7   happen here, you know.
 8             MS. SELF:  That's not --
 9             THE WITNESS:  I can tell you
10   exactly what happened down there.
11             I walked across the road.  There
12   was no cars coming.  I told Tim come on.
13   And about the time he come out with the
14   tractor, a herd of cars come over the
15   hill, and they were running fast.  And
16   he almost -- and he was coming out just
17   like a car would now.  He wasn't making
18   no messed-up turn or nothing.  He come
19   on out in the road, and that car is --
20             just hit it (indicating) just like that.
21   BY MR. CAIN:
22        Q    And is that what you told the investigating
23   officers when they went out there that --
24        A    Yes, sir.
25        Q    -- night?
```

```
1       A    They could see that that's what happened.
2       Q    Did you tell them that you were standing
3  there across the road on the northbound side and that
4  you saw everything happen?
5       A    Yes, sir.
6       Q    Did you tell them that you saw -- how far
7  away was the white car, the Howell car as we know it
8  now that was involved in the wreck, when you first saw
9  it?
10      A    It was way up -- it was on up the road.  It
11 was a good ways up the road.
12      Q    How far?  I mean, did you see it coming
13 around the corner?
14      A    Yes, sir.  I seen the lights coming.
15      Q    All right.  And where was Mr. Simonds when
16 you saw the car coming --
17      A    I told --
18      Q    -- down the --
19      A    -- Tim to come on.  And about the time I
20 turned my head to the right, I seen the lights coming.
21           And I said come on.  And he come on out in
22 the road, and everything was near about over the road
23 except for the little bit of bumper, and that man
24 didn't see it.
25           MS. SELF:  Object.
```