```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION

CHARLENE HOWELL, as the personal )
representative of the Estate of  )
JAMES FARRELL HOWELL, deceased,  )
                                 )
              Plaintiff,         )
                                 )   CIVIL ACTION FILE
      vs.                        )
                                 )   NO. 3:06CV417 (DRB)
J&J WOOD, INC.; TIMOTHY LEE      )
SIMONDS; QUALITY CASUALTY        )
INSURANCE COMPANY, INC., et.al., )
                                 )
              Defendants.        )
_____)


          SUPERIOR COURT OF HARRIS COUNTY

                  STATE OF GEORGIA

KYONG MI KIM,                    )
                                 )
              Plaintiff,         )
                                 )   CIVIL ACTION FILE
      vs.                        )
                                 )   NO. 06-CV-164
TIMOTHY LEE SIMONDS and          )
J&J WOOD, INC.,                  )
                                 )
              Defendants.        )
_____)
```

Deposition of **TIMOTHY LEE SIMONDS**, taken by counsel for the Plaintiff, pursuant to notice and agreement, under the Federal Rules of Civil Procedure and the Georgia Civil Practice Act, reported by Grace F. Lengmueller, RPR, held at 427 South Broad Street, Abbeville, Georgia, on January 17, 2007, and commencing at 10:05 a.m.

ACCREDITED COURT REPORTERS
Post Office Box 1701
Columbus, Georgia 31902
(706) 323-3640
(800) 662-2741

COPY

EXHIBIT 2

```
 1        A      Till August of '05.
 2        Q      What happened at that point?
 3        A      Went to J&J Wood's.
 4        Q      For what reason?
 5        A      More money.  The truck was the truck that I
 6   had wanted to drive.  I mean, you know, it's a -- the
 7   18-wheeler is what I went to school for.
 8        Q      Why would J&J Wood have gotten your name from
 9   the unemployment office if you were working for The
10   Moving Man?
11            MS. SELF:  Object to the form.
12            THE WITNESS:  They didn't.  I
13       responded out of a newspaper.
14   BY MR. CAIN:
15        Q      Okay.  Tell me about that.
16        A      It was in the newspaper, calling ad -- no.
17   They had responded to the -- they had responded to -- I
18   mean, they had put an ad into the -- to the --
19        Q      Like a want ad?  Driver --
20        A      Right.
21        Q      -- needed, something like --
22        A      And I --
23        Q      -- that?
24        A      That's what I -- I had gone and got that, and
25   it said it -- call and get in touch with Kathi, who was
```

1  Mr. Jim's daughter. And that's what I did. I called
2  down there to talk -- and talked to her, and then she
3  called me back and said that her dad wanted to meet me.
4     Q   Okay. Were you still working for The Moving
5  Man -- Moving Man at this point?
6     A   No, sir.
7     Q   Okay. What -- what did you do? You had a
8  conversation with Kathi?
9     A   Yes, sir.
10    Q   What do you remember about that conversation?
11    A   Just she asked me if I could -- if I had
12 CDLs, if I had had any experience driving, and if I
13 could bring her a -- the drug test and a copy of my MVR
14 and my DOT physical.
15    Q   She just say bring it by whenever you get the
16 opportunity or what?
17    A   No, sir. We talked on a Thursday, and I went
18 to -- on a Friday and got my MVR in LaGrange and went
19 down and met Mr. Jim in Pine Mountain.
20    Q   On that Friday?
21    A   Yes, sir.
22    Q   What did you do -- was that pretty much the
23 extent of your conversation with Kathi? Did she just
24 say, "And these are the preliminary things we're going
25 to need" --

46

```
 1        A    Right.
 2        Q    -- "even to consider you"?
 3        A    Right.
 4        Q    Did you tell Kathi you had a felony record?
 5        A    I told Mr. Jim.
 6        Q    Okay.  So that -- that information would have
 7   come about later?
 8        A    Right.
 9        Q    All right.  Any other information you
10   conveyed to Kathi that you remember?
11        A    No, sir.
12        Q    All right.  You went and got your MVR?
13        A    I did.
14        Q    Had not had the drug test yet, I assume?
15        A    I went and took the drug test right away at
16   Franklin Healthcare.
17        Q    Before you went to see --
18        A    Mr. Jim.
19        Q    Mr. Jim?
20        A    Yes, sir.
21        Q    Would that have been on that Friday as well?
22        A    I went Friday morning and done the drug
23   testing.
24        Q    All right.  So when you went down there, did
25   you have the report from the test yet?
```

```
 1        A    I just had the -- the report where I took the
 2   test, and when he told me to come to work on Monday to
 3   bring the results of the test.
 4        Q    Okay.  Did he order any of the tests?
 5        A    No, sir.  This was what I had -- I mean, he
 6   ordered -- I mean, he wanted them, but I had to get
 7   them and provide them.
 8        Q    He let you go do it and go get Franklin
 9   Health to do it for you and bring him --
10        A    And I had the paperwork.
11        Q    -- the test?
12        A    Yes, sir.
13        Q    And the results, and then you had to pay for
14   it?
15        A    Yes, sir.
16        Q    Same on the MVR?
17        A    Yes, sir.
18        Q    So he -- he said you bring me an MVR?
19        A    Yes, sir.
20        Q    Did he do -- have anything to do with
21   ordering the MVR?
22        A    No, sir.
23        Q    So what did you bring him to Pine Mountain
24   Valley?
25        A    The --
```

```
 1      Q    Those two things?
 2      A    The MVR, the DOT physical, the -- where I
 3   took the dug -- you know, took the drug test, and a
 4   copy of my driver's license.
 5      Q    All right.  What did you tell him?  Well,
 6   what did y'all talk about once you got to Pine Mountain
 7   Valley?
 8      A    Just what the -- what little driving that I
 9   had done since I got my CDL license, the fact that I
10   had been in prison for the time being -- you know, for
11   the five and a half years I was, and then just general
12   stuff that was not pertaining to, you know --
13      Q    Those were the two main things --
14      A    Yes, sir.
15      Q    -- that stuck out?
16           What did you tell him about the little
17   experience that you had?
18      A    Just McIntyre and The Moving Man.
19      Q    What was his response to you with respect to
20   that?
21      A    He told me to be there Monday.
22      Q    What about the -- the felony convictions?
23   What did you tell him about that?
24      A    I told him what I had been in there for.  I
25   told him that I had been locked up, the reasons why I
```