UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, etc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 06-417 |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

COMES NOW David G. Wirtes, Jr. and files his Notice of Appearance as additional counsel for the Plaintiff in the above-referenced cause and requests that copies of all pleadings, correspondence, and orders be directed to him.

                Respectfully submitted,

                CUNNINGHAM, BOUNDS, CROWDER,
                BROWN AND BREEDLOVE, LLC
                Attorneys for Plaintiff

      BY:   /s/ David G. Wirtes, Jr.
              DAVID G. WIRTES, JR.
              dgw@cbcbb.com
              Post Office Box 66705
              Mobile, Alabama 36660
              251-471-6191
              251-479-1031 (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that on the __19th__ day of June, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244


                                                                                          /s/David G. Wirtes, Jr.