IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | Case Number: 3:06 CV 417 |
| | ) ) |
| J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR ORDER TO WILCOX STATE PRISON

COMES NOW the undersigned attorney for the defendant, Timothy Lee Simonds, and requests this Honorable Court for an order directing Wilcox State Prison to make available Timothy Lee Simonds for trial the week of August 20, 2007 and as grounds for same states as follows

1.   The undersigned's client, Timothy Lee Simonds, is incarcerated at Wilcox State Prison, dorm #J1; GBC 935187.  Wilcox State Prison is located at 472 Broad Street South, Abbeville, Georgia 31001-4451.

2.   The undersigned attorney wishes to have his client, Timothy Lee Simonds, available in person for the trial of the above-styled cause presently set the week of August 20, 2007.

3. The undersigned attorney has been in contact with the appropriate personnel at Wilcox State Prison and/or Department of Correction for the State of Georgia and has been advised that in order to begin the process of transferring Timothy Lee Simonds to Alabama for the trial of August 20, 2007, they will initially need an order from this Honorable Court directing them to do so.

WHEREFORE, premises considered, the undersigned attorney of record for Timothy Lee Simonds requests this Honorable Court for an order directing Wilcox State Prison to make arrangements for the transfer of Timothy Lee Simonds to the appropriate state or federal correctional facility in the State of Alabama at a location nearest to the courthouse where the trial of the above-styled cause will take place.

Respectfully Submitted,

s/Paul A. Miller
PAUL A. MILLER (ASB-7131-M71P)
Attorneys for Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East/Suite 100
Birmingham, Alabama 35244
(205) 326-0000 Telephone
(205) 323-2945 Facsimile

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 20th , 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David Steven Cain, Jr.
Cunningham, Bounds, Crowder, Brown & Breedlove
P. O. Box 66705
Mobile, Alabama 36660

                    s/Paul A. Miller
                    Of Counsel