IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as the Personal Representative of the Estate of James Farrell Howell, deceased | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 3:06-CV-0417-WHA |
| J & J WOOD, INC., TIMOTHY LEE SIMONDS, QUALITY CASUALTY INSURANCE COMPANY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the *Motion for Order to Wilcox State Prison* (Doc. 61, filed June 20, 2007), it is **ORDERED** that the parties shall file briefs in support or opposition of the motion on or before **June 29, 2007.** The briefs shall include legal authority and citations which reference (1) Defendant Timothy Lee Simonds' right to attend a civil trial; (2) the Court's authority to issue an order to an out-of-state prison in a civil case; and (3) the procedural mechanism used by courts in such cases.

DONE this 21st day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE