IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>Plaintiff,<br><br>v.<br><br>J & J WOOD, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§  CASE NO. 06-417<br>§<br>§<br>§<br>§<br>§<br>§ |

## RESPONSE TO DEFENDANT'S MOTION
## FOR ORDER TO WILCOX STATE PRISON

COMES NOW the Plaintiff in the above styled case and in response to the Defendant, Timothy Lee Simonds', motion requesting the Court for an order directing Wilcox State Prison to make the said Defendant available for trial the week of August 20, 2007 states that she has no objection to the Defendant's motion.

CUNNINGHAM, BOUNDS, CROWDER,
BROWN AND BREEDLOVE, L.L.C.
ATTORNEYS FOR PLAINTIFFS

*David S. Cain, Jr.* by *JMD*
DAVID S. CAIN, JR. (CAIND4894)
Post Office Box 66705
Mobile, Alabama  36660
Telephone:      251-471-6191
Fax:            251-479-1031

CERTIFICATE OF SERVICE

I hereby certify that I have, on this 21st day of June, 2007, electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

DAVID S. CAIN, JR.