IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § | |
| Defendants. | § | |

## MOTION TO CONTINUE

COME NOW Timothy Lee Simonds, Jimmy Jones, Jr. and J&J Wood, Inc., and move this Honorable Court to continue the trial of this cause currently scheduled for August 20, 2007. As grounds therefore, the Defendants state as follows:

1. The trial of this cause is currently scheduled for August 20, 2007;

2. The Defendant Timothy Simonds is currently incarcerated in the State of Georgia;

3. The undersigned have spoken with the prison counselor of Mr. Simonds who informs us that he will come up for parole sometime between October of this year and March of next year. He will likely be paroled in October or November, (March being the latest) given his history of good behavior;

4. In order to avoid prejudice to a defendant, the Court may continue the

trial date until the release of the defendant from prison.  In the Matter of the Warden of Wisconsin State Prison,  541 F.2d 177, 181 (Wis. Ct. App. 1976).

    5.    There have been no previous continuances of this cause;

    6.    A short continuance of this matter will not prejudice the Plaintiff.

    Respectfully Submitted,

    s/CINDY  L  SELF
    PAUL A. MILLER (MIL011)
    CINDY L. SELF (SEL035)
    Attorney for the Defendants

**OF COUNSEL:**
LAMAR, MILLER, NORRIS,
HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, AL  35244
(205) 326-0000; Fax: (205)323-2945
cself@lmnflaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July  11, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

    s/CINDY L SELF
    OF COUNSEL