UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, etc., | § § § | |
| Plaintiff, | § § | |
| v. | § | CASE NO. 06-417 |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § § | |

PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO CONTINUE

COMES NOW, the Plaintiff, Charlene Howell, by and through undersigned counsel, and opposes the defendants, Timothy Lee Simonds, Jimmy Jones, Jr. and J&J Wood, Inc., in their Motion to Continue filed with this Court on July 11, 2007. As grounds therefore, the plaintiff states as follows:

1. The trial of this case is currently scheduled for August 20, 2007;

2. The trial of this case has been currently scheduled for August 20, 2007 since this Court's Initial Scheduling Order was entered on July 25, 2006;

3. At that time, Timothy Lee Simonds was incarcerated within the Georgia Department of Corrections prison system, and it was anticipated that he would have remained within that system until well after the August 20, 2007 trial date;

4. Defendants have requested an Order for a Writ of Habeas Corpus to be issued to the Georgia Department of Corrections to allow Mr. Simonds to attend the trial of this case on August 20, 2007. Plaintiff had no opposition

        to this Motion and filed a specific pleading to that effect.

5.     Plaintiff's counsel has invested significant time, resources and expenses in preparing this case for trial on August 20, 2007, and in preparing for this Court's Pre-Trial Hearing set on July 16, 2007.

As previously indicated, Plaintiff is willing to work with this Court in any way, shape or form to ensure that Mr. Simonds is treated fairly at the trial of this case on August 20, 2007, but strenuously object to the continuance of the trial from that date. The mere possibility that Mr. Simonds might be paroled in the six-month period following the currently scheduled trial date is not adequate grounds to continue a case which has been set for trial since July 25, 2006. Particularly, when there is another remedy available which would allow this trial to continue forward on its currently scheduled trial date.

WHEREFORE, Plaintiff, Charlene Howell, respectfully requests this Honorable Court to deny Defendants' Motion to Continue.

        Respectfully submitted,

        **/s/David S. Cain, Jr. (CAIND4894)**
        /s/George W. Finkbohner (FINKG0362)
        Attorneys for Plaintiff
        Cunningham, Bounds, Crowder, Brown & Breedlove
        P.O. Box 66705
        Mobile, AL 36660
        PH: 251-471-6191
        FX: 251-479-1031
        E-mail: DSC@cbcbb.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of July, 2007, I electronically filed the foregoing with the Clerk of Court using CM/EC. which will send notification of such filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244

                                        **/s/David S. Cain, Jr., Esq.**