IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06-cv-417-WHA |
| | ) |
| J & J WOOD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Continue (Doc. #66), filed by the Defendants on July 11, 2007, the court finds that there are reasonable alternatives available for the Defendant, Timothy Lee Simonds, to be present in court or to present testimony by deposition. The case was scheduled for August 20, 2007 trial on July 25, 2006, at a time when the Defendant Simonds was incarcerated, and no objection was filed to that trial date. Accordingly, it is hereby

ORDERED that the Motion to Continue is DENIED.

DONE this 16th day of July, 2007.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE