**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

## TIMOTHY LEE SIMONDS, JIMMY JONES, JR AND J&J WOOD'S WITNESS LIST

**COME NOW** the Defendants **TIMOTHY LEE SIMONDS, JIMMY JONES, JR. AND J&J WOOD, INC**., in the above-styled cause, hereby gives notice to the plaintiff that they may call the following witnesses at trial:

1. The Plaintiff, Charlene Howell;

2. Timothy Lee Simonds; c/o Wilcox State Prison, 472 Broad Street S. Abbeville, GA 31001-4451;

3. Jimmy Jones, Jr.; c/o J&J Wood, Inc., Post Office Box 867, Pine Mountain Valley, GA 31823;

4. Any representative of J&J Wood, Inc.; c/o J&J Wood, Inc. Post Office Box 867, Pine Mountain Valley, GA 31823;

5. Jimmy Jones, Sr; c/o J&J Wood, Inc., Post Office Box 867, Pine Mountain Valley, GA 31823;

6. Lester McCord, 248 Highway 165, Phenix City, Alabama 36867;

7. Kyong Mi Kim;10 Gibbs Drive, Phenix City, Alabama 36869, Telephone unknown;

8. Deputy Coroners Lee and Key or any representative of the County Coroner's office; P.O. Box 3377, Phenix City, Alabama;

9. All medical and emergency personnel Providers who treated the decedent, Howell, including but not limited to:

A representative of Care Ambulance, 1150 Panama Street S., Montgomery, AL 36104, 1-334-262-2550.;

A representative of Columbus Regional Medical Center, 710 Center Street, Columbus, GA 31902, Telephone: 1-706-571-1000.

10. Any experts identified by the plaintiff;

11. Investigating Officer Corp. Jeffrey Freeman; 1111 Broad Street, Phenix City, Alabama 36867, 1-334-448-2800.

12. Investigating Officer, Lt. Andy Williams, 1111 Broad Street, Phenix City, Alabama 36867, 1-334-448-2800.

13. Investigating Officer, Frankie Mahana;1111 Broad Street, Phenix City, Alabama 36867, 1-334-448-2800.

14. Any investigating officer that worked the accident at issue;

15. Jeremy Burnette; 8 Gibbs Drive, Phenix City, Alabama 36869, Telephone: 1-334-855-4055.

16. Joey Parker; 5929 Knight Avenue, Tuscaloosa, AL 35405.

17. A representative of Valley Wood, Inc.; 3119 University Avenue Columbus, GA 31907

18. A representative of Phenix Lumber Company; 4 Cut Rate Rd, Phenix City, AL 36870-2350;

19. A representative Norbord Mill; 4400 Barton Industrial Blvd, Lanett, AL 36863;

20. A representative of Mead Coated Board; 1000 Broad Street, Phenix City, AL 36867;

21. Ron Wilhelm;

22. Scott Hollenbeck of Werner Enterprises via deposition;

23. Any witness identified by these defendants in their initial disclosures;

24. A representative of local media stations that took video footage of the accident scene;

25. Any witness necessary for purposes of rebuttal and/or impeachment;

26. Any witness necessary to authenticate documents, tapes or evidence;

*These defendants reserve the right to amend this witness list in the event this case is continued or as other witnesses are identified and evidence is discovered.*

s/Paul A. Miller
PAUL A. MILLER (MIL011)

s/Cindy L. Self
CINDY L. SELF (SEL035)
Attorneys for the Defendants
LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East, Suite 100

                                                Birmingham, AL  35244
                                                Telephone: (205) 326-0000
                                                Facsimile: (205) 323-2945

## CERTIFICATE OF SERVICE

      I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660


                                                s/CINDY L SELF
                                                OF COUNSEL