IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased, | § § § § | |
| Plaintiff, | § § | CASE NO. 3:06cv417-WHA |
| v. | § § | |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

## TIMOTHY LEE SIMONDS, JIMMY JONES, JR AND J&J WOOD'S EXHIBIT LIST

**COME NOW** the Defendants **TIMOTHY LEE SIMONDS, JIMMY JONES, JR. AND J&J WOOD, INC**., in the above-styled cause, hereby gives notice to the plaintiff that they may use the following exhibits at trial:

1. Any document or evidence previously produced by Timothy Lee Simonds, Jimmy Jones, Jr and J&J Wood, Inc.;

2. Phenix City Police Department investigative file;

3. Records produced by the Russell County Coroner's office;

4. Photographs of the accident site produced by the Plaintiff;

4. Photographs of the accident site produced by these Defendants;

8. Photographs produced by non-parties pursuant to subpoenas including accident photographs taken by the investigating officers;

9. Photographs, DVDs or videos produced by local media and television

stations;

10. Excerpts from the deposition of Kyong Mi Kim;

11. Any and all medical or emergency response records concerning Howell from any provider;

12. Any document, report, photograph or other evidence produced by the Russell County District Attorney's office;

13. Any and all evidence identified in these Defendants' Initial Disclosures or Supplemental Disclosures;

14. Any and all investigations, photographs or reports concerning the accident made the basis of this lawsuit including but not limited to the reporting of the Alabama Department of Transportation;

15. Documents produced by Valley Wood, Inc.

16. Any and all exhibits, reports, computer simulations, diagrams, etc of Joey Parker and all information produced by the defendants in their expert disclosures;

17. Documents produced by Phenix Lumber Company;

18. Any exhibit necessary to rebut or impeach testimony by the plaintiffs or any of their witnesses;

19. Excerpts from the deposition of the Werner Enterprises Representative;

20. Drug/alcohol screen results of Timothy Lee Simonds produced by Werner Enterprises.

21. January 24, 2006 alcohol & drug screen of Timothy Lee Simonds.

22.     Any and all enlargements or "blow-ups" of the exhibits listed above.

The defendants reserves the right to amend its exhibit list in the event that this case is continued or as other evidence is discovered. Further, by listing the above-referenced exhibits, the defendants do not waive any objection it might have to the admissibility of such exhibits if the plaintiff attempts to introduce them. All exhibits currently in the possession of the defendants will be available for inspection at the offices of defense counsel.

        s/Paul A. Miller
PAUL A. MILLER (MIL011)

s/Cindy L. Self
CINDY L. SELF (SEL035)
Attorneys for the Defendants
LAMAR, MILLER, NORRIS, HAGGARD & CHRISTIE, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, AL  35244
Telephone: (205) 326-0000
Facsimile: (205) 323-2945

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

David S. Cain, Jr., Esq.
Post Office Box 66705
Mobile, Alabama   36660

        s/CINDY L SELF
OF COUNSEL