IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as the Personal Representative of the Estate of James Farrell Howell, deceased | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   CASE NO. 3:06-CV-0417-WHA<br>) |
| J & J WOOD, INC., TIMOTHY LEE SIMONDS, QUALITY CASUALTY INSURANCE COMPANY, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the *Motion for Order to Wilcox State Prison* (Doc. 61, filed June 20, 2007),[1] it is, for good cause, **ORDERED** that the *Motion for Order to Wilcox State Prison* (Doc. 61) is **GRANTED**. It if further **ORDERED**

(1) The Georgia Department of Corrections is commanded to bring Timothy Lee Simonds before this Court for trial on **August 27, 2007 at 9:00 a.m.** The trial shall be held at One Church Street, Montgomery, AL 36104, Courtroom 2C before the Honorable W. Harold Albritton, III. The trial is anticipated to last approximately five (5) days; however, Defendant Simonds shall be made

---

[1] The *Motion for Order to Wilcox State Prison* (Doc. 61) was filed by Defendant, the Motion is now joined by Plaintiff as indicated in the Pretrial Conference/Status Conference on July 16, 2007.

available until the conclusion of the trial. The Georgia Department of Corrections shall maintain custody and control over Defendant Simonds throughout the trial.

(2) With respect to Timothy Lee Simonds, the officers accompanying him to the trial shall have all the law enforcement powers within the State of Alabama they would have if they were in the state of Georgia.

(3) The Clerk of Court is hereby **DIRECTED** to send a copy of this order along with the *Motion for Order to Wilcox State Prison* (Doc. 61) to:

   (a) Wilcox State Prison
       Attn: Warden Donald Barrow
       472 Broad Street South
       Abbeville, Georgia 31001

   (b) Georgia Department of Corrections
       Attn: Bill Amideo, General Counsel
       2 Martin Luther King Drive
       Suite 870E
       Atlanta, Georgia 30334.

(4) Defendant Timothy Lee Simonds [2] shall be responsible for all costs involved in making Defendant Simonds available for trial. The amount required in

---

[2] Defendant shall notify Plaintiff and this Court by 1:00 p.m. on August 3, 2007 on the status of the payment. Plaintiff's counsel indicated in the status conference on July 16, 2007 that in order to facilitate the process, he would front the cost of getting Defendant Simonds to trial. Thus, if Defendant will not be able to post payment by the deadline, Plaintiff's counsel shall do so. However, regardless of the outcome of trial, Defendant shall reimburse Plaintiff's counsel by the conclusion of trial.

advance[3] shall be **$1700.00**.[4] The amount shall be paid to the Georgia Department of Corrections by **August 7, 2007** and mailed to:

> Georgia Department of Corrections
> Attn: Bill Amideo, General Counsel
> 2 Martin Luther King Drive
> Suite 870E
> Atlanta, Georgia 30334.

DONE this 17th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[3] Any remaining amount shall be paid to the Georgia Department of Corrections at the conclusion of the trial

[4] This amount is an approximation of (1) Two officers for five days at $126.50 per day; (2) The mileage for a round trip from Wilcox State Prison to the federal courthouse (mileage is 31¢ per mile) which is approximately 440 miles; and (3) Four days of round trip transport to Columbus, Georgia to the federal courthouse which is approximately 180 miles.