U. S. District Court
Alabama Middle District

Judge W. Harold Albritton, III, Presiding

## JURY SELECTION
### August 20, 2007
### 10:00 a.m.

---

3:06-cv-00417-WHA          Howell v. J & J Wood, Inc. et al

David Steven Cain, Jr, David George Wirtes Jr. and George Wheeler Finkbohner III representing **Charlene Howell** (Plaintiff)

Cindy Lorraine Self and Paul A. Miller representing **J & J Wood, Inc., Timothy Lee Simonds, and Jimmy Jones, Jr** (Defendants)

**Trial of this case will be August 27, 2007, at 9:00 a.m. in MONTGOMERY**

---

3:06-cv-00544-WHA          Davis v. Phenix City, Alabama et al

Bryan G Polisuk, Douglas L Steele, Gary L. Brown, and Thomas A Woodley representing **David Davis** (Plaintiff)

James Paul Graham, Jr, James Robert McKoon Jr. and Joshua Robert McKoon representing **Phenix City, Alabama, H. H. Roberts, and Wallace Hunter** (Defendants)

**Trial of this case will be August 20, 2007, after jury selection**

\*\*NOTE TO ATTORNEYS:
    SEE LOCAL RULE 54.1 REGARDING RECOVERY OF TAXABLE COSTS
    ALSO SEE LOCAL RULE 54.2 REGARDING TAXATION OF JUROR COSTS