UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE HOWELL, etc., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 06-417 |
| J & J WOOD, INC., et al., | § § § | |
| Defendants. | § | |

### NOTICE OF SETTLEMENT

Comes now the plaintiff, Charlene Howell, as Administratrix of the Estate of James Farrell Howell, by and through her undersigned counsel and states that the above-styled cause has been settled among all parties involved. A copy of the settlement document is attached hereto as Exhibit A. Parties will forward the appropriate Stipulation of Dismissal after receipt of the settlement funds.

**/s/David S. Cain, Jr. (CAIND4894)**
/s/George W. Finkbohner (FINKG0362)
Attorneys for Plaintiff
Cunningham, Bounds, Crowder, Brown & Breedlove
P.O. Box 66705
Mobile, AL 36660
PH: 251-471-6191
FX: 251-479-1031
E-mail: DSC@cbcbb.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2007, I electronically filed the foregoing with the Clerk of Court using CM/EC. which will send notification of such filing to the following:

PAUL A. MILLER, ESQUIRE
CINDY L. SELF, ESQUIRE
Lamar, Miller, Norris, Haggard & Christie, P.C.
501 Riverchase Parkway East, Suite 100
Birmingham, Alabama  35244


                                            **/s/David S.  Cain, Jr., Esq.**