## LAW OFFICES
## Cunningham, Bounds, Crowder, Brown and Breedlove, L.L.C.


EXHIBIT A

GREGORY B. BREEDLOVE*
JOSEPH M. BROWN, JR.*
TOBY D. BROWN*
JOHN T. CROWDER, JR.*
ROBERT T. CUNNINGHAM, JR.*
RICHARD T. DORMAN***
GEORGE W. FINKBOHNER, III*
DAVID G. WIRTES, JR.
MICHAEL A. WOREL**

GEORGE M. DENT
R. EDWIN LAMBERTH***
DAVID S. CAIN, JR.
BRYAN E. COMER

* (Certified as a Civil Trial Specialist by the National Board of Trial Advocacy)
+ (also admitted in Georgia)
** (also admitted in New York and District of Columbia)
*** (also admitted in Mississippi)

1601 DAUPHIN STREET
MOBILE, ALABAMA 36604
(251) 471-6191

July 26, 2007

OF COUNSEL

JAMES A. YANCE*
RICHARD BOUNDS

ROBERT T. CUNNINGHAM, SR. (1918-2001)

MAILING ADDRESS
POST OFFICE BOX 66705
MOBILE, ALABAMA 36660

WEBSITE
WWW.CBCBB.COM

FAX
(251) 479-1031

E-MAIL
ADM@CBCBB.COM

Via E-Mail
and Facsimile

Paul A. Miller, Esq.
Lamar, Miller, Norris, Haggard
& Christie, P.C.
501 Riverchase Parkway East, Ste 100
Birmingham, AL 35244

    Re:   Howell, etc. vs. J & J Wood, et al
           Our File No. 05-180

Dear Paul,

    I have received your letter of July 24, 2007. I am authorized by Charlene Howell, as Personal Representative of the Estate of James Farrell Howell, Deceased, to accept in settlement all of your clients' remaining policy limits under their policy of insurance with Progressive Specialty Insurance Company, but in any event not less than $808,000.

    Please sign below where indicated to reflect that your clients, J & J Wood, Inc., Timothy Lee Simonds, Jimmy Jones and Progressive, agree to a binding settlement for all policy limits on these terms.

    Also, the settlement proceeds will need to be tendered within thirty (30) days as part of the settlement agreement.

Very truly yours,

George W. Finkbohner, III

GWFIII:gm

Settlement Agreed To and the Terms Accepted: _____   Dated: 7/30/07

Paul A. Miller, Esq.,
Counsel for Defendants J&J Wood, Inc.,
Timothy Lee Simonds, Jimmy Jones
and Progressive Specialty Insurance Company

TOTAL P.02