IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., | )<br>)<br>)<br>)<br>)<br>)<br>)   Case Number: 3:06 CV 417<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL

Come now the parties, by and through their attorneys of record, and request this Honorable Court to dismiss the above-styled cause, with prejudice, each party to bear their own costs.

**DONE** this the 23 day of August, 2007.

_____
DAVID CAIN
Attorney for Plaintiff

_____
PAUL A. MILLER
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLENE HOWELL, as personal representative of the Estate of JAMES FARRELL HOWELL, deceased,<br><br>      Plaintiff,<br><br>v.<br><br>J & J WOOD, INC.; TIMOTHY LEE SIMONDS; QUALITY CASUALTY INSURANCE COMPANY, et al., | )<br>)<br>)<br>)<br>)<br>)<br>)   Case Number: 3:06 CV 417<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

It is hereby, **ORDERED**, **ADJUDGED** and **DECREED** that the above-styled cause shall be dismissed in its entirety, with prejudice, each party to bear its own costs.

**DONE** this _____ day of _____, 2007.

 

                                                  _____
                                                  United States District Court Judge